# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          \*

      **v.**          \*          **Case No. 1:17-CR-00638-1-CCB**

**WAYNE EARL JENKINS**          \*

      \*\*\*\*\*\*

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 11th day of December, 2017, that

Steven H Levin is hereby appointed to represent the individual.

      /s/
_____

Catherine C Blake
UNITED STATES DISTRICT JUDGE