IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
     Plaintiff,               )
                      )
     vs.                      ) CRIMINAL CASE NO. CCB-17-106
                      ) CRIMINAL CASE NO. CCB-17-638
WAYNE JENKINS,                 )
     Defendant.               )
_____)


Thursday, June 7, 2018
Courtroom 1A
Baltimore, Maryland


BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE


SENTENCING


For the Plaintiff:

Leo J. Wise, Esquire
Derek E. Hines, Esquire
Assistant United States Attorneys

_____

Reported by:

Douglas J. Zweizig, RDR, CRR
Federal Official Court Reporter
101 W. Lombard Street, 4th Floor
Baltimore, Maryland  21201

1    <u>For the Defendant</u>:

2    Steven Levin, Esquire

3    <u>Also Present</u>:

4    Melissa McGuinness, U.S. Probation Officer

5    Adam Smith, U.S. Probation Officer

6    Special Agent Erika Jensen, FBI

7    Special Agent Kevin Bodmer, FBI

8    Sergeant John Sieracki, Baltimore Police Department

9    Officer Jared Stern, Baltimore Police Department

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        P R O C E E D I N G S

2        (10:10 a.m.)

3            THE COURT:  Good morning, everyone.  You can be

4    seated, please.

5            Would you like to call the case, Mr. Wise.

6            MR. WISE:  Thank you, Your Honor.

7            The case is United States of America versus

8    Wayne Jenkins, Criminal No. 17-106 and 17-638.

9            Leo Wise and Derek Hines for the United States.

10           And with us is Special Agent Erika Jensen of the FBI,

11   at counsel table, as well as Sergeant John Sieracki of the

12   Baltimore Police Department, Jared Stern of the Baltimore

13   Police Department, and Kevin Bodmer of the FBI.

14           THE COURT:  Okay.  Thank you.

15           MR. LEVIN:  Good morning, Your Honor.  Steven Levin on

16   behalf of Wayne Jenkins, who is seated to my right.

17           THE COURT:  Good morning.

18           All right.  We are here for sentencing for Mr. Jenkins

19   following his guilty plea to a number of charges in both of the

20   criminal case numbers that have been mentioned.

21           Let me start with the presentence report, if I can.

22           I will mention that I have received a sentencing memo

23   from Mr. Levin.  Thank you.  A number of letters and documents.

24   And, of course, I've reviewed the presentence report.

25           And I'll just start with you, Mr. Wise.  Any

1  additions, corrections, or modifications to suggest to the

2  presentence report?

3          **MR. WISE:**  No, Your Honor.  Thank you.

4          **THE COURT:**  Okay.  Mr. Levin, I know you have read it.

5  And, just for the record, has your client had the chance to

6  review it with you?

7          **MR. LEVIN:**  Yes, Your Honor.

8          **THE COURT:**  Any additions, corrections, or

9  modifications?

10         **MR. LEVIN:**  Only -- no objections to the guideline

11  analysis.

12         But we did submit, as Your Honor knows, under seal,

13  objections, factual objections -- or actually just

14  clarifications -- to some of the facts that were laid out in

15  the presentence report.

16         So I would just ask that those additions be included

17  or added to the final presentence report.

18         **THE COURT:**  Yes.  I did not see anything about those

19  facts as you've just indicated that would affect the guideline

20  calculations.

21         **MR. LEVIN:**  That's correct, Your Honor.

22         **THE COURT:**  Mr. Wise, did you want to be heard?

23         **MR. WISE:**  Just for the record, Your Honor, we

24  don't -- to the extent these are characterized as the additions

25  of the defendant, we don't agree to their accuracy or truth,

1   and so we would want the -- we would not -- we would object to

2   the presentence report being modified in this way short of just

3   indicating that these are, in fact, the additions they've

4   raised.

5          **THE COURT:**  Well, that was what I was contemplating,

6   that the presentence report should include, on behalf of

7   Mr. Jenkins, what Mr. Levin has just referred to as

8   clarifications.

9          I'm not going to make a finding one way or the other

10  on them.  There are plenty of facts set out in the statement of

11  facts and the plea agreement.

12         But I do think it's perfectly appropriate to have

13  Mr. Jenkins' position on a few separate items included in the

14  presentence report, so we'll do that.

15         **MR. WISE:**  Thank you, Your Honor.

16         **THE COURT:**  Okay.  All right.  The guideline

17  calculations are set out in some detail, I believe both in the

18  plea agreement and in the presentence report.

19         Understanding that there are not objections -- well,

20  let me just be clear about that.

21         The final guideline range, as calculated in the

22  presentence report, is an offense level of 40, criminal history

23  category of I, a guideline range of 292 to 365 months.

24         I take it the Government agrees?

25         **MR. WISE:**  Yes, Your Honor.

1    **THE COURT:**  Mr. Levin?

2    **MR. LEVIN:**  Yes, Your Honor.

3    **THE COURT:**  Okay.  All right.  Then I'm not going to

4    go through the precise calculations and groupings and all of

5    how that was arrived at.  We'll accept that as the appropriate

6    advisory guideline range.

7        Obviously, that is only one factor to consider.  And,

8    of course, I'm also aware that there is a (C) plea for between

9    20 and 30 years.

10       I will start with the Government.  And let me know

11   what you would like to address.

12       Actually, also, there are a couple of things I want to

13   talk about.

14       We have a policy in this district, I'll just say that,

15   in every sentencing to have a discussion of cooperation,

16   whether or not a defendant has been cooperating, and that

17   discussion is always under seal, so I'm going to ask counsel to

18   approach the bench.

19                    Conference at the bench.

20   (It is the policy of this court that every guilty plea and

21   sentencing proceeding include a bench conference concerning

22   whether the defendant is or is not cooperating.)

23       **THE COURT:**  All right.  Thank you, counsel.

24       Before I turn to the Government for whatever specific

25   sentencing recommendation you would like to make, do you know

1   whether there are any people in the courtroom who believe they

2   are victims who would like to speak?

3       **MR. WISE:**  Your Honor, I believe there may be two

4   individuals at this time that may wish to come forward and

5   speak.

6       Ma'am, if you would come to the podium.

7       Ma'am, you can just go to the podium and address

8   Her Honor.  And just start by saying your name.

9       **SHIRLEY DAVIS:**  Okay.  My name is Shirley Davis.

10   Good morning, Your Honor.

11       **THE COURT:**  Good morning.

12       And if you could speak right into that microphone just

13   a little bit louder.

14       **SHIRLEY DAVIS:**  A little bit louder.  Okay.

15       What I want to say this morning is that my father was

16   killed in a fatal car crash.  My father was a person that you

17   could depend on.  My father would do anything for us or anyone

18   else, and his life was taken away from him in a fatal car crash

19   that Officer Jenkins was involved in.

20       So now we have no father to share our lives with.  We

21   miss our dad.  We no longer have the special occasions,

22   birthdays, holidays that we spent with my dad.

23       And then to find out seven years later that

24   Officer Jenkins was involved in the accident that took my

25   father's life, that he is no more than a common criminal and

1   his task force, 'cause my dad would be alive today had it not

2   been for his actions on that day.

3         Our family hearts are broken.  We'll never be the same

4   again.

5         So that's what I have to say about Mr. Jenkins.

6         Thank you, Your Honor.

7         **THE COURT:**  Thank you, Ms. Davis.

8         **DELORES DAVIS:**  Good morning, Your Honor.

9         **THE COURT:**  Good morning.

10        **DELORES DAVIS:**  My name is Delores Davis, and I am the

11  daughter of Elbert Davis.

12        And on that day my father and my mother came to see

13  me; and on the way home, they was into a fatal car crash with

14  Mr. Jenkins and the rest of the task force that was out there.

15  And I miss my father very much.

16        And on that day I told my dad I would see him later on

17  that night.  And that would be the last kiss I got from my

18  father, 'cause I wouldn't see him no more.  That was it.

19        I'm trying to keep -- keep myself together.  I'm

20  sorry.

21        **THE COURT:**  It's okay.

22        **DELORES DAVIS:**  But I miss my dad, and that's the only

23  day I seen him is when he left there.

24        And I hope Mr. Jenkins know how much he hurt my

25  family.

1          **THE COURT:**  Okay.  Thank you.

2          **DELORES DAVIS:**  Thank you.

3          **THE COURT:**  Thank you, Ms. Davis.

4          All right, Mr. Wise.

5          **MR. WISE:**  Thank you, Your Honor.

6          And, Your Honor, the two victims that spoke, the car

7    crash they speak of, as I'm sure Your Honor is aware, is the

8    episode in which heroin was planted on the driver of the car

9    that actually struck Mr. Davis.

10         And Mr. Jenkins authored the police report that led to

11   the incarceration of the two individuals involved in that fatal

12   car crash for almost 11 years, individuals who I'll speak about

13   this morning.

14         Wayne Jenkins committed at least ten armed robberies

15   with his co-defendants; at least three burglaries, one of which

16   resulted in him and his co-defendant obtaining more than

17   $200,000 of luxury watches.  He stole drugs on a nearly daily

18   basis, resulting in more than $1 million of drug sales that

19   netted him almost a quarter of a million dollars.

20         He oversaw and benefited from overtime fraud that

21   sapped the City's budget of hundreds of thousands of dollars at

22   a time when the City is struggling to heat its schools.

23         He lied on police reports again and again and again,

24   jeopardizing, along with his co-defendants, what, at the most

25   recent estimate that was given to the City Council by the

1    State's Attorney this past week, affects approximately 1700

2    criminal cases.

3         Those crimes affect all of us, but Jenkins' crimes

4    also had a profound effect on the lives of individuals,

5    individuals like Ms. Shirley Davis and Ms. Delores Davis, who

6    just spoke, individuals who will never recover from what's been

7    done to them.

8         And as I said, among those hundreds of false police

9    reports that he authored or approved as a sergeant was one that

10   he himself wrote that put two men in jail for almost 11 years

11   for a crime they did not commit.

12        So how do you measure the harm done by his actions?

13   How do you measure the harm of Mr. Jenkins' actions to people

14   like Ronald Hamilton, who was robbed late on a summer night in

15   2016?

16        And Your Honor heard him in the trial in the winter.

17   And while the jury didn't consider what he said about the

18   effects of that episode on his family and his life, because it

19   wasn't evidence of what had happened, Your Honor heard it and

20   Your Honor saw it.

21        Your Honor heard him say [reading]:  This destroyed my

22   whole family.  I'm in a divorce process right now because of

23   this.  This destroyed my whole family.  You sit here asking me

24   questions about a house.  My wife stays in the Walmart every

25   night until I come home.  If you want to know that, worry about

1    that.   That's what's the matter in here.   Everybody's life is

2    destroyed.

3          And that was just one of the victims of Wayne Jenkins

4    and the two elite plainclothes Baltimore Police Department

5    units that he led like a criminal gang.

6          While the harm that he did is immeasurable, the

7    largest share of the blame for the crimes of the GTTF and the

8    members of the Special Enforcement Section unit that he led

9    before that, the largest share of those crimes belongs to him,

10   and his sentence should reflect that.

11         As the law provides, the Court will consider the

12   nature and circumstances of the offense and the history and

13   characteristics of the defendant.

14         I'll briefly -- or I'll address each of those in turn

15   and for the fact that the need of the sentence imposed reflect

16   the seriousness of the offense, to promote respect for the law,

17   and to promote just punishment, and to afford adequate

18   deterrence, and, finally, the need to avoid unwarranted

19   sentencing disparities, which I will also address in turn.

20         The conduct that Jenkins committed, which is laid out

21   in the presentence report and in detail in the statement of

22   facts that was made part of his plea agreement is, in a word,

23   breathtaking.

24         Those facts describe how not only at the GTTF, but

25   before that, Jenkins routinely stole drugs from individuals he

1    stopped -- and this is what really makes him different.  And

2    I'll speak about the differences between him and the other

3    defendants at various points.

4           But Your Honor has heard and taken the guilty pleas of

5    multiple co-defendants and presided over a trial where

6    individual episodes of robbery were proven or admitted to, and

7    I'll speak about each of those.

8           But what Jenkins did, which none of the other

9    defendants did, was this almost daily robbing of individuals

10   that had drugs, that were selling drugs or using drugs on the

11   streets, sometimes of small quantities, sometimes of large

12   quantities.

13          And the link in the chain that Donald Stepp provided

14   was where those drugs went.  And those drugs went to

15   Donald Stepp, and then they went back onto the streets of

16   Baltimore.

17          And Donald Stepp described in his testimony how this

18   was so frequent, so frequent that he came to actually give

19   Jenkins a key to the shed in his backyard so that Jenkins could

20   drop them off without having to wake him up.  And then Stepp

21   would go and sell them.

22          And Stepp estimated that he sold a million dollars'

23   worth of drugs that Jenkins put in that shed and gave Jenkins

24   almost a quarter of a million dollars for those drugs.

25          He also routinely stole money, and Your Honor heard

1   and has heard about that at length.  He stole money and kept it

2   for himself at times.  He stole money and shared it with his

3   co-defendants.

4        And in doing both those things, and in various other

5   ways, he perverted the criminal justice system.  People that

6   should have been charged with drug crimes were let go because

7   Jenkins took their drugs.

8        People that were charged had false descriptions of the

9   circumstances of their arrests provided to judges in our city

10   and in our state courts and even in our federal courts.

11        And Jenkins did this not only as a detective -- and

12   that's when this began -- but worse -- and I'll talk about this

13   at length -- in a leadership position, leading not one but two

14   elite plainclothes units.

15        But it gets worse.  He also learned at various points,

16   despite all the efforts taken by law enforcement to keep this

17   investigation covert -- and it was extremely difficult to do

18   that, given that the targets in this case were all police

19   officers themselves.

20        But he learned at various points of the investigation,

21   at first into Gondo and Rayam, which is how the investigation

22   began, and he provided that information to them.

23        And it was only because of their greed and their

24   arrogance that they didn't take that information and use it to

25   further conceal their conduct and continued as they had been.

1          And in the course of the investigation, we learned

2     that the GTTF wasn't working or working nearly as much as they

3     claimed to be.

4          And we learned that a systematic fraud was being

5     committed on the City and on the state, which provides the

6     majority of the Baltimore Police Department's budget, that

7     these men were in some cases doubling their salaries, from

8     $80,000 to $160,000 in a year, by claiming to work when they

9     didn't.

10         And this is not -- and this was something that was in

11     one of the defense filings in this proceeding, but also in the

12     trial.  This is not this phenomenon of "the day off for a gun."

13     And I'm not going to address whether that's appropriate or not.

14         But to be very clear, what was charged that they did

15     was not that they took a day off when they got a gun, but that

16     they lied on the submissions they made to the police department

17     and said that they got a gun and worked till 5 o'clock in the

18     morning when, in fact, they may have only worked until

19     11 o'clock the evening before.

20         Or if one member of the unit got a gun, they all

21     claimed to have worked five or six or eight hours of overtime.

22     That systematic looting of the overtime system is what

23     Wayne Jenkins and the other members of the GTTF did.  And that

24     started, again, not in the GTTF, but in the SES unit he led

25     before that.

1          And it got worse.  When the defendants were detained,

2    as he has admitted, the deceptions continued.

3          They were housed in the Howard County Detention

4    Center.  And Jenkins tried to actively lead a coverup of their

5    criminal conduct, exhorting his co-defendants to stick to the

6    story, to claim, for instance, the false video of the safe

7    being opened that was played at the trial was, in fact, what

8    had happened.

9          And it was only because his co-defendants at that

10   point decided to take responsibility for their actions and

11   finally, finally come clean with what they had done that those

12   men came forward and provided evidence against him and against

13   the defendants that went to trial.

14         So as is laid out in his statement of facts, the

15   robberies began before he became a sergeant.  They started in

16   at least 2011.  The statement of facts describes the May 11th,

17   2011 robbery of W.B. that Jenkins did with Gondo.  This was

18   before -- this was before Jenkins and Gondo, years later, wound

19   up on the Gun Trace Task Force.  This is when they were -- when

20   Jenkins led it.  This is when they were briefly on the

21   Gun Trace Task Force.  And even for only a matter of months,

22   they stole $1,800 from that man.

23         Moving forward in time to 2014, between 12 and 14

24   thousand dollars was robbed from J.C.

25         Moving into the spring of 2015, we learned from the

1    co-defendants about the robbery that occurred at

2    Belvedere Towers on Falls Road where Jenkins falsely

3    represented himself as a DEA agent, took $25,000 and between 20

4    and 30 thousand dollars' worth of high-grade marijuana, and

5    split the proceeds of that robbery with Taylor and with Ward;

6    gave the drugs to Stepp to sell, which he kept himself; and

7    then benefited from the proceeds of those sales.

8            Moving forward, he committed the February 2016 robbery

9    of M.S.  Again, and the amounts here range from almost a few

10   hundred dollars to hundreds of thousands of dollars.

11           The March 22nd, 2016 robbery of Oreese Stevenson is

12   the single-largest robbery that law enforcement learned about.

13   And this is the robbery that was depicted, or the coverup of

14   that robbery that was depicted, in the video that was shown at

15   trial where Jenkins learned that someone he had pulled over had

16   kilograms of cocaine in his house and potentially hundreds of

17   thousands of dollars.

18           They went into the house without a warrant.  Even

19   before they tried to get a warrant, Jenkins sent Stepp, in a

20   double-cross with his other co-defendants, to try to get to the

21   safe before they got there.

22           And when Stepp, as he testified, saw that there was

23   someone on the porch and refused to go in, Jenkins stole 2 of

24   the 10 kilograms of cocaine that were in the house, brought

25   them to Stepp, which Stepp later sold and shared the proceeds

1   with Jenkins.

2          And then Jenkins and the other members of the GTTF

3   cracked that safe and, along with the safe and other bags of

4   money in the house, stole more than $200,000 and then created

5   the fabricated video of them attempting to open the safe.

6          And what I think is so -- among the things that was so

7   remarkable about that video is it shows what a committed,

8   sophisticated, devious person can do to thwart efforts to

9   detect this kind of behavior, because you would think -- when

10  we first learned of this video, it was after the debate that

11  had been had about body cameras, right?  And the body cameras

12  were seen as a solution to misconduct, as a way to monitor, in

13  an objective sense, what was going on.

14         But what we learned that the GTTF was doing was that

15  before they were even issued body cameras, they were using

16  their iPhones to record themselves, fabricating evidence.

17         And if you step back and think about that for a

18  second, I mean, what chance do we have when you've got people

19  like Jenkins and his co-defendants fabricating video evidence?

20         What does a body camera that someone can turn on and

21  off, how can that even begin to solve the problem when you have

22  people that, even before they were issued them, were taking

23  recordings of themselves in order to cover up their conduct as

24  opposed to being fearful that they might be exposed?

25         From March, we moved into the summer and learned about

1  the robberies -- the robbery of Ronald and Nancy Hamilton.  And

2  what was, again, startling about that episode, among so many

3  things, is that Jenkins brought Hendrix and Ward and Taylor

4  with him from this SES unit he had led where they had robbed

5  people.

6          And you would have thought that becoming the officer

7  in charge of the Gun Trace Task Force might -- in June of 2016

8  might have slowed him down at least or caused him to pause.

9  And this was something we wondered about when we saw that

10  Allers was leaving and Jenkins was coming in.  Would the

11  criminal conduct stop?

12          We didn't know at that time that Jenkins and Ward and

13  Hendrix and Taylor had been doing this in their previous unit.

14  We knew Gondo and Rayam and Hersl had been doing it, and we

15  thought maybe this new sergeant -- and how ridiculous this

16  sounds saying it now -- maybe this new sergeant might actually

17  cause them to stop.

18          Well, within just a couple of weeks, Jenkins

19  hand-selected the team that went up to Westminster to rob the

20  Hamiltons.  And it wasn't Hendrix and Ward and Taylor, the men

21  he had grown comfortable with robbing people previously.  It

22  was Gondo and Rayam and Hersl.

23          And they robbed the Hamiltons, handcuffed them in

24  their living room, traumatized them the way Ronald Hamilton

25  describes, never found a gun, never found any drugs.  No one

1   was ever arrested, and the Hamiltons live with the consequences

2   of that night and will for the rest of their lives.

3           Later that summer -- and Your Honor heard from

4   Dennis Armstrong at the trial -- again, in a kind of

5   double-cross -- and this, again, distinguishes Jenkins, really,

6   from any of the other defendants.  Jenkins had what he was

7   doing with the GTTF, what they were doing on the job, as Gondo

8   described it.  And then he had his sideline with Stepp.

9           So when they see Armstrong throwing snowballs of

10  cocaine out the window and they follow him and they trace it

11  back to a storage locker, Jenkins calls Stepp to break into the

12  storage locker.

13          And Your Honor heard testimony about that at trial;

14  saw Stepp's swollen ankle from when he had slipped, falling

15  coming over the fence; and he was able to steal cocaine out of

16  that storage locker, which he sold.  And the other members of

17  the GTTF, like locusts, were able to steal the money that was

18  recovered from Armstrong's car.

19          Your Honor also heard extensive testimony -- and only

20  the most egregious of it is captured in the plea agreement --

21  but heard extensive testimony about the illegal policing

22  practices that Jenkins engaged in when he ran these two units,

23  the numbers game they played, simply stopping enough people

24  without any cause in order to recover firearms which they could

25  then use to justify the exorbitant and false overtime claims.

1          And this vicious circle began at the SES unit and

2    continued when he was at the GTTF.  And it included the illegal

3    sneak-and-peeks -- that's the phrase they used -- at

4    Oreese Stevenson's house and at others'.

5          And, again, as if armed robberies in people's homes

6    wasn't enough, Jenkins also used Stepp to engage in

7    breaking-and-enterings, burglaries, at at least three locations

8    that we're aware of on the side.

9          And then that leads us to the Burley and Matthews

10   evidence planting, and this also distinguishes Jenkins.

11         There's no evidence those men were engaged in any

12   illegal conduct.  The heroin recovered from that car was

13   planted there.  Jenkins wrote the false report that said it was

14   recovered there, and it was the basis of those men receiving

15   federal sentences of 15 years in the case of Burley and almost

16   four years in the case of Matthews.

17         And what we learned from -- and that episode where

18   Jenkins chased them, along with two other officers, where

19   Jenkins was leading that resulted in the death of Mr. Davis.

20   And you heard from his daughters.

21         And in terms of causation, but for Sergeant Jenkins'

22   actions that day, it is true Mr. Davis wouldn't have died.

23   Burley and Matthews were sitting in a car getting ready to go

24   to a funeral when armed men, not in uniform, rushed the car.

25   And Burley made a tragic error in judgment, and that was to

1    speed away.  And he struck Davis's car and killed him.

2          But that would not have happened if not for the

3    actions of Sergeant Jenkins.

4          And then, to make matters worse, as if the death of

5    that man wasn't enough, because he didn't want to be held to

6    account for that chase, he authored a false police report that

7    said heroin was recovered from those men when he knew it

8    wasn't.  And those men went to prison for almost 11 years

9    between them.

10         And the way that we found out about this episode, as

11   if it isn't horrible enough, is that he used it as a kind of

12   teaching moment with the members of the GTTF and the SES unit

13   he led.

14         And we heard from multiple co-defendants that he

15   described this vehicular homicide to them -- that was the

16   phrase they used -- and counseled them to keep BB guns that

17   look like real guns in their cars so that if they ever shot

18   anyone or got into an accident like that and there was nothing

19   recovered, they could plant the gun to cover themselves.

20         And when the members of the GTTF were arrested -- and

21   Your Honor saw this at trial -- a BB gun that looked just like

22   a 9-millimeter was recovered from Taylor's car.

23         So that is the conduct.  That is the nature and

24   circumstances of the conduct that this defendant committed.

25         And I've talked about some of his history and

1    characteristics, but I think a few briefly bear emphasis.

2            When he was arrested in 2017, he was a 14-year veteran

3    of the Baltimore Police Department.  He was not a patrolman.

4    He was not a junior member of the BPD.  He was a veteran at

5    that point who had been made detective in 2006, so he had been

6    in a position of leadership for more than ten years before his

7    arrest.

8            And as someone in a position of leadership, he should

9    have stopped the conduct, not led it, not catalyzed it, not

10   empowered the men that came under him to engage in it.

11           And as I said at the sentencing of Sergeant Allers,

12   these units in the field operate under the control of a

13   sergeant.  And if a sergeant is corrupt, is compromised, there

14   is almost no way to design a system to prevent it.

15           We have to be able to rely on the integrity of

16   individual officers, particularly ones that are put in

17   positions of leadership, to not only lead their charges in

18   enforcing the law, but when there is misconduct, when there are

19   robberies that are going on in these units, to report it, to

20   stop it.

21           And there's just -- there's no way to design a system

22   that doesn't, at least in part, rely on the integrity of

23   individual officers to do that in positions of leadership.

24           All the technology in the world won't fix it.  And so

25   with that responsibility comes a burden.  And instead of

1    bearing that burden and doing the tough thing, which would have

2    been to turn in members of the unit that were engaged in

3    robberies, he exploited the position he was in to do it

4    himself, to do it with them, to do it on the side, to cut them

5    out of it.

6            And there's simply no way to imagine, going forward,

7    how we won't face this problem again if deterrence -- if a

8    strong deterrent message isn't sent from this sentencing and

9    from the sentencings of these other defendants.

10           In terms of the seriousness of the offense, if

11   Your Honor had someone who had engaged in ten armed robberies

12   before her, a lengthy sentence, a lengthy, lengthy sentence

13   would most certainly be the recommendation of the United States

14   Attorney's Office.  The fact that he happened to be a police

15   officer when he was doing this makes it far worse.

16           The fact that he was a police officer, as we argued at

17   the sentencing of Sergeant Allers, not only victimizes the

18   individuals that were robbed, but it has profound systemic

19   consequences for the respect and promotion of the rule of law

20   in the community.

21           It undermines, in the most basic way, the public's

22   confidence in the police department, their confidence that the

23   police department will enforce the law, and their willingness

24   to work with the police department, which is so essential.

25           In the first instance, simply to respect the law; but

1    in the second instance, to work with the police department to

2    detect and apprehend individuals that break the law.  There is

3    simply no way, no way for investigations to occur without that

4    active involvement of the community.

5          And the community has been betrayed by what

6    Sergeant Jenkins did and what the other members of the GTTF

7    did.

8          And the most -- and the clearest effect of that is

9    this most recent estimate, given by the State's Attorney to the

10   City Council, that something like 1700 cases have been

11   affected.  Hundreds have been thrown out.

12         And there's really two parts to that.  Undoubtedly,

13   among that population of cases, there are people who broke the

14   law, people who were violent, people who should be

15   incapacitated; and they're back out on the street because the

16   criminal justice system cannot trust the word of

17   Sergeant Jenkins and the other men on the GTTF when they

18   claimed to have seen things or heard things that led to the

19   charges brought in those cases.

20         And so it is a tragedy.  And that is why, in the case

21   of Burley and Matthews, the U.S. Attorney's Office took steps

22   to free Burley and to vacate the convictions of Matthews and

23   Burley.

24         Matthews had already been released from prison when we

25   learned of this.  It is a tragedy when the innocent are

1  imprisoned, but it is a tragedy for all of us that the guilty

2  will go free as a result of the actions of these men.

3  As I said, deterrence is an important, important

4  consideration here because the temptation to steal money is

5  present.  It's a fact of life in units that police -- in

6  narcotics cases.

7  Drug dealers have large quantities of money, and it's

8  black money.  It's not money that goes into a bank.  It's not

9  money that's accounted for.  And drug dealers won't complain in

10  the main when they're robbed, because they know they'll face

11  longer sentences if they admit they had sold more drugs than

12  they were caught with or were intending to buy more drugs.

13  And so the way this case, you know, came to our

14  attention was not that the people they had robbed came and

15  complained to IID.  That's not going to solve it.

16  So a strong deterrent message has to be sent that the

17  units that operate in and around drug crimes, that if they are

18  caught -- if they rob people and if they are caught, there will

19  be severe consequences.

20  But we don't have a great prospect of catching them,

21  and that's why it's so important when they are found, that

22  there be consequences.

23  Finally, Your Honor, in terms of avoiding unwarranted

24  sentencing disparities, this is the second sentencing

25  Your Honor has conducted.  Obviously, Sergeant Allers was the

first.  He received a sentence of 15 years, and that reflects all of the factors under 3553(a) that I addressed at his sentencing and that I've addressed this morning.

And there are similarities but important differences between Jenkins and Allers.

The similarities are they were both obviously in a position of leadership.  And they bear special -- a special responsibility as a result, and that is an aggravating factor that they both uniquely bear.

The difference is -- among the differences are Allers didn't steal drugs.  He didn't daily steal drugs and put them back out on the streets.

Allers didn't commit overtime fraud.  For all the talk about this being widespread and endemic in the department, there was nothing, no evidence of the systemic overtime fraud that went on when Allers was the sergeant; just the opposite, in fact.  The evidence we had at the time it was Gondo and Rayam, to the extent they were committing overtime fraud, were hiding it from Allers.

Allers didn't break into people's homes like Jenkins did with Stepp, and Allers didn't plant evidence.

And so there are important, important distinctions between Allers and Jenkins.  And those distinctions justify a significantly longer sentence for Jenkins.

The guidelines in this case -- the (C) plea obviously

1    contemplates a range of 20 to 30 years.  The guidelines -- the

2    guideline recommendation is about 24 years.

3            As we said in Allers' sentencing, and have been up

4    front about, we are asking for the top of the (C) plea range,

5    for 30 years.

6            And that is for all of the reasons I've articulated,

7    but also because just looking for a moment at the guidelines,

8    which are but one factor, the 24 years doesn't account for the

9    fact that the violation of the public trust here was so

10   profound, was so profound.

11           If he had done it once or if he had done it ten times

12   like he did or if he had done it hundreds of times like he did

13   when you consider the thefts of drugs, the guidelines don't

14   reflect that.  And the guidelines don't reflect that two

15   innocent men sat in prison for 11 years between them.

16           And so for all those reasons, the United States

17   believes a sentence of 30 years is sufficient but not greater

18   than necessary to achieve the ends of sentencing and to do

19   justice in this case.

20           Thank you, Your Honor.

21           **THE COURT:**  Thank you, Mr. Wise.

22           **MR. LEVIN:**  Your Honor, may we approach briefly?

23           **THE COURT:**  Sure.

24       (Sealed bench conference.)

25           **THE COURT:**  Mr. Levin.

```
 1            MR. LEVIN:  Thank you, Your Honor.
 2            There are a number of individuals who would like to
 3   speak on behalf of Mr. Jenkins.
 4            THE COURT:  Sure.
 5            MR. LEVIN:  So if I could ask Mr. O'Quinn to step
 6   down, please.
 7            JAMES O'QUINN:  Good morning, Your Honor.
 8            THE COURT:  Good morning.
 9            JAMES O'QUINN:  Your Honor, my name is James O'Quinn,
10   and I stand before you today --
11            THE COURT:  Slow down.  Sorry.  We want to be able to
12   hear you.
13            JAMES O'QUINN:  I apologize.  I'm nervous.  I
14   apologize.
15            I stand before you today to urge you for leniency for
16   Wayne Jenkins.
17            I have known Wayne for almost 25 years, since we were
18   freshmen in high school together.  I am aware of the gravity of
19   the crimes he has -- he has been convicted of, but it's still
20   hard for me to wrap my head around it.
21            This is not the man I know, and I'd like to give you a
22   perspective that shows that he is more than the sum of his
23   actions on the days he committed such crimes.
24            Wayne has always been there for me and my daughter,
25   whether it was something simple, like helping me move into my
```

new house, or something more serious, like I was going -- when

I was going through my divorce and custody battle.

I honestly don't think I would have made it through my

divorce as well emotionally without him.

No matter how many times I told him I was fine, he

still came to my house every day to make sure he saw it with

his own eyes, often listening to me complain for hours on end.

Your Honor, I think it is important to mention the

loss of a child Wayne experienced not long ago, not just

because it was a tragedy and is part of who Wayne is, but

because it shows his character.

Just days before his new baby boy Lucas was due to be

born, his wife experienced complications and they lost him.  I

can't imagine how hard this was to deal with, but I can tell

you that Wayne handled it with the strength and resilience that

I've never seen.  And honestly, I think this made him a better

husband and father.

For years I was used to seeing Wayne and his boys come

to my house out of the blue to see what my daughter and I were

doing.  We often took the kids hiking or swimming or would even

take our dogs out for long walks.

Whenever you saw Wayne, you saw his boys with him.  He

truly is the best husband and father I know and believe it

would be unfair to his wife and boys to incarcerate him for any

longer than necessary.

1    I can speak from personal experience when I tell you

2  that mine and my father's relationship growing up made me the

3  responsible man I am today, and I desperately want that for

4  Wayne's boys.

5    In closing, I would just like to say that in the

6  nearly 25 years I've known Wayne, I can, without uncertainty,

7  tell you that this is a man who will learn from his mistakes

8  and use this experience to do better.

9    Thank you for your time, Your Honor.

10    **THE COURT:**  Thank you.  Thank you, sir.

11    **MR. LEVIN:**  Your Honor, Wendy Kraft would also like to

12  address the Court.

13    **THE COURT:**  All right.

14    **THE CLERK:**  Ma'am, please state your name for the

15  record.

16    **WENDY KRAFT:**  Good morning.

17    **THE CLERK:**  Please state your name for the record.

18    **WENDY KRAFT:**  My name is Wendy Kraft.  I'm 55 years

19  old, married, and I have a 28-year-old son.  I graduated from

20  James Madison University in 1985 with a Bachelor's of Science

21  in early childhood education.

22    I received my Master's equivalency from

23  Towson University.

24    And I taught kindergarten, first, second, and third

25  grades for 30 years in Frederick, Anne Arundel, and

1   Baltimore County.

2          During that time, I was nominated for Baltimore County

3   Teacher of the Year twice and received the White Marsh,

4   Middle River, Franklin Square Chamber of Commerce Outstanding

5   Educator Award and the Baltimore County Excellence in Education

6   Award, as well as was in Who's Who Among America's Teachers.

7          I've been retired for almost three years.  I have

8   known Wayne Jenkins for seven years.  His oldest son, K.J., was

9   in my kindergarten class for the 2011-2012 school year, and his

10  middle son, J.J., was in my kindergarten class for the 2014-'15

11  school year.

12         Currently, I am babysitting his youngest son, C.J.,

13  who is 18 months old.  I have been doing so since he was 2

14  months old, starting January 2017.

15         Mr. Jenkins always emphasized the importance of

16  education with his son.  Wayne attended every parent-teacher

17  conference that I held.  He always inquired not only about his

18  sons' academic performance, but also about their behavior and

19  questioned if they were being respectful.

20         Mr. Jenkins went on all of our field trips to the

21  Baltimore Zoo, Port Discovery, the pumpkin farm as a chaperone.

22         He and his wife, Kristy, along with their parents,

23  attended school musical concerts their sons were involved in,

24  as well as family fun nights, ice cream socials,

25  back-to-school, and math and reading nights.

1          Wayne was also a guest speaker at Career Day at the

2     school two years in a row, discussing his role as a police

3     officer and encouraging students to pursue that field.

4          Whenever I sent a note home asking for volunteers or

5     extra supplies for a special activity, Mr. Jenkins was the

6     first parent to respond.

7          The children loved him coming in to help.  He was a

8     great male role model.

9          Wayne stayed involved even when his sons moved to

10    other grades.

11         Mr. Jenkins was very polite and instilled empathy and

12    manners in both of his sons.  He made sure they always said,

13    "Please," "Thank you," "No.  Thank you," and "Excuse me."

14         He and his sons opened doors and car doors for

15    everyone.  At Christmas, the Jenkins family sent in toys for

16    the school drive, canned goods for the homeless shelter, and

17    mittens for our mitten tree.

18         They bestowed presents not only upon their child's

19    teacher but also the nurse, secretaries, and administration.

20    This was their way of thanking everyone for all they do for

21    their children and community.

22         To this day Wayne insists on calling me "Ms. Kraft"

23    out of respect, even though I told him many times to call me

24    Wendy.

25         Family is very important to Wayne.  He is a very

1    dedicated family man.  His wife, Kristy, and his sons, K.J.,

2    C.J., and J.J.; his parents, Bonnie and Lloyd; and siblings are

3    all extremely close-knit.

4              Wayne lives within five miles of his childhood home

5    and visited his parents almost every day.

6              His mother, Bonnie, volunteered in my kindergarten

7    classroom once a week for the entire year, both times her

8    grandsons were in my class.

9              I came to respect the Jenkins family and became close

10   to them when their sons were in my class.

11             The summer after J.J. was in my class, I rented my

12   vacation home to their family.  They are the only family in my

13   30-year teaching career I have ever felt comfortable enough

14   trusting to rent my property to.

15             Wayne Jenkins loves his family so much.  Many times he

16   would take his boys on father-and-son camping trips or

17   four-wheeling at a friend's cabin.  Warm-weather holidays,

18   Wayne and his family would gather at his parents' house to

19   celebrate with a cookout.  They always did everything together.

20             In September 2016, I was looking for a part-time job.

21   I knew how loving the Jenkins family was and how well-behaved

22   the boys were, so I approached Wayne and asked if they had

23   found childcare for their impending new arrival, C.J.  I

24   volunteered my services, and they readily accepted.

25             I started babysitting for the Jenkins family in 2017.

1  Wayne was working night shift, so he would be asleep when I

2  arrived.  Kristy and the boys would leave after I arrived, and

3  almost every day Wayne would receive a call from work and would

4  have to go in early.

5      I know we live in a society where there have to be

6  consequences for our actions.  Wayne did do things that were

7  wrong, as he admitted.

8      I only ask Your Honor to consider his wife, Kristy;

9  his sons K.J., J.J., and C.J.; and his parents, Bonnie and

10  Lloyd, when deciding his sentence.

11      I am a Christian woman.  Wayne and I have never

12  discussed God, forgiveness, or sin before this incident.  I

13  have been writing Wayne since his incarceration, and I honestly

14  believe that he has had time to think and realize what a wrong

15  turn his life has taken and how wrong he was.

16      I do believe people can change.  And I believe

17  wholeheartedly that when he gets out, he will use his time left

18  on this earth to make a positive change and to help others do

19  the same.

20      Thank you.

21      **THE COURT:**  Thank you.  Thank you, Ms. Kraft.

22      **MR. LEVIN:**  Your Honor, one last person would like to

23  address the Court, Mr. Jenkins' brother.

24      **THE COURT:**  Sure.

25      **THE CLERK:**  Sir, please state your name for the

1   record.

2          **LLOYD JENKINS:**  Yes, ma'am.  My name's Lloyd Jenkins.

3          **THE CLERK:**  Thank you.

4          **LLOYD JENKINS:**  Good morning, Your Honor.

5          **THE COURT:**  Good morning.

6          **LLOYD JENKINS:**  Your Honor, my name is Lloyd Jenkins.

7   I'm here to speak on behalf of my brother Wayne.

8          I'm 39 years old and married with two children, ages 5

9   and 6.  I've been with my wife, Jaime, for almost 20 years.

10  I'm a Baltimore County firefighter, both career and volunteer,

11  and have been serving locally for 18 years.

12         Prior to that, I completed high school and a four-year

13  tech college for heating and air conditioning where I obtained

14  my journeyman's license.

15         Over the last year, I've been the main contact between

16  Mr. Levin and our family.  And I've been very aware -- been

17  made very aware of the terrible things that my brother has been

18  involved in.

19         These things are actually hard to believe; but

20  unfortunately for our family, they came to be true.

21         These crimes are truly not like my brother.  And I

22  hope that character letters, myself speaking to you today, and

23  the support in the courtroom today will help give you a better

24  picture of who my brother is.

25         Wayne and I grew up in a typical middle-class home.

1   Our father and mother, who are here today, have been together

2   for 50 years.  They raised five of us:  four brothers and a

3   sister, with Wayne being the youngest.

4           Dad, like Wayne, was a U.S. Marine and taught us the

5   importance of family and strong moral character.

6           Wayne, like the rest of us, believe in these

7   attributes.  Despite his mistakes, he believes in these

8   attributes.

9           With these beliefs and strong family ties, we usually

10  see each other every weekend and none of us moved far from our

11  parents' home where we grew up.

12          Wayne is an incredible father and husband.  And I've

13  always admired him for that and his energy he would find for

14  his boys and Kristy.  He never stayed idle.  If he was off

15  work, he and the family would be out, even after long nights

16  with no sleep.

17          Wayne and Kristy wanted the boys to have the best

18  childhood possible.  At the same time they, like our parents,

19  expected the boys to be respectful and appreciative of the

20  things that they had in life.

21          Wayne raised his boys as we were raised, and it shows

22  as his boys already present very strong attributes.

23          I am not sure how my brother got lost along the way.

24  What I am sure of is my brother was lost.  What I can tell you

25  now is he's accepted these things.  Wayne told me and Kristy,

 1    as early as two weeks ago, that he deserves to go to prison for

 2    the things that he's done.

 3              He's also since then called me very distraught and

 4    told me he was sorry for the things that he's done, and he

 5    knows that his conduct will continue to cause a lot of people

 6    pain:  his wife, his children, our parents, and the community.

 7              Wayne has always been dedicated to any task he took

 8    on, from sports as a child, to dedication to friends and family

 9    as we got older, to his impeccable service as a U.S. Marine.

10    Unfortunately, his dedication and service to the police

11    department and the City of Baltimore will be forgotten due to

12    his conduct.

13              Wayne has tarnished his name and a lot of things that

14    we've been taught to stand for.  He's lost his career, his

15    retirement, and the things that him and Kristy have worked so

16    hard for.

17              Most of all, he's missing his family, which I know for

18    him is the most severe of all penalties.

19              With all that being said, he's a good man and he will

20    get through this.

21              My family and I know and understand that Wayne has to

22    serve a long sentence to pay his debt to society for his

23    crimes.

24              I can assure you, Your Honor, that after Wayne serves

25    his sentence, he will welcome -- we will welcome him home.   And

1   I know he will continue to be dedicated to his family as well

2   as dedicated to righting his wrongs in any way that he can.

3       Thank you for your time, Your Honor.

4       **THE COURT:**  Thank you very much.  Thank you.

5       Mr. Levin.

6       **MR. LEVIN:**  Your Honor, in Gene Fowler's book,

7   "Good Night, Sweet Prince," John Barrymore said the following

8   words:  "A man is not old until regrets take the place of

9   dreams."

10      Although he is not quite 40 years of age,

11  Wayne Jenkins, filled with regret, is old.

12      And the origin of the word "regret," Your Honor, comes

13  from French.  And it means to look back with distress and

14  sorrowful longing.

15      For Wayne Jenkins, it means an overwhelming feeling of

16  disappointment, distress over things he wishes he had done,

17  things he wishes he had said.

18      Also, it means regret or distress over many things he

19  wishes he hadn't done, things he hadn't said or written.

20      Wayne Jenkins knows he's let his community down; he's

21  let his loved ones down; he's let himself down.  And for all of

22  that, Your Honor, he is racked with remorse.

23      I'm sure Your Honor will recall when he pled guilty,

24  he shared, unprompted, that remorse he felt and the shame he

25  brought to himself and his family.

1          And to those who have known Wayne Jenkins since his

2     youth, as well as those who have known him as an adult, his

3     involvement in these offenses is incomprehensible.

4          Growing up in Maryland, Wayne Jenkins had a host of

5     dreams.  He dreamed of being, like his father, a good and

6     decent man, a man Wayne Jenkins has described to me and others

7     as his best friend.

8          He dreamed of defending bullies -- defending others

9     against bullies, things made clear in the letters to Your Honor

10    that he did as a young man.

11         He dreamed of serving in the United States

12    Marine Corps, like his father.  And he did serve, and he served

13    honorably, as reflected by the records, his awards, and his

14    certificate of discharge, some of which was shared with

15    Your Honor.

16         After being injured in a training accident and having

17    to, therefore, leave the military, other dreams replaced those

18    earlier dreams.

19         Mr. Jenkins dreamed of serving successfully in the

20    Baltimore City Police Department, and his dreams were realized

21    for a while.

22         In a few short years, Mr. Jenkins went from police

23    academy cadet to detective; a few years later, detective to

24    sergeant.

25         And those were just his professional dreams,

1    Your Honor.  He also had personal dreams, some of which were

2    realized.

3            Mr. Jenkins married his high school girlfriend, to

4    whom he remains married to this day.  He dreamed of having a

5    big and loving family, of being a big presence in their lives.

6    As you know -- as you've heard, Your Honor, he certainly was.

7            But those dreams have died.  Those dreams are no more.

8    They have been replaced by pain, by hurt, welling up in his

9    heart.  And I don't mean the physical pain he has suffered

10   while detained.  I will address that a little bit later,

11   Your Honor.  I mean the pain caused by regret that keeps

12   Wayne Jenkins up at night, wishing he had acted differently.

13           It's what causes tears to well up in his eyes, knowing

14   that he acted in a manner in which he should not have acted.

15           It's what causes his heart to break when he considers

16   his conduct.

17           But, Your Honor, it is from that same place of

18   heartbreak, from sorrow, guilt, and of regret that gives rise

19   to his feelings of contrition and shame.

20           If there's one thing Wayne Jenkins has learned from

21   all of this, something he has shared with me many times, it's

22   the value of regret.

23           As Wendy Kraft might appreciate, regret is a fair but

24   tough teacher.  Regret has taught Wayne Jenkins not only the

25   feelings I have described, which are clearly on display here

1  today, but it has guided Wayne Jenkins towards a commendable

2  course of conduct.

3        Even in the darkness of his deepest regrets, even in

4  the anguish and agony that he feels from acting as he did,

5  Wayne Jenkins has tried to conquer some of those regrets.

6        Mr. Jenkins expressed a desire to plead guilty early

7  on, before the superseding indictment was returned.

8        Mr. Jenkins, of course, pled guilty.  Unlike some of

9  his co-defendants, he has accepted responsibility for his

10  actions.

11        This does not just save the Government time, money,

12  and resources.  It does not just mean that Mr. Jenkins' case

13  ends here in District Court rather than to burden the appellate

14  courts.  It also reflects a step, the right step, towards

15  rehabilitation.  Regret has also prompted him today, through

16  counsel, to apologize and ask forgiveness from those he has

17  harmed.

18        And it's not the kind of apology that involves some

19  sort of self-justification, Your Honor.  In a New York Times

20  piece earlier this week, Margaret Renkl talked about apologies.

21        Now, in her context, she was addressing celebrity

22  apologies, admittedly for conduct far less outrageous than the

23  matters before us.

24        Still, I'd like to share some of her words with the

25  Court.

1          Ms. Renkl wrote [reading]:  When a person causes

2     egregious offense, the appropriate response isn't damage

3     control.  The appropriate response is a genuine apology,

4     because to acknowledge a mistake is to participate fully in the

5     human community.  We all mess up.

6          She goes on [reading]:  It isn't necessary to think of

7     these tendencies as being part of a sinful nature to understand

8     that they are endemic to human life.  Even a full-throated

9     apology won't erase a colossal mistake.  We will never make

10    ourselves perfect, but we can try to make ourselves better.

11         Mr. Jenkins is trying to make himself better through

12    his genuine apology and his sincere regret and the actions

13    associated with that regret.

14         It's been said that our past is our wisdom.  Put

15    another way, good judgment comes from experience; experience

16    comes from bad judgment.

17         Mr. Jenkins' past, while filled, regrettably, with

18    numerous examples of bad judgment, is not without significant

19    positives, as reflected in the numerous letters Your Honor has

20    read.

21         Those positives include Wayne Jenkins serving as a

22    committed football coach to children in his community; being a

23    loving and supportive family member to a widowed aunt; being an

24    involved father to his children, at home and at school; a

25    dedicated son to aging parents; a dedicated member of his

43

1  community, always willing, always, to mow lawns and shovel snow

2  for elderly neighbors.

3          Those are just some of the positives; but, of course,

4  they are overshadowed by the negatives.

5          Today is not only a day to examine who Wayne Jenkins

6  was, but who he's becoming, who he can become, Your Honor.  His

7  regret for his past poor judgment is a symbol that he can learn

8  from his past, a symbol that it's never too late to feel pangs

9  of sorrow; he certainly feels them.

10          It is also a symbol that regrets can lead to dreams.

11 And perhaps Wayne, Mr. Jenkins, can still dream, at least a

12 little.

13          For Wayne Jenkins, that dream might be to regain his

14 freedom after 20 long years in prison.  And those years will be

15 long.

16          The Bureau of Prisons will, in all likelihood,

17 designate Mr. Jenkins to a prison far from his family.

18          According to Harley G. Lappin, former director of the

19 Federal Bureau of Prisons, in a 2010 statement before Congress

20 [reading]:  Convicted law enforcement officials are initially

21 designated to a facility that is less likely to have offenders

22 with whom the official came into contact in the community.

23          Mr. Jenkins' news coverage may amplify that effect.

24 Mr. Lappin continued [reading]:  Inmates who have had extensive

25 media publicity associated with their case may also need to be

```
 1   designated to a facility further from home, as local media

 2   attention and the likelihood that their crime victims might

 3   have a nexus to inmates in a facility close to home can lead to

 4   security risks for such offenders.

 5              Your Honor, as a result, it will be difficult for

 6   Mr. Jenkins' wife and children, who are of limited means, to

 7   visit him.

 8              I mentioned earlier the physical pain that Mr. Jenkins

 9   has suffered.  So far while detained, he has been beaten by a

10   fellow inmate who knew him to be a police officer,

11   notwithstanding Mr. Jenkins' warning cries prior to that he was

12   being targeted.

13              And this week he suffered an injury as a result of an

14   accident at Chesapeake Detention Facility for which

15   Mr. Jenkins, three days later, was finally taken to the

16   hospital.  And it was determined he has tendon damage.

17              In short, Mr. Jenkins will serve much harder time than

18   other inmates.  His prison sentence will likely include

19   substantial isolation, enhanced levels of fear and anxiety, and

20   almost complete separation from his family.

21              So his dream now is that he will still have some shred

22   of a life after a sentence of 20 years.

23              20 years ago, Your Honor, was 1998.  It was a

24   different world.  It was the year a company called Google was

25   born.  It was before 9/11.  It was before iPhones.  It was a
```

1   long time ago.

2          A sentence of 20 years is likely much longer than

3   many, if not all, of his co-defendants will receive.  And it is

4   a sentence that takes into account the good he has done

5   throughout his life, as well as the lessons he has learned from

6   the bad.

7          It is, as dreams go, not much and certainly very

8   different than what he had in mind at one time early in his

9   life.  But it is something to hold onto.

10          Thank you, Your Honor.

11          **THE COURT:**  Thank you, Mr. Levin.  I appreciate it.

12          And I should say, of course, I have reviewed the many

13   letters of support that Mr. Jenkins did receive and all the

14   information in your sentencing memorandum, Mr. Levin.  Thank

15   you.

16          Mr. Jenkins, if there is anything you would like to

17   say before I make a final decision, you have the right to do

18   that.  You don't have to.  It's entirely up to you.  But you

19   can just stay there, but speak into the microphone.

20          **THE DEFENDANT:**  To the Davises, who lost their loved

21   ones, from the bottom of my heart, I wish I could take that day

22   back and not stop that vehicle.

23          And to Mr. Umar [sic], I'm so sorry about your father.

24   I sat at the University of Maryland and held the woman's hand

25   for over an hour in the bed.  I held her hand for over an hour

1   with her, the passenger in that vehicle.

2           Mr. Umar Burley, I'm sure you're going to hear this,

3   but I am truly sorry for, after finding out what happened with

4   the drugs being planted, I didn't speak up.  I didn't come

5   forward after I found out about that.  I should have came

6   forward, and I didn't.

7           I've tarnished the badge.

8           I'll get to my family in a minute.

9           But what really hurts is once a Marine, always a

10  Marine.  It hurt the Marines.

11          Pat, Dan -- I got one of my buddies in the audience

12  from the Marine Corps.  I'm so sorry for hurting the

13  Marine Corps.  That hurts until the day I die.

14          Dan, I'm sorry for that, man.

15          I made so many mistakes, Your Honor.  In my whole life

16  I said "I'm sorry" when I make a mistake, but that don't --

17  "I'm sorry" don't cut it.  Nothing ever hurt so bad as to see

18  my sons through glass and not be able to touch them when they

19  cry.

20          I have a 1-and-a-half-year-old son I don't even know.

21  And when he comes into the room to see me, he won't even get

22  close to me.  I brought this on myself.

23          Ms. Davis, about your father, I'm so sorry for what

24  you're going through, 'cause my father is my best friend.  I

25  love my father more than life itself.  Mom, you, too.

1        I wish I never would have stopped that vehicle.   I

2  can't take it back.   And I put my heart and soul into my job

3  for so many years.

4        And, Your Honor, I've been alone mostly for this year

5  and a half 'cause I can't be around people in jail, obviously.

6  And it's playing mental parts on me.   But, again, it's my

7  fault.   I know it's my fault, 'cause I did it.   And I deserve

8  to be punished.   I deserve to go to jail.

9        Kristy, you're the love of my life.   And if I ever

10 hurt you like this, I'm so sorry for hurting you.

11        And I haven't been able to go to the grave to visit my

12 son since I've been in here.   Me and my wife went every Sunday.

13        I'm going to -- my dad's got health concerns.   He's

14 not going to be around.   I'm going to miss that.   And that's my

15 fault.   I'm going to miss my parents' growing old and being at

16 funerals.

17        I've done so many -- I've never read the Bible a day

18 in my life.   I'm one of the people who went to jail to find

19 God.

20        So I finally went to jail and I read the Bible over 31

21 times, and I can't stop reading it and asking for forgiveness.

22 I can't stop reading it.

23        I feel so bad for what I did.   I have no chance of

24 being a father, raising my children.   The only thing I can hope

25 for and pray to God is that I get a decent sentence so I can be

1    a grandfather and make up for it to my grandkids, 'cause I'm

2    losing the opportunity to be a father.

3            Kristy, I'm so sorry.  You don't -- you deserve better

4    than me.

5            Dan and Pat, I'm sorry for disgracing the

6    Marine Corps.

7            I made so many mistakes, Your Honor.  I'm going to die

8    with those, and I know I'm wrong.  God knows I'm wrong.

9            I just want to be a grandfather because I'm losing --

10   if I get 30 years, I'll be a senior citizen, literally be a

11   senior citizen.

12           I'm so sorry, Your Honor.  I'm so sorry to the

13   citizens of Baltimore.

14           Mr. Umar Burley, God forgive me.  I wish I would have

15   came clean when I found out that drugs were planted.  I should

16   have came clean, and I didn't.

17           I'm so sorry, Your Honor.

18           **THE COURT:**  Okay.  Thank you, sir.

19           Is there anything else that anyone wants to say that

20   they haven't had a chance to?

21       (No response.)

22           **THE COURT:**  Okay.  All right.  Thank you, all.

23           This is obviously -- sentencing is a very difficult

24   thing that we all face from our different perspectives.  And

25   there are many different factors we have to consider, and

1    they've all been addressed quite thoroughly and responsibly by

2    counsel today.

3              Let me talk about them.

4              The nature and circumstances of the offense, I have to

5    ask:  What are the harms that have been caused by Mr. Jenkins'

6    and others' conduct?

7              There is obviously the harm to individual victims.

8    There's harm to people whose money was taken or whose rights

9    were violated; the gun and the badge that enabled Mr. Jenkins

10   and others to take money, to rob, to put people in dangerous

11   situations.

12             As has been pointed out, most of those people were not

13   likely to complain or to be believed if they did.

14             As I think Mr. Jenkins recognizes, this was a great

15   abuse of the public trust.

16             Officers take an oath to uphold the law.  That's why

17   they have the right to have that gun and that badge, so they

18   can enforce the law, not break the law.

19             There's enormous power that we entrust to the police

20   in reliance on that oath that's been broken.

21             And that just deepens the distrust that obviously many

22   people in our community already feel toward the police when

23   these kinds of actions are taken and acknowledged and

24   prosecuted.

25             The actions by Mr. Jenkins and others have resulted --

1 I don't know the exact number. We have the most recent

2 estimate from the State's Attorney in Baltimore City of 1700.

3 That may or may not be exactly right, but there's no denying

4 that there are hundreds of criminal cases that have had to be

5 dismissed, even if the convictions were, in fact, justified,

6 because the credibility of the officers on which the

7 convictions rested has been destroyed.

8 There's extensive overtime fraud that Mr. Jenkins has

9 acknowledged that has resulted in stealing money from a City

10 that doesn't have any money to spare.

11 All of this conduct has also made much more difficult

12 the job of what I still believe to be the majority of men and

13 women in uniform who face danger and hardship every day trying

14 to protect the public; but they do it with this increased lack

15 of trust, which is understandable, by the community toward the

16 police.

17 And, as I said, in connection with Mr. Allers'

18 sentencing, it strikes at the foundation of our entire criminal

19 justice system if a judge and a jury cannot rely on the word of

20 sworn law enforcement officers because those officers are

21 covering up their own crimes.

22 So there is a great deal of harm that's been done.

23 The nature and circumstances of this offense are very serious.

24 Obviously, I also have to consider the history and

25 characteristics of Mr. Jenkins. He's been a police officer

1   since 2003.

2          I have no doubt there have been times he put himself

3   in harm's way to protect other people.  I have no doubt he's

4   been involved in very stressful and disturbing situations and

5   has suffered personal tragedy in his own life.

6          I am sure he has been loyal and helpful to his family

7   and his friends and done good things for his community, which

8   are reflected in the letters and in the support today.  And I'm

9   sure that he appreciates that support, the people that are here

10  for him.  And I hope that will help him get through what must

11  be a lengthy prison sentence.

12         Again, none of that -- and I don't think he's telling

13  me that.  None of that causes or excuses his participation as a

14  sergeant in the criminal conduct he's pled guilty to, which

15  began as early as 2011.

16         But I do think positive parts of a person's personal

17  history should be considered.

18         I will need to talk about relative culpability.

19  Mr. Jenkins, like Mr. Allers, was a sergeant.  He was a

20  supervisor.  He was someone who should have set an example and

21  never tolerated misconduct by his subordinates.

22         More seriously than Mr. Allers, he was extensively

23  involved -- and I don't think it requires getting into each

24  specific incident, exactly where the proof came from, but

25  there's no question he's admitted and I've heard testimony

 1  about his being involved in stealing and distributing drugs --

 2  cocaine, heroin, marijuana -- putting poison into our community

 3  when he should have been protecting the community from that

 4  poison.

 5          He was extensively involved with overtime fraud, which

 6  is not conduct for which Mr. Allers was sentenced.

 7          And he did involve himself in a false report that put

 8  two people in jail for a crime they did not commit.

 9          These are all extremely serious and differentiate

10  Mr. Jenkins from Mr. Allers.

11          Unlike some others, however, he did accept

12  responsibility in significant part.  He has pled guilty and has

13  admitted to extensive misconduct rather than going to trial,

14  and I do believe that he regrets what he has done.

15          There must be, to reflect the seriousness of the

16  offense and promote respect for the law and provide just

17  punishment, a significant period of incarceration.

18          I don't think there's an issue of specific deterrence

19  for Mr. Jenkins, but the factor of general deterrence has great

20  importance.

21          And the message must be clear that officers who break

22  their oaths by robbery and fraud will be prosecuted; they will

23  be justly punished for that conduct.

24          Taking that all into account, but also, I think,

25  Mr. Jenkins, giving him some credit for his personal history,

1  for his remorse, for his entering of a guilty plea, and

2  recognizing the circumstances that this jail time will -- the

3  punishment that simply any period of jail time will inflict on

4  him, where I come out to, in a way that I will break up among

5  these charges, is within the guidelines but closer to the low

6  end.

7        I do not believe 30 years is required, but I am going

8  to impose a total sentence of 25 years, Mr. Jenkins.  That is

9  going to be the maximum sentence of 20 years on each of the

10 racketeering and the Hobbs Act conspiracy counts in this case.

11 So that is 240 months, concurrent, on each of those four counts

12 in Case No. 17-106.

13       In the separate case, a very serious case in itself

14 involving the falsification of records, which is 17-638, there

15 is going to be a consecutive sentence of five years on Count 1

16 with concurrent one-year sentences on Counts 2 through 5.

17       There is also going to be a period of supervised

18 release.  It will be a total of supervised release of three

19 years -- that is, three years concurrent on each of Counts 1

20 through 4 in 17-106; three years on Count 1 in 17-638; and a

21 year concurrent on each of Counts 2 through 5.

22       I'm required to impose a special assessment of $100 on

23 each of the five felonies and $25 on the four misdemeanors.

24       It occurs to me we have not spoken about restitution.

25       Mr. Wise?

1      **MR. WISE:**  Your Honor, we will submit -- we'll work

2  with counsel to submit an order restituting the victims in this

3  case after the sentencing proceeding.

4      **THE COURT:**  Restitution will be deferred.

5      Mr. Jenkins' financial circumstances, I don't believe,

6  permit a fine, particularly in light of the restitution.

7      Special conditions of supervised release are going to

8  include any alcohol abuse treatment or counseling the probation

9  officer recommends.

10      That may not be a problem any longer when he is

11  released, but I believe it has been a problem.

12      And providing the probation officer access to any

13  financial information that they may wish to see.

14      Is there any specific recommendation?

15      I recognize you're right, Mr. Levin, that there are

16  complications in designating police officers.

17      But are there any specific recommendations to the

18  Bureau of Prisons you want me to make?

19      **MR. LEVIN:**  No, Your Honor, because of those

20  complications.

21      And we would request, anticipating Your Honor's next

22  question, the RDAP program.

23      **THE COURT:**  Sure.

24      **MR. LEVIN:**  Thank you.

25      **THE COURT:**  I'll recommend that he participate in any

1   substance- or alcohol-abuse program that he is eligible for

2   within the Bureau of Prisons, which may include the

3   RDAP program.

4          I'm also going to recommend mental health counseling,

5   both as a condition of supervised release and while he is

6   within the Bureau of Prisons.

7          Have I left anything out?  Anything I have not

8   addressed about that sentence?

9          **MR. WISE:**  Just briefly, Your Honor, on outstanding

10  counts, I can do that now or --

11         **THE COURT:**  Sure.  Go ahead.

12         **MR. WISE:**  The United States moves to dismiss the

13  original indictment and Counts 4 and 6 of the

14  superseding indictment in 17-106.

15         There are no outstanding counts in 17-638.

16         **THE COURT:**  Okay.  All right.

17         Mr. Jenkins, in light of the plea agreement and the

18  sentence, I don't think there's anything that you have a right

19  to appeal from.

20         But if you were going to be noting any appeal, that

21  would have to be within 14 days.

22         Do you understand that, sir?

23         **THE DEFENDANT:**  Yes, ma'am.

24         I just want to apologize again about the Davises'

25  father.

1          **THE COURT:**  I appreciate that.  And I am sure that we

2   all share that regret and pain.

3          Thank you, all.

4      (Matter concluded at 11:54 a.m.)

5      I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

6   the foregoing is a correct transcript from the stenographic

7   record of proceedings in the above-entitled matter.

8

9                        _____/s/_____

10                       Douglas J. Zweizig, RDR, CRR
                         Registered Diplomate Reporter
                         Certified Realtime Reporter
11                       Federal Official Court Reporter
                            DATE:  July 18, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$1 [1]  9/18
$1 million [1]  9/18
$1,800 [1]  15/22
$100 [1]  53/22
$160,000 [1]  14/8
$200,000 [2]  9/17 17/4
$25 [1]  53/23
$25,000 [1]  16/3
$80,000 [1]  14/8

**'**

'15 [1]  31/10
'cause [6]  8/1 8/18 46/24 47/5
 47/7 48/1

**/**

/s [1]  56/8

**1**

1-and-a-half-year-old [1]  46/20
10 kilograms [1]  16/24
101 [1]  1/24
106 [5]  1/4 3/8 53/12 53/20
 55/14
10:10 a.m [1]  3/2
11 [5]  9/12 10/10 21/8 27/15
 44/25
11 o'clock [1]  14/19
11:54 a.m [1]  56/4
11th [1]  15/16
12 [1]  15/23
14 [2]  15/23 55/21
14-year [1]  22/2
15 [2]  20/15 26/1
17-106 [2]  53/20 55/14
17-638 [4]  3/8 53/14 53/20
 55/15
1700 [3]  10/1 24/10 50/2
18 [3]  31/13 35/11 56/11
1985 [1]  30/20
1998 [1]  44/23
1A [1]  1/9

**2**

20 [9]  6/9 16/3 27/1 35/9 43/14
 44/22 44/23 45/2 53/9
2003 [1]  51/1
2006 [1]  22/5
2010 [1]  43/19
2011 [3]  15/16 15/17 51/15
2011-2012 [1]  31/9
2012 [1]  31/9
2014 [1]  15/23
2014-'15 [1]  31/10
2015 [1]  15/25
2016 [5]  10/15 16/8 16/11 18/7
 33/20
2017 [3]  22/2 31/14 33/25
2018 [2]  1/9 56/11
21201 [1]  1/25
22nd [1]  16/11
24 [2]  27/2 27/8
240 [1]  53/11
25 [3]  28/17 30/6 53/8
28-year-old [1]  30/19
292 [1]  5/23

**3**

30 [8]  6/9 16/4 27/1 27/5 27/17
 30/25 48/10 53/7

30-year [1]  33/13
31 [1]  47/20
3555 [1]  28/2
365 [1]  5/23
39 [1]  35/8

**4**

40 [2]  5/22 38/10
4th [1]  1/24

**5**

5 o'clock [1]  14/17
50 [1]  36/2
55 [1]  30/18

**6**

638 [5]  1/5 3/8 53/14 53/20
 55/15

**9**

9-millimeter [1]  21/22
9/11 [1]  44/25

**A**

a.m [2]  3/2 56/4
able [6]  19/15 19/17 22/15
 28/11 46/18 47/11
about [39]  4/18 5/20 6/13 8/5
 9/12 10/17 10/24 10/25 12/2
 12/7 13/1 13/12 16/1 16/12 17/7
 17/11 17/17 17/25 18/2 18/9
 19/13 19/21 21/10 21/25 26/14
 27/2 27/4 31/17 31/18 41/20
 45/23 46/5 46/23 49/3 51/18
 52/1 53/24 55/8 55/24
above [1]  56/7
above-entitled [1]  56/7
abuse [3]  49/15 54/8 55/1
academic [1]  31/18
academy [1]  39/23
accept [2]  6/5 52/11
accepted [3]  33/24 36/25 41/9
access [1]  54/12
accident [4]  7/24 21/18 39/16
 44/14
According [1]  43/18
account [4]  21/6 27/8 45/4
 52/24
accounted [1]  25/9
accuracy [1]  4/25
achieve [1]  27/18
acknowledge [1]  42/4
acknowledged [2]  49/23 50/9
Act [1]  53/10
acted [3]  40/12 40/14 40/14
acting [1]  41/4
actions [13]  8/2 10/12 10/13
 15/10 20/22 21/3 25/2 28/23
 34/6 41/10 42/12 49/23 49/25
active [1]  24/4
actively [1]  15/4
activity [1]  32/5
actually [6]  4/13 6/12 9/9
 12/18 18/16 35/19
Adam [1]  2/5
Adam Smith [1]  2/5
added [1]  4/17
additions [5]  4/1 4/8 4/16 4/24
 5/3
address [8]  6/11 7/7 11/14
 11/19 14/13 30/12 34/23 40/10
addressed [4]  26/2 26/3 49/1

55/8
addressing [1]  43/21
adequate [1]  11/17
administration [1]  32/19
admired [1]  36/13
admit [1]  25/11
admitted [5]  12/6 15/2 34/7
 51/25 52/13
admittedly [1]  41/22
adult [1]  39/2
advisory [1]  6/6
affect [2]  4/19 10/3
affected [1]  24/11
affects [1]  10/1
afford [1]  11/17
after [11]  17/10 33/11 34/2
 36/15 37/24 39/16 43/14 44/22
 46/3 46/5 54/3
again [14]  8/4 9/23 9/23 9/23
 14/16 16/9 18/2 19/4 19/5 20/5
 23/7 47/6 51/12 55/24
against [3]  15/12 15/12 39/9
age [1]  38/10
agent [4]  2/6 2/7 3/10 16/3
ages [1]  35/8
aggravating [1]  26/8
aging [1]  42/25
ago [4]  29/9 37/1 44/23 45/1
agony [1]  41/4
agree [1]  4/25
agreement [5]  5/11 5/18 11/22
 19/20 55/17
agrees [1]  5/24
ahead [1]  55/11
air [1]  35/13
alcohol [2]  54/8 55/1
alcohol-abuse [1]  55/1
alive [1]  8/1
all [39]  3/18 5/16 6/3 6/4 6/23
 9/4 10/3 13/16 13/18 14/20
 22/24 25/1 26/2 26/13 27/6
 27/16 30/13 31/20 32/20 33/3
 37/17 37/18 37/19 38/21 40/21
 42/5 43/16 45/3 45/13 48/22
 48/22 48/24 49/1 50/11 52/9
 52/24 55/16 56/2 56/3
Allers [16]  18/10 22/11 23/17
 25/25 26/5 26/10 26/13 26/16
 26/19 26/20 26/21 26/23 51/19
 51/22 52/6 52/10
Allers' [2]  27/3 50/17
almost [15]  9/12 9/19 10/10
 12/9 12/24 16/9 20/15 21/8
 22/14 28/17 31/7 33/5 34/3 35/9
 44/20
alone [1]  47/4
along [5]  9/24 17/3 20/18 31/22
 36/23
already [3]  24/24 36/22 49/22
also [28]  2/3 6/8 6/12 10/4
 11/19 12/25 13/15 14/11 19/19
 20/6 20/10 27/7 30/11 31/18
 32/1 32/19 37/3 38/18 40/1
 41/14 41/15 43/10 43/25 50/11
 50/24 52/24 53/17 55/4
Although [1]  38/10
always [11]  6/17 28/24 31/15
 31/17 32/12 33/19 36/13 37/7
 43/1 43/1 46/9
am [11]  8/10 28/18 30/3 31/12
 34/11 36/23 36/24 46/3 51/6
 53/7 56/1

# A

AMERICA [2]   1:3 3:7
America's [1]   31:6
among [7]   10:8 17:6 18:2 24:13
   26:10 31:6 53:4
amounts [1]   16:9
amplify [1]   43:23
analysis [1]   4:11
anguish [1]   41:4
ankle [1]   19:14
Anne [1]   30:25
Anne Arundel [1]   30:25
another [1]   42:15
anticipating [1]   54:21
anxiety [1]   44:19
any [19]   3:25 4:8 7:1 18:25
   19:6 19:24 20:11 29:24 37:7
   38:2 50:10 53:3 54:8 54:10
   54:12 54:14 54:17 54:25 55:20
anyone [3]   7:17 21:18 48:19
anything [4]   4:18 7:17 45:16
   48:19 55:7 55:7 55:18
apologies [2]   41:20 41:22
apologize [4]   28:13 28:14 41:16
   55:24
apology [4]   41:18 42:3 42:9
   42:12
appeal [2]   55:19 55:20
appellate [1]   41:13
appreciate [3]   40:23 45:11 56:1
appreciates [1]   51:9
appreciative [1]   36:19
apprehend [1]   24:2
approach [2]   6:18 27:22
approached [1]   33:22
appropriate [5]   5:12 6:5 14:13
   42:2 42:3
approved [1]   10:9
approximately [1]   10:1
are [50]   3:18 4:24 5:3 5:10
   5:17 5:19 6:12 7:1 7:2 8:3
   22:16 22:18 22:19 24:13 24:25
   25:17 25:18 25:21 26:4 26:6
   26:10 26:22 27:4 27:8 28:2 33:2
   33:12 35:19 35:21 36:1 40:7
   40:25 42:8 43:3 43:4 43:20 44:6
   48:25 49:5 49:23 50:4 50:20
   50:23 51:8 51:9 52:9 54:7 54:15
   54:17 55:15
argued [1]   23:16
armed [4]   9:14 20:5 20:24 23:11
Armstrong [2]   19:4 19:9
Armstrong's [1]   19:18
around [4]   25:17 28:20 47:5
   47:14
arrest [1]   22:7
arrested [3]   19:1 21:20 22:2
arrests [1]   13:9
arrival [1]   33:23
arrived [3]   6:5 34:2 34:2
arrogance [1]   13:24
articulated [1]   27:6
Arundel [1]   30:25
as [79]   3:11 3:14 4:12 4:19
   4:24 5:7 5:21 6:5 9:7 10:8 10:9
   11:11 13:13 13:25 14:2 14:2
   15:2 15:14 16:3 16:22 17:12
   17:12 17:23 19:7 20:5 21:4
   21:10 21:11 22:8 22:11 23:16
   25:2 25:3 26:8 27:3 29:4 31:6
   31:6 31:21 31:24 31:24 32:2

# B

baby [1]   29:12
babysitting [2]   31:12 33:25
Bachelor's [1]   30:20
back [9]   12:15 17:17 19:11
   24:15 26:12 31:25 38:13 45:22
   47:2
back-to-school [1]   31:25
backyard [1]   12:19
bad [5]   42:16 42:18 45:6 46:17
   47:23
badge [3]   46:7 49:9 49:17
bags [1]   17:3
Baltimore [19]   1:10 1:25 2:8
   2:9 3:12 3:12 11:4 12:16 14:6
   22:3 31:1 31:2 31:5 31:21 35:10
   37:11 39:20 48:13 50:2
Baltimore City [2]   39:20 50:2
Baltimore County [4]   31:1 31:2
   31:5 35:10
Baltimore Zoo [1]   31:21
bank [1]   25:8
Barrymore [1]   38:7
basic [1]   23:21
basis [2]   9:18 20:14
battle [1]   29:2
BB [2]   21:16 21:21
BB gun [1]   21:21
BB guns [1]   21:16
be [79]   3:3 4:16 4:22 5:20 7:3
   8:1 8:3 8:17 14:3 14:14 17:24
   21:5 22:15 23:13 23:14 24:14
   25:16 25:19 25:22 28:11 29:12
   29:24 34:1 34:5 35:20 36:15
   36:19 37:11 38:1 43:13 43:14
   43:25 44:5 44:10 46:18 47:5
   47:8 47:14 47:25 48:2 48:9

34:7 36:21 36:22 37:1 37:1 37:8
   37:9 37:9 38:1 38:8 38:12 38:21
   39:2 39:7 39:10 39:13 40:6 40:6
   40:23 41:4 42:7 42:19 42:21
   44:1 44:5 44:13 45:5 45:5 45:7
   46:17 49:12 49:14 50:17 51:13
   51:15 51:15 55:9
ask [6]   4:16 6:17 28:5 34:8
   41:16 49:5
asked [1]   33:22
asking [4]   10:23 27:4 32:4
   47:21
asleep [1]   34:1
assessment [1]   53:22
Assistant [1]   1:18
associated [2]   42:13 43:25
assure [1]   37:24
attempting [1]   17:5
attended [2]   31:16 31:23
attention [2]   25:14 44:2
Attorney [3]   10:1 24:9 50:2
Attorney's [2]   23:14 24:21
Attorneys [1]   1:18
attributes [3]   36:7 36:8 36:22
audience [1]   46:11
aunt [1]   42:23
authored [3]   9:10 10:9 21:6
avoid [1]   11:18
avoiding [1]   25:23
Award [2]   31:5 31:6
awards [1]   39:13
aware [6]   6:8 9:7 20:8 28:18
   35:16 35:17
away [2]   7:18 21:1

48:10 48:10 49:13 50:3 50:4
   50:18 51:4 51:17 52:15 52:21
   52:22 52:23 53:9 53:15 53:17
   53:18 54:4 54:10 55:20 55:21
bear [3]   22:1 26:7 26:9
bearing [1]   23:1
beaten [1]   44:9
became [2]   15:15 33:9
because [18]   10:18 10:22 13:6
   13:23 15:9 17:9 21:5 24:15 25:4
   25:10 27:7 29:10 29:11 42:4
   48:9 50:6 50:20 54:19
become [1]   43:6
becoming [2]   18:6 43:6
bed [1]   45:25
been [49]   3:20 6:16 8:2 10:6
   13:6 13:25 17:11 18:13 18:14
   22:5 22:5 23:2 24:5 24:10 24:11
   24:24 27:3 28:19 28:24 31:7
   31:13 34:13 35:9 35:11 35:15
   35:16 35:16 35:17 36:1 37:7
   37:14 40:8 42:14 44:9 47:4
   47:11 47:12 49:1 49:5 49:12
   49:20 50:7 50:22 50:25 51:2
   51:4 51:6 52:3 54:11
before [25]   1:12 6:24 11:9
   11:25 14:19 14:25 15:15 15:18
   15:18 16:19 16:21 17:15 17:22
   22:6 23:12 28:10 28:15 29:12
   34:12 41:7 41:23 43:19 44:25
   44:25 45:17
began [5]   13:12 13:22 15:15
   20:1 51:15
begin [1]   17:21
behalf [4]   3:16 5:6 28:3 35:7
behaved [1]   33:21
behavior [2]   17:9 31:18
being [19]   5:2 14:4 15:7 17:24
   26:14 31:19 36:3 37:19 39:5
   39:16 40:5 42:7 42:22 42:23
   44:12 46:4 47:15 47:24 52:1
beliefs [1]   36:9
believe [14]   5:17 7:1 7:3 29:23
   34:14 34:16 34:16 35:19 36:6
   50:12 52:14 53:7 54:5 54:11
believed [1]   49:13
believes [2]   27:17 36:7
belongs [1]   11:9
Belvedere [1]   16:2
Belvedere Towers [1]   16:2
bench [4]   6:18 6:19 6:21 27:24
benefited [2]   9:20 16:7
best [4]   29:23 36:17 39:7 46:24
bestowed [1]   32:18
betrayed [1]   24:5
better [6]   29:16 30:8 35:23
   42:10 42:11 48:3
between [9]   6:8 12:2 15:23 16:3
   21:9 26:5 26:23 27:15 35:15
Bible [2]   47:17 47:20
big [2]   40:5 40:5
birthdays [1]   7:22
bit [3]   7:13 7:14 40:10
black [1]   25:8
BLAKE [1]   1:12
blame [1]   11:7
blue [1]   29:19
Bodmer [2]   2:7 3:13
body [4]   17:11 17:11 17:15
   17:20
body camera [1]   17:20
body cameras [3]   17:11 17:11

Case 1:17-cr-00630-CCB Document 20 Filed 07/27/18 Page 59 of 72

## B

body cameras... [1]  17/15
Bonnie [3]  33/2 33/6 34/9
book [1]  38/6
born [2]  29/13 44/25
both [9]  3/19 5/17 13/4 26/6
 26/9 32/12 33/7 35/10 55/5
bottom [1]  45/21
boy [1]  29/12
boys [12]  29/18 29/22 29/24
 30/4 33/16 33/22 34/2 36/14
 36/17 36/19 36/21 36/22
BPD [1]  22/4
break [7]  19/11 24/2 26/20
 40/15 49/18 52/21 53/4
breaking [1]  20/7
breaking-and-enterings [1]  20/7
breathtaking [1]  11/23
briefly [5]  11/14 15/20 22/1
 27/22 55/9
broke [1]  24/13
broken [2]  8/3 49/20
brother [7]  34/23 35/7 35/17
 35/21 35/24 36/23 36/24
brothers [1]  36/2
brought [5]  16/24 18/3 24/19
 38/25 46/22
buddies [1]  46/11
budget [2]  9/21 14/6
bullies [2]  39/8 39/9
burden [3]  22/25 23/1 41/13
Bureau [5]  43/16 43/19 54/18
 55/2 55/6
burglaries [2]  9/15 20/7
Burley [9]  20/9 20/15 20/23
 20/25 24/21 24/22 24/23 46/2
 48/14
buy [1]  25/12

## C

C.J [4]  31/12 33/2 33/23 34/9
cabin [1]  33/17
cadet [1]  39/23
calculated [1]  5/21
calculations [3]  4/20 5/17 6/4
call [3]  3/5 32/23 34/3
called [2]  37/3 44/24
calling [1]  32/22
calls [1]  19/11
came [14]  8/12 12/18 15/12
 22/10 25/13 25/14 29/6 33/9
 35/20 43/22 46/5 48/15 48/16
 51/24
camera [1]  17/20
cameras [3]  17/11 17/11 17/15
camping [1]  33/16
can [24]  3/3 3/21 7/7 17/8
 17/20 17/21 29/14 30/1 30/6
 34/16 36/24 37/24 38/2 42/10
 43/6 43/7 43/10 43/11 44/3
 45/19 47/24 47/25 49/18 55/10
can't [5]  29/14 47/2 47/5 47/21
 47/22
canned [1]  32/16
cannot [2]  24/16 50/19
captured [1]  19/20
car [13]  7/16 7/18 8/13 9/6 9/8
 9/12 19/18 20/12 20/23 20/24
 21/1 21/22 32/14
career [4]  32/1 33/13 35/10
 37/14

Career Day [1]  32/1
CCB [1]  21/17
case [19]  1/4 1/5 3/5 3/7 3/20
 13/18 20/15 20/16 24/20 25/13
 26/25 27/19 41/12 43/25 53/10
 53/12 53/13 53/13 54/3
Case No. 17-106 [1]  53/12
cases [7]  10/2 14/7 24/10 24/13
 24/19 25/6 50/4
catalyzed [1]  22/9
catching [1]  25/20
category [1]  5/23
CATHERINE [1]  1/12
caught [3]  25/12 25/18 25/18
causation [1]  20/21
cause [3]  18/17 19/24 37/5
caused [3]  18/8 40/11 49/5
causes [4]  40/13 40/15 42/1
 51/13
CCB [2]  1/4 1/5
CCB-17-106 [1]  1/4
CCB-17-638 [1]  1/5
celebrate [1]  33/19
celebrity [1]  41/21
Center [1]  15/4
certainly [4]  23/13 40/6 43/9
 45/7
certificate [1]  39/14
Certified [1]  56/10
certify [1]  56/5
chain [1]  12/13
Chamber [1]  31/4
chance [4]  4/5 17/18 47/23
 48/20
change [2]  34/16 34/18
chaperone [1]  31/21
character [3]  29/11 35/22 36/5
characteristics [3]  11/13 22/1
 50/25
characterized [1]  4/24
charge [1]  18/7
charged [3]  13/6 13/8 14/14
charges [4]  3/19 22/17 24/19
 53/5
chase [1]  21/6
chased [1]  20/18
Chesapeake [1]  44/14
Chesapeake Detention [1]  44/14
child [2]  29/9 37/8
child's [1]  32/18
childcare [1]  33/23
childhood [3]  30/21 33/4 36/18
children [8]  32/7 32/21 35/8
 37/6 42/22 42/24 44/6 47/24
Christian [1]  34/11
Christmas [1]  32/15
circle [1]  20/1
circumstances [7]  11/12 13/9
 21/24 49/4 50/23 53/2 54/5
citizen [2]  48/10 48/11
citizens [1]  48/13
city [9]  9/22 9/25 13/9 14/5
 24/10 37/11 39/20 50/2 50/9
City Council [1]  9/25
City's [1]  9/21
claim [1]  15/6
claimed [3]  14/3 14/21 24/18
claiming [1]  14/8
claims [1]  19/25
clarifications [2]  4/14 5/8
class [6]  31/9 31/10 33/8 33/10
 33/11 35/25

classroom [1]  33/7
clear [5]  15/11 48/15 48/16
clear [4]  5/20 14/14 39/9 52/21
clearest [1]  24/8
clearly [1]  40/25
client [1]  4/5
close [4]  33/3 33/9 44/3 46/22
close-knit [1]  33/3
closer [1]  53/5
closing [1]  30/5
co [13]  9/15 9/16 9/24 12/5
 13/3 15/5 15/9 16/1 16/20 17/19
 21/14 41/9 45/3
co-defendant [1]  9/16
co-defendants [12]  9/15 9/24
 12/5 13/3 15/5 15/9 16/1 16/20
 17/19 21/14 41/9 45/3
coach [1]  42/22
cocaine [5]  16/16 16/24 19/10
 19/15 52/2
college [1]  35/13
colossal [1]  42/9
come [7]  7/4 7/6 10/25 15/11
 29/18 46/4 53/4
comes [5]  22/25 38/12 42/15
 42/16 46/21
comfortable [2]  18/21 33/13
coming [3]  18/10 19/15 32/7
commendable [1]  41/1
Commerce [1]  31/4
commit [3]  10/11 26/13 52/8
committed [8]  9/14 11/20 14/5
 16/8 17/7 21/24 28/23 42/22
committing [1]  26/18
common [1]  7/25
community [15]  23/20 24/4 24/5
 32/21 37/6 38/20 42/5 42/22
 43/1 43/22 49/22 50/15 51/7
 52/2 52/3
company [1]  44/24
complain [3]  25/9 29/7 49/13
complained [1]  25/15
complete [1]  44/20
completed [1]  35/12
complications [3]  29/13 54/16
 54/20
compromised [1]  22/13
conceal [1]  13/25
concerning [1]  6/21
concerns [1]  47/13
concerts [1]  31/23
concluded [1]  56/4
concurrent [4]  53/11 53/16
 53/19 53/21
condition [1]  55/5
conditioning [1]  35/13
conditions [1]  54/7
conduct [19]  11/20 13/25 15/5
 17/23 18/11 20/12 21/23 21/24
 22/9 37/5 37/12 40/16 41/2
 41/22 49/6 50/11 51/14 52/6
 52/23
conducted [1]  25/25
conference [4]  6/19 6/21 27/24
 31/17
confidence [2]  23/22 23/22
Congress [1]  43/19
connection [1]  50/17
conquer [1]  41/5
consecutive [1]  53/15
consequences [5]  19/1 23/19
 25/19 25/22 34/6

**C**

consider [7] 6/7 10/17 11/11
 27/13 34/8 48/25 50/24
consideration [1] 25/4
considered [1] 51/17
considers [1] 40/15
conspiracy [1] 53/10
contact [2] 35/15 43/22
contemplates [1] 27/1
contemplating [1] 5/5
context [1] 41/21
continue [2] 37/5 38/1
continued [4] 13/25 15/2 20/2
 43/24
contrition [1] 40/19
control [2] 22/12 42/3
convicted [2] 28/19 43/20
convictions [3] 24/22 50/5 50/7
cookout [1] 33/19
cooperating [2] 6/16 6/22
cooperation [1] 6/15
Corps [4] 39/12 46/12 46/13
 48/6
correct [2] 4/21 56/6
corrections [2] 4/1 4/8
corrupt [1] 22/13
could [7] 7/12 7/17 12/19 19/24
 21/19 28/5 45/21
Council [1] 9/25 24/10
counsel [6] 3/11 6/17 6/23
 41/16 49/2 54/2
counseled [1] 21/16
counseling [2] 54/8 55/4
Count [2] 53/15 53/20
Count 1 [2] 53/15 53/20
counts [8] 53/10 53/11 53/16
 53/19 53/21 55/10 55/13 55/15
Counts 1 [1] 53/19
Counts 2 [2] 53/16 53/21
Counts 4 [1] 55/13
County [5] 15/3 31/1 31/2 31/5
 35/10
couple [2] 6/12 18/18
course [7] 3/24 6/8 14/1 41/2
 41/8 43/3 45/12
court [9] 1/1 1/24 6/20 11/11
 30/12 34/23 41/13 41/25 56/11
courtroom [3] 1/9 7/1 35/23
courts [3] 13/10 13/10 41/14
cover [2] 17/23 21/19
coverage [1] 43/23
covering [1] 50/21
covert [1] 13/17
coverup [2] 15/4 16/13
cracked [1] 17/3
crash [5] 7/16 7/18 8/13 9/7
 9/12
cream [1] 31/24
created [1] 17/4
credibility [1] 50/6
credit [1] 52/25
cries [1] 44/11
crime [3] 10/11 44/2 52/8
crimes [11] 10/3 10/3 11/7 11/9
 13/6 25/17 28/19 28/23 35/21
 37/23 50/21
criminal [15] 1/4 1/5 3/8 3/20
 5/22 7/25 10/2 11/5 13/5 15/5
 18/11 24/16 50/4 50/18 51/14
Criminal No. 17-106 [1] 3/8
cross [2] 16/20 19/5

CRR [3] 1/23 56/5 56/9
cru [1] 45/13
culpability [1] 51/18
Currently [1] 31/12
custody [1] 29/2
cut [2] 23/4 46/17

**D**

dad [6] 7/21 7/22 8/1 8/16 8/22
 36/4
dad's [1] 47/13
daily [3] 9/17 12/9 26/11
damage [2] 42/2 44/16
Dan [3] 46/11 46/14 48/5
danger [1] 50/13
dangerous [1] 49/10
darkness [1] 41/3
DATE [1] 56/11
daughter [3] 8/11 28/24 29/19
daughters [1] 20/20
Davis [11] 7/9 8/7 8/10 8/11
 9/3 9/9 10/5 10/5 20/19 20/22
 46/23
Davis's [1] 21/1
Davises [1] 45/20
Davises' [1] 55/24
day [18] 8/2 8/12 8/16 8/23
 14/12 14/15 20/22 29/6 32/1
 32/22 33/5 34/3 40/4 43/5 45/21
 46/13 47/17 50/13
days [4] 28/23 29/12 44/15
 55/21
DEA [1] 16/3
deal [2] 29/14 50/22
dealers [2] 25/7 25/9
death [2] 20/19 21/4
debate [1] 17/10
debt [1] 37/22
decent [2] 39/6 47/25
deceptions [1] 15/2
decided [1] 15/10
deciding [1] 34/10
decision [1] 45/17
dedicated [6] 33/1 37/7 38/1
 38/2 42/25 42/25
dedication [2] 37/8 37/10
deepens [1] 49/21
deepest [1] 41/3
defendant [8] 1/6 2/1 4/25 6/16
 6/22 9/16 11/13 21/24
defendants [18] 9/15 9/24 12/3
 12/5 12/9 13/23 15/1 15/5 15/9
 15/13 16/1 16/20 17/19 19/6
 21/14 23/9 41/9 45/3
defending [2] 39/8 39/8
defense [1] 14/11
deferred [1] 54/4
Delores [2] 8/10 10/5
Delores Davis [1] 8/10
Dennis [1] 19/4
Dennis Armstrong [1] 19/4
denying [1] 50/3
department [14] 2/8 2/9 3/12
 3/13 11/4 14/16 22/3 23/22
 23/23 23/24 24/1 26/14 37/11
 39/20
Department's [1] 14/6
depend [1] 7/17
depicted [2] 16/13 16/14
Derek [2] 1/18 3/9
Derek E. Hines [1] 1/18
Derek Hines [1] 3/9

describe [1] 11/24
described [5] 12/17 19/8 21/15
 39/6 40/25
describes [2] 15/16 18/25
descriptions [1] 13/8
deserve [3] 47/7 47/8 48/3
deserves [1] 37/1
design [2] 22/14 22/21
designate [1] 43/17
designated [2] 43/21 44/1
designating [1] 54/16
desire [1] 41/6
desperately [1] 30/3
despite [2] 13/16 36/7
destroyed [4] 10/21 10/23 11/2
 50/7
detail [2] 5/17 11/21
detained [3] 15/1 40/10 44/9
detect [2] 17/9 24/2
detective [4] 13/11 22/5 39/23
 39/23
Detention [2] 15/3 44/14
determined [1] 44/16
deterrence [5] 11/18 23/7 25/3
 52/18 52/19
deterrent [2] 23/8 25/16
devious [1] 17/8
did [28] 4/12 4/18 4/22 10/11
 11/6 12/8 12/9 13/11 14/14
 14/23 15/17 24/6 24/7 26/21
 27/12 27/12 33/19 34/6 39/10
 39/12 41/4 45/13 47/7 47/23
 49/13 52/7 52/8 52/11
didn't [14] 10/17 13/24 14/9
 18/12 21/5 26/11 26/11 26/13
 26/20 26/21 46/4 46/4 46/6
 48/16
die [2] 46/13 48/7
died [2] 20/22 40/7
difference [1] 26/10
differences [3] 12/2 26/4 26/10
different [5] 12/1 44/24 45/8
 48/24 48/25
differentiate [1] 52/9
differently [1] 40/12
difficult [4] 13/17 44/5 48/23
 50/11
Diplomate [1] 56/10
director [1] 43/18
disappointment [1] 38/16
discharge [1] 39/14
Discovery [1] 31/21
discussed [1] 34/12
discussing [1] 32/2
discussion [2] 6/15 6/17
disgracing [1] 48/5
dismiss [1] 55/12
dismissed [1] 50/5
disparities [2] 11/19 25/24
display [1] 40/25
distinctions [2] 26/22 26/23
distinguishes [2] 19/5 20/10
distraught [1] 37/3
distress [3] 38/13 38/16 38/18
distributing [1] 52/1
district [4] 1/1 1/1 6/14 41/13
District Court [1] 41/13
distrust [1] 49/21
disturbing [1] 51/4
DIVISION [1] 1/2
divorce [3] 10/22 29/2 29/4
do [27] 5/12 5/14 6/25 7/17

**D**

do... [23]   10/12 10/13 13/17
  17/8 17/18 22/23 23/3 23/4 23/4
  27/18 30/8 32/20 34/6 34/16
  34/18 45/17 50/14 51/16 52/14
  53/7 55/10 55/22 56/5
documents [1]   3/23
does [3]   17/20 41/11 41/12
doesn't [3]   22/22 27/8 50/10
dogs [1]   29/21
doing [10]   13/4 17/14 18/13
  18/14 19/7 19/7 23/1 23/15
  29/20 31/13
dollars [7]   9/19 9/21 12/24
  15/24 16/10 16/10 16/17
dollars' [2]   12/22 16/4
don't [18]   4/24 4/25 25/20
  27/13 27/14 29/3 40/9 45/18
  46/16 46/17 46/20 48/3 50/1
  51/12 51/23 52/18 54/5 55/18
Donald [3]   12/13 12/15 12/17
Donald Stepp [3]   12/13 12/15
  12/17
done [15]   10/7 10/12 15/11
  27/11 27/11 27/12 37/2 37/4
  38/16 38/19 45/4 47/17 50/22
  51/7 52/14
doors [2]   32/14 32/14
double [2]   16/20 19/5
double-cross [2]   16/20 19/5
doubling [1]   14/7
doubt [2]   51/2 51/3
Douglas [3]   1/23 56/5 56/9
down [6]   18/8 28/6 28/11 38/20
  38/21 38/21
dream [3]   43/11 43/13 44/21
dreamed [5]   39/5 39/8 39/11
  39/19 40/4
dreams [11]   38/9 39/5 39/17
  39/18 39/20 39/25 40/1 40/7
  40/7 43/10 45/7
drive [1]   32/16
driver [1]   9/8
drop [1]   12/20
drug [5]   9/18 13/6 25/7 25/9
  25/17
drugs [20]   9/17 11/25 12/10
  12/10 12/10 12/14 12/14 12/23
  12/24 13/7 16/6 18/25 25/11
  25/12 26/11 26/11 27/13 46/4
  48/15 52/1
due [2]   29/12 37/11
During [1]   31/2

**E**

E. [1]   1/18
each [9]   11/14 12/7 36/10 51/23
  53/9 53/11 53/19 53/21 53/23
earlier [3]   39/18 41/20 44/8
early [6]   30/21 34/4 37/1 41/6
  45/8 51/15
earth [1]   34/18
education [3]   30/21 31/5 31/16
Educator [1]   31/5
effect [3]   10/4 24/8 43/23
effects [1]   10/18
efforts [2]   13/16 17/8
egregious [2]   19/20 42/2
eight [1]   14/21
Elbert [1]   8/11
Elbert Davis [1]   8/11

elderly [1]   43/2
eligibility [1]   55/20
elite [2]   11/4 13/14
else [2]   7/18 48/19
emotionally [1]   29/4
empathy [1]   32/11
emphasis [1]   22/1
emphasized [1]   31/15
empowered [1]   22/10
enabled [1]   49/9
encouraging [1]   32/3
end [2]   29/7 53/6
endemic [2]   26/14 42/8
ends [2]   27/18 41/13
energy [1]   36/13
enforce [2]   23/23 49/18
enforcement [5]   11/8 13/16
  16/12 43/20 50/20
enforcing [1]   22/18
engage [2]   20/6 22/10
engaged [4]   19/22 20/11 23/2
  23/11
enhanced [1]   44/19
enormous [1]   49/19
enough [5]   19/23 20/6 21/5
  21/11 33/13
entering [1]   53/1
enterings [1]   20/7
entire [2]   33/7 50/18
entirely [1]   45/18
entitled [1]   56/7
entrust [1]   49/19
episode [5]   9/8 10/18 18/2
  20/17 21/10
episodes [1]   12/6
equivalency [1]   30/22
erase [1]   42/9
Erika [2]   2/6 3/10
Erika Jensen [1]   2/6
error [1]   20/25
Esquire [3]   1/17 1/18 2/2
essential [1]   23/24
estimate [3]   9/25 24/9 50/2
estimated [1]   12/22
even [16]   13/10 15/21 16/18
  17/15 17/21 17/22 29/20 32/9
  32/23 36/15 41/3 41/3 42/8
  46/20 46/21 50/5
evening [1]   14/19
ever [5]   19/1 21/17 33/13 46/17
  47/9
every [10]   6/15 6/20 10/24 29/6
  31/16 33/5 34/3 36/10 47/12
  50/13
Everybody's [1]   11/1
everyone [3]   3/3 32/15 32/20
everything [1]   33/19
evidence [9]   10/19 15/12 17/16
  17/19 20/10 20/11 26/15 26/17
  26/21
exact [1]   50/1
exactly [2]   50/3 51/24
examine [1]   43/5
example [1]   51/20
examples [1]   42/18
Excellence [1]   31/5
Excuse [1]   32/13
excuses [1]   51/13
exhorting [1]   15/5
exorbitant [1]   19/25
expected [1]   36/19
experience [4]   30/1 30/8 42/15

experiences [2]   29/9 29/13
exploited [1]   23/3
exposed [1]   17/24
expressed [1]   41/6
extensive [5]   19/19 19/21 43/24
  50/8 52/13
extensively [2]   51/22 52/5
extent [2]   4/24 26/18
extra [1]   32/5
extremely [3]   13/17 33/3 52/9
eyes [2]   29/7 40/13

**F**

fabricated [1]   17/5
fabricating [2]   17/16 17/19
face [4]   23/7 25/10 48/24 50/13
facility [4]   43/21 44/1 44/3
  44/14
fact [10]   5/3 11/15 14/18 15/7
  23/14 23/16 25/5 26/17 27/9
  50/5
factor [4]   6/7 26/8 27/8 52/19
factors [2]   26/2 48/25
facts [8]   4/14 4/19 5/10 5/11
  11/22 11/24 15/14 15/16
factual [1]   4/13
fair [1]   19/14
falling [1]   19/14
Falls [1]   16/2
Falls Road [1]   16/2
false [7]   10/8 13/8 15/6 19/25
  20/13 21/6 52/7
falsely [1]   16/2
falsification [1]   53/14
family [32]   8/3 8/25 10/18
  10/22 10/23 31/24 32/15 32/25
  33/1 33/9 33/12 33/12 33/15
  33/18 33/21 33/25 35/16 35/20
  36/5 36/9 36/15 37/8 37/17
  37/21 38/1 38/25 40/5 42/23
  43/17 44/20 46/8 51/6
far [5]   23/15 36/10 41/22 43/17
  44/9
farm [1]   31/21
fatal [4]   7/16 7/18 8/13 9/11
father [22]   7/15 7/16 7/17 7/20
  8/12 8/15 8/18 29/17 29/23
  33/16 36/1 36/12 39/5 39/12
  42/24 45/23 46/23 46/24 46/25
  47/24 48/2 55/25
father's [2]   7/25 30/2
father-and-son [1]   33/16
fault [3]   47/7 47/7 47/15
FBI [4]   2/6 2/7 3/10 3/13
fear [1]   44/19
fearful [1]   17/24
February [1]   16/8
February 2016 [1]   16/8
federal [5]   1/24 13/10 20/15
  43/19 56/11
feel [3]   43/8 47/23 49/22
feeling [1]   38/15
feelings [2]   40/19 40/25
feels [2]   41/4 43/9
fellow [1]   44/10
felonies [1]   53/23
felt [2]   33/13 38/24
fence [1]   19/15
few [5]   5/13 16/9 22/1 39/22
  39/23
field [3]   22/12 31/20 32/3

## F

filings [1]   14/11
filled [2]   38/11 42/17
final [3]   4/17 5/21 45/17
finally [6]   11/18 15/11 15/11
  25/23 44/15 47/20
financial [2]   54/5 54/13
find [3]   7/23 36/13 47/18
finding [2]   5/9 46/3
fine [2]   29/5 54/6
firearms [1]   19/24
firefighter [1]   35/10
first [6]   13/21 17/10 23/25
  26/1 30/24 32/6
five [5]   14/21 33/4 36/2 53/15
  53/23
fix [1]   22/24
Floor [1]   1/24
follow [1]   19/10
following [2]   3/19 38/7
football [1]   42/22
force [5]   8/1 8/14 15/19 15/21
  18/7
foregoing [1]   56/6
forgive [1]   48/14
forgiveness [3]   34/12 41/16
  47/21
forgotten [1]   37/11
former [1]   43/18
forward [7]   7/14 15/12 15/23
  16/8 23/6 46/5 46/6
found [7]   18/25 18/25 21/10
  25/21 33/23 46/5 48/15
foundation [1]   50/18
four [6]   20/16 33/17 35/12 36/2
  53/11 53/23
four-wheeling [1]   33/17
four-year [1]   35/12
Fowler's [1]   38/6
Franklin [1]   31/4
fraud [8]   9/20 14/4 26/13 26/15
  26/18 50/8 52/5 52/22
Frederick [1]   30/25
free [2]   24/22 25/2
freedom [1]   43/14
French [1]   38/13
frequent [2]   12/18 12/18
freshmen [1]   28/18
friend [2]   39/7 46/24
friend's [1]   33/17
friends [2]   37/8 51/7
front [1]   27/4
full [1]   42/8
full-throated [1]   42/8
fully [1]   42/4
fun [1]   31/24
funeral [1]   20/24
funerals [1]   47/16
further [2]   13/25 44/1

## G

G. [1]   43/18
game [1]   19/23
gang [1]   11/5
gather [1]   33/18
gave [2]   12/23 16/6
Gene [1]   38/6
Gene Fowler's [1]   38/6
general [1]   52/19
genuine [2]   42/3 42/12
get [8]   16/19 16/20 37/20 46/8

46/21 47/25 48/10 51/10
  54/11
getting [2]   20/23 51/23
girlfriend [1]   40/3
give [3]   12/18 28/21 35/23
given [3]   9/25 13/18 24/9
gives [1]   40/18
giving [1]   52/25
glass [1]   46/18
go [13]   6/4 7/7 12/21 13/6
  16/23 20/23 25/2 34/4 37/1 45/7
  47/8 47/11 55/11
God [5]   34/12 47/19 47/25 48/8
  48/14
goes [2]   25/8 42/6
going [25]   5/9 6/3 6/17 14/13
  17/13 22/19 23/6 25/15 29/1
  29/2 46/2 46/24 47/13 47/14
  47/14 47/15 48/7 52/13 53/7
  53/9 53/15 53/17 54/7 55/4
  55/20
Gondo [7]   13/21 15/17 15/18
  18/14 18/22 19/7 26/17
good [18]   3/3 3/15 3/17 7/10
  7/11 8/8 8/9 28/7 28/8 30/16
  35/4 35/5 37/19 38/7 39/5 42/15
  45/4 51/7
Good Night, Sweet Prince [1]
  38/7
goods [1]   32/16
Google [1]   44/24
got [12]   8/17 14/15 14/17 14/20
  15/1 16/21 17/18 21/18 36/23
  37/9 46/11 47/13
Government [4]   5/24 6/10 6/24
  41/11
grade [1]   16/4
grades [2]   30/25 32/10
graduated [1]   30/19
grandfather [2]   48/1 48/9
grandkids [1]   48/1
grandsons [1]   33/8
grave [1]   47/11
gravity [1]   28/18
great [5]   25/20 32/8 49/14
  50/22 52/19
greater [1]   27/17
greed [1]   13/23
grew [2]   35/25 36/11
groupings [1]   6/4
growing [3]   30/2 39/4 47/15
grown [1]   18/21
GTTF [14]   11/7 11/24 14/2 14/23
  14/24 17/2 17/14 19/7 19/17
  20/2 21/12 21/20 24/6 24/17
guest [1]   32/1
guided [1]   41/1
guideline [7]   4/10 4/19 5/16
  5/21 5/23 6/6 27/2
guidelines [6]   26/25 27/1 27/7
  27/13 27/14 53/5
guilt [1]   40/18
guilty [10]   3/19 6/20 12/4 25/1
  38/23 41/6 41/8 51/14 52/12
  53/1
gun [12]   14/12 14/15 14/17
  14/20 15/19 15/21 18/7 18/25
  21/19 21/21 49/9 49/17
Gun Trace Task Force [3]   15/19
  15/21 18/7
guns [2]   21/16 21/17

## H

had [44]   4/5 9/1 10/4 10/19
  12/10 13/8 13/25 15/8 15/11
  16/15 16/15 17/11 17/11 18/4
  18/4 18/13 18/14 18/21 19/6
  19/8 19/14 22/5 22/5 23/11
  23/11 24/24 25/11 25/14 26/17
  27/11 27/11 27/12 33/22 34/14
  36/20 38/16 38/17 39/4 40/1
  40/12 43/24 45/8 48/20 50/4
hadn't [2]   38/18 38/19
half [2]   46/20 47/5
Hamilton [3]   10/14 18/1 18/24
Hamiltons [3]   18/20 18/23 19/1
hand [3]   18/19 45/24 45/25
hand-selected [1]   18/19
handcuffed [1]   18/23
handled [1]   29/15
happened [5]   10/19 15/8 21/2
  23/14 46/3
hard [4]   28/20 29/14 35/19
  37/16
harder [1]   44/17
hardship [1]   50/13
Harley [1]   43/18
Harley G. Lappin [1]   43/18
harm [6]   10/12 10/13 11/6 49/7
  49/8 50/22
harm's [1]   51/3
harmed [1]   47/17
harms [1]   49/5
has [47]   4/5 5/7 6/16 12/4 13/1
  15/2 23/18 24/5 25/16 25/25
  28/19 28/19 28/24 34/14 34/15
  35/17 37/7 37/13 37/21 39/6
  40/9 40/20 40/21 40/24 41/1
  41/5 41/9 41/15 41/16 42/19
  44/9 44/9 44/16 45/4 45/5 49/12
  50/7 50/8 50/9 50/11 51/5 51/6
  52/12 52/12 52/14 52/19 54/11
have [80]   3/20 3/22 4/4 5/12
  6/14 6/15 7/20 7/21 8/5 13/6
  14/18 14/21 17/18 17/21 18/6
  18/8 20/22 21/2 22/9 22/15 23/1
  24/10 24/11 24/18 25/7 25/20
  27/3 28/17 29/3 30/19 31/7
  31/13 33/13 34/4 34/5 34/11
  34/13 35/11 36/1 36/17 37/15
  39/1 39/2 40/7 40/8 40/14 40/25
  43/21 43/24 44/3 44/21 45/12
  45/17 45/18 46/5 46/20 47/1
  47/23 48/14 48/16 48/25 49/4
  49/5 49/17 49/17 49/25 50/1
  50/4 50/10 50/24 51/2 51/2 51/3
  51/20 52/3 53/24 55/7 55/7
  55/18 55/21
haven't [2]   47/11 48/20
having [3]   12/20 39/16 40/4
he [161]   7/25 8/23 8/24 9/17
  9/20 9/23 10/9 10/10 10/17 11/5
  11/6 11/8 11/25 12/18 12/22
  12/25 13/1 13/2 13/5 13/15
  13/20 13/22 14/24 15/2 15/15
  16/6 16/8 16/15 16/22 18/4
  18/21 19/6 19/8 19/14 19/15
  19/16 19/22 20/2 21/1 21/5 21/6
  21/7 21/11 21/13 21/14 22/2
  22/2 22/3 22/4 22/4 22/5 22/8
  23/3 23/3 23/14 23/15 23/16
  26/1 26/11 27/11 27/11 27/12
  27/12 27/12 28/19 28/19 28/22

**H**

he... [94]   28/23 29/5 29/8
29/22 31/13 31/17 31/22 32/7
32/12 32/14 32/25 33/15 34/1
34/7 34/14 34/15 34/17 34/17
36/7 36/13 36/14 36/14 36/15
37/1 37/4 37/4 37/7 37/19 37/25
38/1 38/2 38/10 38/16 38/16
38/17 38/17 38/18 38/19 38/19
38/22 38/23 38/24 38/24 38/24
39/5 39/8 39/10 39/11 39/12
39/12 40/1 40/4 40/4 40/6 40/9
40/12 40/14 40/14 40/15 40/21
41/4 41/4 41/9 41/16 43/6 43/7
43/9 44/9 44/11 44/13 44/16
44/21 45/4 45/5 45/8 46/21
46/21 51/2 51/6 51/9 51/19
51/20 51/22 52/3 52/5 52/7
52/11 52/12 52/14 52/14 54/10
54/25 55/1 55/5
he's [17]   36/25 37/2 37/3 37/4
37/14 37/17 37/19 38/20 38/20
38/21 43/6 47/13 50/25 51/3
51/12 51/14 51/25
head [1]   28/20
health [2]   47/13 55/4
hear [2]   28/12 46/2
heard [16]   4/22 10/16 10/19
10/21 12/4 12/25 13/1 19/3
19/13 19/19 19/21 20/20 21/14
24/18 40/6 51/25
heart [4]   40/9 40/15 45/21 47/2
heartbreak [1]   40/18
hearts [1]   8/3
heat [1]   9/22
heating [1]   35/13
held [4]   21/5 31/17 45/24 45/25
help [4]   32/7 34/18 35/23 51/10
helpful [1]   51/6
helping [1]   28/25
Hendrix [3]   18/3 18/13 18/20
her [7]   7/8 23/12 33/7 41/21
41/24 45/25 46/1
Her Honor [1]   7/8
here [12]   3/18 10/23 11/1 16/9
25/4 27/9 35/7 36/1 40/25 41/13
47/12 51/9
hereby [1]   56/5
heroin [4]   9/8 20/12 21/7 52/2
Hersl [2]   18/14 18/22
hiding [1]   26/19
high [4]   16/4 28/18 35/12 40/3
high-grade [1]   16/4
hiking [1]   29/20
him [39]   7/18 8/16 8/18 8/23
9/16 9/19 10/16 10/21 11/9 12/1
12/2 12/20 15/12 18/4 18/8 18/8
19/10 21/1 22/10 29/4 29/5
29/13 29/16 29/22 29/24 32/7
32/23 36/13 37/15 37/18 37/25
39/2 41/15 44/7 44/10 51/10
51/10 52/25 53/4
himself [10]   10/10 13/2 16/3
16/6 23/4 38/21 38/25 42/11
51/2 52/7
Hines [1]   1/18 3/9
his [129]   3/19 7/18 8/1 8/2
9/15 9/16 9/24 10/12 10/18
10/18 11/10 11/22 12/17 12/19
13/2 15/5 15/9 15/14 16/16
16/20 17/19 19/8 20/20 21/25

22/6 26/2 28/22 29/7 29/11
29/12 30/11 30/13 30/20 30/25
30/7 31/8 31/9 31/12 31/16
31/17 31/22 32/2 32/9 32/12
32/14 33/1 33/1 33/2 33/4 33/5
33/6 33/15 33/16 33/18 33/18
34/8 34/9 34/9 34/10 34/13
34/15 34/17 36/7 36/13 36/14
36/21 36/22 37/5 37/6 37/6 37/9
37/10 37/12 37/13 37/14 37/14
37/17 37/22 37/22 37/25 38/1
38/2 38/20 38/21 38/25 39/1
39/2 39/5 39/7 39/12 39/13
39/13 39/20 39/25 40/3 40/8
40/13 40/15 40/16 40/19 41/3
41/9 41/9 42/12 42/12 42/22
42/24 42/25 43/6 43/7 43/8
43/13 43/17 44/18 44/20 44/21
45/3 45/5 45/8 51/5 51/6 51/7
51/7 51/13 51/21 52/1 52/25
53/1 53/1
history [6]   5/22 11/12 21/25
50/24 51/17 52/25
Hobbs [1]   53/10
Hobbs Act [1]   53/10
hold [1]   45/9
holidays [1]   7/22 33/17
home [11]   8/13 10/25 32/4 33/4
33/12 35/25 36/11 37/25 42/24
44/1 44/3
homeless [1]   32/16
homes [2]   20/5 26/20
homicide [1]   21/15
honestly [3]   29/3 29/16 34/13
Honor [69]   3/6 3/15 4/3 4/7
4/12 4/21 4/23 5/15 5/25 6/2
7/3 7/8 7/10 8/6 8/8 9/5 9/6
9/7 10/16 10/19 10/20 10/21
12/4 12/25 19/3 19/13 19/19
21/21 23/11 25/23 25/25 27/20
27/22 28/1 28/7 28/9 29/8 30/9
30/11 34/8 34/22 35/4 35/6
37/24 38/3 38/6 38/12 38/22
38/23 39/9 39/15 40/1 40/6
40/11 40/17 41/19 42/19 43/6
44/5 44/23 45/10 46/15 47/4
48/7 48/12 48/17 54/1 54/19
55/9
Honor's [1]   54/21
HONORABLE [1]   1/12
honorably [1]   39/13
hope [4]   8/24 35/22 47/24 51/10
horrible [1]   21/11
hospital [1]   44/16
host [1]   39/4
hour [2]   45/25 45/25
hours [2]   14/21 29/7
house [10]   10/24 16/16 16/18
16/24 17/4 20/4 29/1 29/6 29/19
33/18
housed [1]   15/3
how [16]   6/5 8/24 10/12 10/13
11/24 12/17 13/21 17/21 18/15
23/7 29/5 29/14 33/21 33/21
34/15 36/23
Howard [1]   15/3
Howard County [1]   15/3
however [1]   52/11
human [2]   42/5 42/8
hundred [1]   16/10
hundreds [7]   9/21 10/8 16/10
16/16 24/11 27/12 50/4

hurt [5]   8/24 40/8 46/10 46/17
47/19
hurting [2]   46/12 47/10
hurts [2]   46/9 46/13
husband [3]   29/17 29/23 36/12

**I**

I'd [2]   28/21 41/24
I'll [11]   3/25 6/14 9/12 11/14
11/14 12/2 12/7 13/12 46/8
48/10 54/25
I'm [40]   5/9 6/3 6/8 6/17 8/19
8/19 9/7 10/22 14/13 28/13
30/18 35/7 35/8 35/10 38/23
45/23 46/2 46/12 46/14 46/16
46/17 46/23 47/10 47/13 47/14
47/15 47/18 48/1 48/3 48/5 48/7
48/8 48/8 48/9 48/12 48/12
48/17 51/8 53/22 55/4
I've [17]   3/24 21/25 26/3 27/6
29/16 30/6 31/7 35/9 35/15
35/16 36/12 46/7 47/4 47/12
47/17 47/17 51/25
ice [1]   31/24
idle [1]   36/14
IID [1]   25/15
illegal [3]   19/21 20/2 20/12
imagine [2]   23/6 29/14
immeasurable [1]   11/6
impeccable [1]   37/9
impending [1]   33/23
importance [2]   31/15 36/5 52/20
26/4 26/22 26/22 29/8 32/25
impose [2]   53/8 53/22
imposed [1]   11/15
imprisoned [1]   25/1
incapacitated [1]   24/15
incarcerate [1]   29/24
incarceration [3]   9/11 34/13
52/17
incident [2]   34/12 51/24
include [6]   5/6 6/21 42/21
44/18 54/8 55/2
included [3]   4/16 5/13 20/2
incomprehensible [1]   39/3
increased [1]   50/14
incredible [1]   36/12
indicated [1]   4/19
indicating [1]   5/3
indictment [3]   41/7 55/13 55/14
individual [4]   12/6 22/16 22/23
49/7
individuals [11]   7/4 9/11 9/12
10/4 10/5 10/6 11/25 12/9 23/18
24/2 28/2
inflict [1]   53/3
information [4]   13/22 13/24
45/14 54/13
initially [1]   43/20
injured [1]   39/16
injury [1]   44/13
inmate [1]   44/10
inmates [3]   43/24 44/3 44/18
innocent [2]   24/25 27/15
inquired [1]   31/17
insists [1]   32/22
instance [3]   15/6 23/25 24/1
instead [1]   22/25
instilled [1]   32/11
integrity [2]   22/15 22/22
intending [1]   25/12

**I**

investigation [4]  13/17 13/20
 13/21 14/1
investigations [1]  24/3
involve [1]  52/7
involved [11]  7/19 7/24 9/11
 31/23 32/9 35/18 42/24 51/4
 51/23 52/1 52/5
involvement [2]  24/4 39/3
involves [1]  41/18
involving [1]  53/14
iPhones [2]  17/16 44/25
is [122]  3/7 3/10 3/16 5/22 6/7
 6/8 6/17 6/20 6/22 6/22 7/9
 7/15 7/25 8/10 8/23 9/7 9/7
 9/22 11/1 11/6 11/20 11/22 12/1
 13/21 14/10 14/12 14/22 15/14
 15/19 15/20 16/11 16/13 17/6
 17/7 18/3 19/20 20/22 21/11
 21/23 21/23 22/13 22/13 22/14
 22/18 23/24 24/2 24/8 24/20
 24/20 24/25 25/1 25/3 25/4
 25/24 26/8 26/10 27/2 27/6
 27/17 28/9 28/21 28/22 29/8
 29/10 29/10 29/23 30/7 30/18
 31/13 32/25 32/25 35/6 35/24
 36/12 36/24 36/25 37/18 38/8
 38/10 38/11 38/22 39/3 40/17
 40/23 42/3 42/4 42/11 42/14
 42/18 43/5 43/7 43/10 43/21
 44/21 45/2 45/3 45/7 45/9 45/16
 46/9 46/24 47/25 48/19 48/23
 48/23 49/7 50/15 50/22 52/6
 53/5 53/7 53/8 53/11 53/14
 53/15 53/17 53/19 54/10 54/14
 55/1 55/5 56/6
isn't [4]  21/11 23/8 42/2 42/6
isolation [1]  44/19
issue [1]  52/18
issued [2]  17/15 17/22
it [100]  4/4 4/6 5/24 6/20 8/1
 8/18 10/18 10/19 10/20 13/1
 13/2 13/15 13/17 13/23 13/24
 15/1 15/9 15/20 17/7 17/10
 18/14 18/16 18/20 18/21 19/8
 19/10 19/20 20/2 20/13 20/14
 20/22 21/7 21/11 21/11 22/9
 22/9 22/10 22/14 22/19 22/20
 22/24 23/3 23/4 23/4 23/5 23/15
 23/18 23/21 24/20 24/25 25/1
 25/15 26/17 26/19 27/11 27/11
 27/12 28/20 28/25 29/3 29/6
 29/8 29/10 29/11 29/15 29/22
 36/21 38/13 38/15 38/18 40/17
 41/1 41/12 41/14 42/6 43/10
 44/5 44/16 44/23 44/24 44/25
 44/25 44/25 45/3 45/7 45/9
 45/11 46/10 46/17 47/2 47/7
 47/21 47/22 48/1 50/14 50/18
 51/23 53/18 53/24 54/11
it's [18]  5/12 8/21 25/5 25/7
 25/8 25/8 25/21 28/19 40/13
 40/15 40/21 41/18 42/14 43/8
 45/18 47/6 47/6 47/7
items [1]  5/13
its [1]  9/22
itself [2]  46/25 53/13

**J**

J. [1]  1/17
J.C [1]  15/24

J.J [4]  31/10 33/2 33/11 34/9
 34/13 38/3 40/19 47/5 47/6 47/7
 47/20 52/8 53/2 53/3
Jaime [1]  35/9
James [2]  28/9 30/20
James Madison [1]  30/20
James O'Quinn [1]  28/9
January [1]  31/14
January 2017 [1]  31/14
Jared [2]  2/9 3/12
Jared Stern [1]  3/12
JENKINS [106]  1/5 3/8 3/16 3/18
 5/7 7/19 7/24 8/5 8/14 8/24
 9/10 9/14 11/3 11/20 11/25 12/8
 12/19 12/19 12/23 12/23 13/7
 13/11 14/23 15/4 15/17 15/18
 15/20 16/2 16/15 16/19 16/23
 17/1 17/2 17/19 18/3 18/10
 18/12 18/18 19/5 19/6 19/11
 19/22 20/6 20/10 20/13 20/18
 20/19 21/3 24/6 24/17 26/5
 26/20 26/23 26/24 28/3 28/16
 31/8 31/15 31/20 32/5 32/11
 32/15 33/9 33/15 33/21 33/25
 35/2 35/6 38/11 38/15 38/20
 39/1 39/4 39/6 39/19 39/22 40/3
 40/12 40/20 40/24 41/1 41/5
 41/6 41/8 42/11 42/21 43/5
 43/11 43/13 43/17 44/8 44/15
 44/17 45/13 45/16 49/9 49/14
 49/25 50/8 50/25 51/19 52/10
 52/19 52/25 53/8 55/17
Jenkins' [12]  5/13 10/3 10/13
 20/21 34/23 41/12 42/17 43/23
 44/6 44/11 49/5 54/5
Jensen [2]  2/6 3/10
jeopardizing [1]  9/24
job [4]  19/7 33/20 47/2 50/12
John [3]  2/8 3/11 38/7
John Barrymore [1]  38/7
journeyman's [1]  35/14
judge [2]  1/12 50/19
judges [1]  13/9
judgment [5]  20/25 42/15 42/16
 42/18 43/7
July [1]  56/11
June [2]  1/9 18/7
junior [1]  22/4
jury [2]  10/17 50/19
just [34]  3/25 4/5 4/13 4/16
 4/19 4/23 5/2 5/7 5/20 6/14 7/7
 7/8 7/12 10/6 11/3 11/17 18/18
 21/21 22/21 26/16 27/7 29/9
 29/12 30/5 39/25 41/11 41/12
 43/3 45/19 48/9 49/21 52/16
 55/9 55/24
justice [4]  13/5 24/16 27/19
 50/19
justification [1]  41/19
justified [1]  50/5
justify [2]  19/25 26/23
justly [1]  52/23

**K**

K.J [3]  31/8 33/1 34/9
keep [4]  8/19 8/19 13/16 21/16
keeps [1]  40/11
kept [2]  13/1 16/6
Kevin [2]  2/7 3/13
Kevin Bodmer [2]  2/7 3/13
key [1]  12/19
kids [1]  29/20

killed [2]  7/16 21/1
kilogram [2]  4/6/16 16/24
kind [4]  17/9 19/4 21/11 41/18
kindergarten [4]  30/24 31/9
 31/10 33/6
kinds [1]  49/23
kiss [1]  8/17
knew [4]  18/14 21/7 33/21 44/10
knit [1]  33/3
know [19]  4/4 6/10 6/25 8/24
 10/25 18/12 25/10 25/13 28/21
 29/23 34/5 37/17 37/21 38/1
 40/6 46/20 47/7 48/8 50/1
knowing [1]  40/13
known [5]  28/17 30/6 31/8 39/1
 39/2
knows [4]  4/12 37/5 38/20 48/8
Kraft [5]  30/11 30/18 32/22
 34/21 40/23
Kristy [10]  31/22 33/1 34/2
 34/8 36/14 36/17 36/25 37/15
 47/9 48/3

**L**

lack [1]  50/14
laid [3]  4/14 11/20 15/14
Lappin [2]  43/18 43/24
large [2]  12/11 25/7
largest [3]  11/7 11/9 16/12
last [3]  8/17 34/22 35/15
late [2]  10/14 43/8
later [8]  7/23 8/16 15/18 16/25
 19/3 39/23 40/10 44/15
law [16]  11/11 11/16 13/16
 16/12 22/18 23/19 23/23 23/25
 24/2 24/14 43/20 49/16 49/18
 49/18 50/20 52/16
law enforcement [4]  13/16 16/12
 43/20 50/20
lawns [1]  43/1
lead [4]  15/4 22/17 43/10 44/3
leadership [6]  13/13 22/6 22/8
 22/17 22/23 26/7
leading [2]  13/13 20/19
leads [1]  20/9
learn [2]  30/7 43/7
learned [14]  13/15 13/20 14/1
 14/4 15/25 16/12 16/15 17/10
 17/14 17/25 20/17 24/25 40/20
 45/5
least [7]  9/14 9/15 15/16 18/8
 20/7 22/22 43/11
leave [1]  34/2 39/17
leaving [1]  18/10
led [9]  9/10 11/5 11/8 14/24
 15/20 18/4 21/13 22/9 24/18
left [3]  8/23 34/17 55/7
length [2]  13/1 13/13
lengthy [4]  23/12 23/12 23/12
 51/11
leniency [1]  28/15
Leo [2]  1/17 3/9
Leo J. Wise [1]  1/17
Leo Wise [1]  3/9
less [2]  41/22 43/21
lessons [1]  45/5
let [8]  3/21 5/20 6/10 13/6
 38/20 38/21 38/21 49/3
letters [6]  3/23 35/22 39/9
 42/19 45/13 51/8
level [1]  5/22
levels [1]  44/19

Case 1:17-cr-00630-CCB Document 260 Filed 07/27/... Page 65 of 72

## L

Levin [12]   2/2 3/15 3/23 4/4
  5/7 6/1 27/25 35/16 38/5 45/11
  45/14 54/15
license [1]   35/14
lied [2]   9/23 14/16
life [16]   7/18 7/25 10/18 11/1
  25/5 34/15 36/20 42/8 44/22
  45/5 45/9 46/15 46/25 47/9
  47/18 51/5
light [2]   54/6 55/17
like [33]   3/5 6/11 6/25 7/2
  10/5 10/14 11/5 17/19 19/17
  21/17 21/18 21/21 24/10 26/20
  27/12 27/12 28/2 28/21 28/25
  29/1 30/5 30/11 34/22 35/21
  36/4 36/6 36/18 39/5 39/12
  41/24 45/16 47/10 51/19
likelihood [2]   43/16 44/2
likely [4]   43/21 44/18 45/2
  49/13
limited [1]   44/6
link [1]   12/13
listening [1]   29/7
literally [1]   48/10
little [4]   7/13 7/14 40/10
  43/12
live [2]   19/1 34/5
lives [5]   7/20 10/4 19/2 33/4
  40/5
living [1]   18/24
Lloyd [4]   33/2 34/10 35/2 35/6
Lloyd Jenkins [2]   35/2 35/6
local [1]   44/1
locally [1]   35/11
locations [1]   20/7
locker [3]   19/11 19/12 19/16
locusts [1]   19/17
Lombard [1]   1/24
long [7]   29/9 29/21 36/15 37/22
  43/14 43/15 45/1
longer [6]   7/21 25/11 26/24
  29/25 45/2 54/10
longing [1]   38/14
look [2]   21/17 38/13
looked [1]   21/21
looking [2]   27/7 33/20
looting [1]   14/22
losing [2]   48/2 48/9
loss [1]   29/9
lost [5]   29/13 36/23 36/24
  37/14 45/20
lot [2]   37/5 37/13
louder [2]   7/13 7/14
love [2]   46/25 47/9
loved [3]   32/7 38/21 45/20
loves [1]   33/15
loving [3]   33/21 40/5 42/23
low [1]   53/5
loyal [1]   51/6
Lucas [1]   29/12
luxury [1]   9/17

## M

M.S [1]   16/9
ma'am [5]   7/6 7/7 30/14 35/2
  55/23
made [13]   11/22 14/16 20/25
  22/5 29/3 29/16 30/2 32/12
  35/17 39/9 46/15 48/7 50/11
Madison [1]   30/20

main [2]   25/10 35/15
majority [2]   14/25 47/8
make [12]   5/9 6/25 21/4 29/6
  34/18 42/9 42/10 42/11 45/17
  46/16 48/1 54/18
makes [2]   12/1 23/15
male [1]   32/8
man [12]   15/22 21/5 28/21 30/3
  30/7 33/1 37/19 38/8 39/6 39/6
  39/10 46/14
manner [1]   40/14
manners [1]   32/12
many [14]   18/2 29/5 32/23 33/15
  38/18 40/21 45/3 45/12 46/15
  47/3 47/17 48/7 48/25 49/21
March [2]   16/11 17/25
March 22nd [1]   16/11
Margaret [1]   41/20
Margaret Renkl [1]   41/20
marijuana [2]   16/4 52/2
Marine [8]   36/4 37/9 39/12 46/9
  46/10 46/12 46/13 48/6
Marine Corps [4]   39/12 46/12
  46/13 48/6
Marines [1]   46/10
married [4]   30/19 35/8 40/3
  40/4
Marsh [1]   31/3
MARYLAND [5]   1/1 1/10 1/25 39/4
  45/24
Master's [1]   30/22
math [1]   31/25
matter [5]   11/1 15/21 29/5 56/4
  56/7
matters [2]   21/4 41/23
Matthews [6]   20/9 20/16 20/23
  24/21 24/22 24/24
maximum [1]   53/9
may [12]   7/3 7/4 14/18 15/16
  27/22 43/23 43/25 50/3 50/3
  54/10 54/13 55/2
May 11th [1]   15/16
maybe [2]   18/15 18/16
McGuinness [1]   2/4
me [28]   3/21 5/20 6/10 8/13
  10/23 28/20 28/24 28/25 29/7
  30/2 32/13 32/22 32/23 36/25
  37/3 37/4 39/6 40/21 46/21
  46/22 47/6 47/12 48/4 48/14
  49/3 51/13 53/24 54/18
mean [4]   17/18 40/9 40/11 41/12
means [4]   38/13 38/15 38/18
  44/6
measure [1]   10/12 10/13
media [2]   43/25 44/1
Melissa [1]   2/4
Melissa McGuinness [1]   2/4
member [4]   14/20 22/4 42/23
  42/25
members [8]   11/8 14/23 17/2
  19/16 21/12 21/20 23/2 24/6
memo [1]   3/22
memorandum [1]   45/14
men [14]   10/10 14/7 15/12 18/20
  20/11 20/14 20/24 21/7 21/8
  22/10 24/17 25/2 27/15 50/12
mental [2]   47/6 55/4
mention [2]   3/22 29/8
mentioned [2]   3/20 44/8
mess [1]   42/5
message [3]   23/8 25/16 52/21
microphone [2]   7/12 45/19

middle [3]   31/4 31/10 35/25
Middle River [1]   31/4
middle-class [1]   35/25
might [7]   17/24 18/7 18/8 18/16
  40/23 43/13 44/2
miles [1]   33/4
military [1]   39/17
millimeter [1]   21/22
million [4]   9/18 9/19 12/22
  12/24
mind [1]   45/8
mine [1]   30/2
minute [1]   46/8
misconduct [4]   17/12 22/18
  51/21 52/13
misdemeanors [1]   53/23
miss [5]   7/21 8/15 8/22 47/14
  47/15
missing [1]   37/17
mistake [3]   42/4 42/9 46/16
mistakes [4]   30/7 36/7 46/15
  48/7
mitten [1]   32/17
mittens [1]   32/17
model [1]   32/8
modifications [2]   4/1 4/9
modified [1]   5/2
Mom [1]   46/25
moment [2]   21/12 27/7
money [15]   12/25 13/1 13/2 17/4
  19/17 25/4 25/7 25/8 25/8 25/9
  41/11 49/8 49/10 50/9 50/10
monitor [1]   17/12
months [5]   5/23 15/21 31/13
  31/14 53/11
moral [1]   36/5
more [14]   7/25 8/18 9/16 9/18
  17/4 22/6 25/11 25/12 28/22
  29/1 40/7 46/25 50/11 51/22
morning [16]   3/3 3/15 3/17 7/10
  7/11 7/15 8/8 8/9 9/13 14/18
  26/3 28/7 28/8 30/16 35/4 35/5
most [10]   9/24 19/20 23/13
  23/21 24/8 24/9 37/17 37/18
  49/12 50/1
mostly [1]   47/4
mother [3]   8/12 33/6 36/1
move [1]   28/25
moved [3]   17/25 32/9 36/10
moves [1]   55/12
Moving [3]   15/23 15/25 16/8
mow [1]   43/1
Mr. [74]   3/5 3/18 3/23 3/25 4/4
  4/22 5/7 5/7 5/13 6/1 8/5 8/14
  8/24 9/4 9/9 9/10 10/13 20/19
  20/22 27/21 27/25 28/3 28/5
  31/15 31/20 32/5 32/11 34/23
  35/16 38/5 39/19 39/22 40/3
  41/6 41/8 41/12 42/11 42/17
  43/11 43/17 43/23 43/24 44/6
  44/8 44/11 44/15 44/17 45/11
  45/13 45/14 45/16 45/23 46/2
  48/14 49/5 49/9 49/14 49/25
  50/8 50/17 50/25 51/19 51/19
  51/22 52/6 52/10 52/10 52/11
  52/25 53/8 53/25 54/5 54/15
  55/17
Mr. Allers [4]   51/19 51/22 52/6
  52/10
Mr. Allers' [1]   50/17
Mr. Davis [3]   9/9 20/19 20/22
Mr. Jenkins [35]   3/18 5/7 8/5

**M**

Mr. Jenkins... [32]  8/14 8/24
 9/10 28/3 31/15 31/20 32/5
 32/11 39/19 39/22 40/3 41/6
 41/8 42/11 43/11 43/17 44/8
 44/15 44/17 45/13 45/16 49/9
 49/14 49/25 50/8 50/25 51/19
 52/10 52/19 52/25 53/8 55/17
Mr. Jenkins' [10]  5/13 10/13
 34/23 41/12 42/17 43/23 44/6
 44/11 49/5 54/5
Mr. Lappin [1]  43/24
Mr. Levin [10]  3/23 4/4 5/7 6/1
 27/25 35/16 38/5 45/11 45/14
 54/15
Mr. O'Quinn [1]  28/5
Mr. Umar [1]  45/23
Mr. Umar Burley [2]  46/2 48/14
Mr. Wise [6]  3/5 3/25 4/22 9/4
 27/21 53/25
Ms. [8]  8/7 9/3 10/5 10/5 32/22
 34/21 42/1 46/23
Ms. Davis [3]  8/7 9/3 46/23
Ms. Delores Davis [1]  10/5
Ms. Kraft [2]  32/22 34/21
Ms. Renkl [1]  42/1
Ms. Shirley Davis [1]  10/5
much [9]  8/15 8/24 14/2 33/15
 38/4 44/17 45/2 45/7 50/11
multiple [1]  12/5 21/14
musical [1]  31/23
must [3]  51/10 52/15 52/21
my [73]  3/16 7/9 7/15 7/16 7/17
 7/22 7/24 8/1 8/10 8/12 8/12
 8/15 8/16 8/17 8/22 8/24 10/21
 10/23 10/24 28/9 28/20 28/24
 28/25 29/2 29/3 29/6 29/19
 29/19 30/2 30/18 30/22 31/9
 31/10 33/6 33/8 33/10 33/11
 33/11 33/12 33/14 33/24 35/2
 35/6 35/7 35/9 35/14 35/17
 35/21 35/24 36/23 36/24 37/21
 45/21 46/8 46/11 46/15 46/18
 46/24 46/24 46/25 47/2 47/2
 47/6 47/7 47/9 47/11 47/12
 47/13 47/14 47/15 47/18 47/24
 48/1
myself [3]  8/19 35/22 46/22

**N**

name [10]  7/8 7/9 8/10 28/9
 30/14 30/17 30/18 34/25 35/6
 37/13
name's [1]  35/2
Nancy [1]  18/1
Nancy Hamilton [1]  18/1
narcotics [1]  25/6
nature [5]  11/12 21/23 42/7
 49/4 50/23
nearly [3]  9/17 14/2 30/6
necessary [3]  27/18 29/25 42/6
 51/18
need [4]  11/15 11/18 43/25
 51/21
negatives [1]  43/4
neighbors [1]  43/2
nervous [1]  28/13
netted [1]  9/19
never [12]  8/3 10/6 18/25 18/25
 29/16 34/11 36/14 42/9 43/8
 47/1 47/17 51/21
new [6]  18/15 18/16 29/1 29/12

 33/23 41/19
New York Times [1]  41/12
news [1]  43/23
next [1]  54/21
nexus [1]  44/3
night [6]  8/17 10/14 10/25 19/2
 34/1 40/12
Night, [1]  38/7
nights [3]  31/24 31/25 36/15
no [28]  1/4 1/5 4/3 4/10 7/20
 7/21 7/25 8/18 18/25 20/11
 22/14 22/21 23/6 24/3 24/3
 26/15 29/5 32/13 36/16 40/7
 47/23 48/21 50/3 51/2 51/3
 51/25 54/19 55/15
No. [2]  3/8 53/12
nominated [1]  31/2
none [4]  12/8 36/10 51/12 51/13
NORTHERN [1]  1/2
not [63]  4/18 5/1 5/9 5/19 6/3
 6/16 6/22 8/1 10/11 11/24 13/11
 13/13 14/10 14/12 14/13 14/13
 14/15 14/20 24/24 21/2 21/2
 22/3 22/4 22/9 22/9 22/9 22/17
 23/17 25/8 25/8 25/14 25/15
 27/17 28/21 29/9 29/9 31/17
 32/18 35/21 36/23 38/8 38/10
 40/14 40/24 41/11 41/12 41/18
 42/18 43/5 45/3 45/7 45/22
 46/18 47/14 49/12 49/18 50/3
 52/6 52/8 53/7 53/24 54/10 55/7
note [1]  32/4
nothing [3]  21/18 26/15 46/17
noting [1]  55/20
notwithstanding [1]  44/11
now [7]  7/20 10/22 18/16 36/25
 41/21 44/21 55/10
number [4]  3/19 3/23 28/2 50/1
numbers [2]  3/20 19/23
numerous [2]  42/18 42/19
nurse [1]  32/19

**O**

o'clock [2]  14/17 14/19
O'Quinn [2]  28/5 28/9
oath [2]  49/16 49/20
oaths [1]  52/22
object [1]  5/1
objections [4]  4/10 4/13 4/13
 5/19
objective [1]  17/13
obtained [1]  35/13
obtaining [1]  9/16
obviously [9]  6/7 25/25 26/6
 26/25 47/5 48/23 49/7 49/21
 50/24
occasions [1]  7/21
occur [1]  24/3
occurred [1]  16/1
occurs [1]  53/24
off [5]  12/20 14/12 14/15 17/21
 36/14
offenders [2]  43/21 44/4
offense [8]  5/22 11/12 11/16
 23/10 42/2 49/4 50/23 52/16
offenses [1]  39/3
Office [2]  23/14 24/21
officer [13]  2/4 2/5 2/9 7/19
 7/24 18/6 23/15 23/16 32/3
 44/10 50/25 54/9 54/12
Officer Jared Stern [1]  2/9
Officer Jenkins [2]  7/19 7/24

officers [10]  13/19 20/18 22/16
 22/23 48/16 50/6 50/20 50/20
 52/21 54/16
official [3]  1/24 43/22 56/11
officials [1]  43/20
often [2]  29/7 29/20
okay [11]  3/14 4/4 5/16 6/3 7/9
 7/14 8/21 9/1 48/18 48/22 55/16
old [9]  30/19 30/19 31/13 31/14
 35/8 38/8 38/11 46/20 47/15
older [1]  37/9
oldest [1]  31/8
once [3]  27/11 33/7 46/9
one [16]  5/9 6/7 9/15 10/9 11/3
 13/13 14/11 14/20 18/25 27/8
 34/22 40/20 45/8 46/11 47/18
 53/16
one-year [1]  53/16
ones [3]  22/16 38/21 45/21
only [19]  4/10 6/7 8/22 11/24
 13/11 13/23 14/18 15/9 15/21
 19/19 22/17 23/17 31/17 32/18
 33/12 34/8 40/24 43/5 47/24
open [1]  17/5
opened [2]  15/7 32/14
operate [2]  22/12 25/17
opportunity [1]  48/2
opposed [1]  17/24
opposite [1]  26/16
order [3]  17/23 19/24 54/2
Oreese [2]  16/11 20/4
Oreese Stevenson [1]  16/11
Oreese Stevenson's [1]  20/4
origin [1]  38/12
original [1]  55/13
other [19]  5/9 12/2 12/8 13/4
 14/23 16/20 17/2 17/3 19/6
 19/16 20/18 23/9 24/6 24/17
 32/10 36/10 39/17 44/18 51/3
others [6]  34/18 39/6 39/8
 49/10 49/25 52/11
others' [2]  20/4 49/6
our [23]  7/20 7/21 8/3 13/9
 13/10 13/10 25/13 29/21 31/20
 32/17 34/6 35/16 35/20 36/1
 36/10 36/18 37/6 42/14 42/14
 48/24 49/22 50/18 52/2
ourselves [2]  42/10 42/10
out [25]  4/14 5/10 5/17 7/23
 8/14 11/20 15/14 19/10 19/15
 21/10 23/5 24/11 24/15 26/12
 29/19 29/21 32/23 34/17 36/15
 46/3 46/5 48/15 49/12 53/4 55/7
outrageous [1]  41/22
outstanding [3]  31/4 55/9 55/15
over [9]  12/5 16/15 19/15 35/15
 38/16 38/18 45/25 45/25 47/20
oversaw [1]  9/20
overshadowed [1]  43/4
overtime [9]  9/20 14/21 14/22
 19/25 26/13 26/15 26/18 50/8
 52/5
overwhelming [1]  38/15
own [3]  29/7 50/21 51/5

**P**

pain [5]  40/8 40/9 40/11 44/8
 56/2
pain: [1]  37/6
pain: his [1]  37/6
pangs [1]  43/8
parent [2]  31/16 32/6

## P

parent-teacher [1]  31/16
parents [7]  31/22 33/2 33/5
  34/9 36/18 37/6 42/25
parents' [3]  33/18 36/11 47/15
part [6]  11/22 22/22 29/10
  33/20 42/7 52/12
part-time [1]  33/20
participate [2]  42/4 54/25
participation [1]  51/13
particularly [2]  22/16 54/6
parts [3]  24/12 47/6 51/16
passenger [1]  46/1
past [5]  10/1 42/14 42/17 43/7
  43/8
Pat [2]  46/11 48/5
patrolman [1]  22/3
pause [1]  18/8
pay [1]  37/22
peeks [1]  20/3
penalties [1]  37/18
people [25]  7/1 10/13 13/5 13/8
  17/18 17/22 18/5 18/21 19/23
  24/13 24/14 24/14 25/14 25/18
  34/16 37/5 47/5 47/18 49/8
  49/10 49/12 49/22 51/3 51/9
  52/8
people's [2]  20/5 26/20
perfect [1]  42/10
perfectly [1]  5/12
performance [1]  31/18
perhaps [1]  43/11
period [3]  52/17 53/3 53/17
permit [1]  54/6
person [4]  7/16 17/8 34/22 42/1
person's [1]  51/16
personal [5]  30/1 40/1 51/5
  51/16 52/25
perspective [1]  28/22
perspectives [1]  48/24
perverted [1]  13/5
phenomenon [1]  14/12
phrase [2]  20/3 21/16
physical [2]  40/9 44/8
picture [1]  35/24
piece [1]  41/20
place [2]  38/8 40/17
plainclothes [2]  11/4 13/14
Plaintiff [2]  1/3 1/16
plant [2]  21/19 26/21
planted [4]  9/8 20/13 46/4
  48/15
planting [1]  20/10
played [2]  15/7 19/23
playing [1]  47/6
plea [11]  3/19 5/11 5/18 6/8
  6/20 11/22 19/20 26/25 27/4
  53/1 55/17
plead [1]  41/6
pleas [1]  12/4
please [6]  3/4 28/6 30/14 30/17
  32/13 34/25
pled [4]  38/23 41/8 51/14 52/12
plenty [1]  5/10
podium [2]  7/6 7/7
point [2]  15/10 22/5
pointed [1]  49/12
points [3]  12/3 13/15 13/20
poison [2]  52/2 52/4
police [30]  2/8 2/9 3/12 3/13
  9/10 9/23 10/8 11/4 13/18 14/6

14/16 21/6 22/3 23/14 23/16
23/22 23/23 23/22 34/4/5 24/5(b)
32/2 37/10 39/20 39/22 44/10
49/19 49/22 50/16 50/25 54/16
policing [1]  19/21
policy [2]  6/14 6/20
polite [1]  32/11
poor [1]  43/7
population [1]  24/13
porch [1]  16/23
Port [1]  31/21
Port Discovery [1]  31/21
position [6]  5/13 13/13 22/6
  22/8 23/3 26/7
positions [2]  22/17 22/23
positive [2]  34/18 51/16
positives [3]  42/19 42/21 43/3
possible [1]  36/18
potentially [1]  16/16
power [1]  49/19
practices [1]  19/22
pray [1]  47/25
precise [1]  6/4
presence [1]  40/5
present [2]  2/3 25/5 36/22
presentence [11]  3/21 3/24 4/2
  4/15 4/17 5/2 5/6 5/14 5/18
  5/22 11/21
presents [1]  32/18
presided [1]  12/5
prevent [1]  22/14
previous [1]  18/13
previously [1]  18/21
Prince [1]  38/7
prior [2]  35/12 44/11
prison [8]  21/8 24/24 27/15
  37/1 43/14 43/17 44/18 51/11
Prisons [5]  43/16 43/19 54/18
  55/2 55/6
probation [4]  2/4 2/5 54/8
  54/12
probation officer [3]  2/4 2/5
  54/12
problem [4]  17/21 23/7 54/10
  54/11
proceeding [3]  6/21 14/11 54/3
proceedings [1]  56/7
proceeds [3]  16/5 16/7 16/25
process [1]  10/22
professional [1]  39/25
profound [4]  10/4 23/18 27/10
  27/10
program [3]  54/22 55/1 55/3
promote [2]  11/16 11/17 52/16
promotion [1]  23/19
prompted [1]  41/15
proof [1]  51/24
property [1]  33/14
prosecuted [2]  49/24 52/22
prospect [1]  25/20
protect [2]  50/14 51/3
protecting [1]  52/3
proven [1]  12/6
provide [1]  52/16
provided [4]  12/13 13/9 13/22
  15/12
provides [2]  11/11 14/5
providing [1]  54/12
public [3]  27/9 49/15 50/14
public's [1]  23/21
publicity [1]  43/25
pulled [1]  16/15

pumpkin [1]  31/21
punished [1]  47/9
punishment [3]  11/17 52/17 53/3
pursue [1]  32/3
put [9]  10/10 12/23 22/16 26/11
  42/14 47/2 49/10 51/2 52/7
putting [1]  52/2

## Q

quantities [3]  12/11 12/12 25/7
quarter [2]  9/19 12/24
question [2]  51/25 54/22
questioned [1]  31/19
questions [1]  10/24
quite [2]  38/10 49/1

## R

racked [1]  38/22
racketeering [1]  53/10
raised [4]  5/4 36/2 36/21 36/21
raising [1]  47/24
ran [1]  19/22
range [6]  5/21 5/23 6/6 16/9
  27/1 27/4
rather [2]  41/13 52/13
Rayam [4]  13/21 18/14 18/22
  26/18
RDAP [2]  54/22 55/3
RDAP program [2]  54/22 55/3
RDR [3]  1/23 56/5 56/9
read [4]  4/4 42/20 47/17 47/20
readily [1]  33/24
reading [8]  10/21 31/25 42/1
  42/6 43/20 43/24 47/21 47/22
ready [1]  20/23
real [1]  21/17
realize [1]  34/14
realized [2]  39/20 40/2
really [4]  12/1 19/5 24/12 46/9
Realtime [1]  56/10
reasons [2]  27/6 27/16
recall [1]  38/23
receive [3]  34/3 45/3 45/13
received [4]  3/22 26/1 30/22
  31/3
receiving [1]  20/14
recent [3]  9/25 24/9 50/1
recognize [1]  54/15
recognizes [1]  49/14
recognizing [1]  53/2
recommend [2]  54/25 55/4
recommendation [4]  6/25 23/13
  27/2 54/14
recommendations [1]  54/17
recommends [1]  54/9
record [7]  4/5 4/23 17/16 30/15
  30/17 35/1 56/7
recordings [1]  17/23
records [2]  39/13 53/14
recover [2]  10/6 19/24
recovered [6]  19/18 20/12 20/14
  21/7 21/19 21/22
referred [1]  5/7
reflect [5]  11/10 11/15 27/14
  27/14 52/15
reflected [3]  39/13 42/19 51/8
reflects [2]  26/1 41/14
refused [1]  16/23
regain [1]  43/13
Registered [1]  56/10
regret [13]  38/11 38/12 38/18
  40/11 40/18 40/22 40/23 40/24

**R**

regret... [5]   41/15 42/12 42/13
  43/7 56/2
regrets [5]   38/8 41/3 41/5
  43/10 52/14
regrettably [1]   42/17
rehabilitation [1]   41/15
relationship [1]   30/2
relative [1]   51/18
release [4]   53/18 53/18 54/7
  55/5
released [2]   24/24 54/11
reliance [1]   49/20
rely [3]   22/15 22/22 50/19
remains [1]   40/4
remarkable [1]   17/7
remorse [3]   38/22 38/24 53/1
Renkl [2]   41/20 42/1
rent [1]   33/14
rented [1]   33/11
replaced [2]   39/17 40/8
report [16]   3/21 3/24 4/2 4/15
  4/17 5/2 5/6 5/14 5/18 5/22
  9/10 11/21 20/13 21/6 22/19
  52/7
Reported [1]   1/22
Reporter [4]   1/24 56/10 56/10
  56/11
reports [2]   9/23 10/9
represented [1]   16/3
request [1]   54/21
required [2]   53/7 53/22
requires [1]   51/23
resilience [1]   29/15
resources [1]   41/12
respect [6]   11/16 23/19 23/25
  32/23 33/9 52/16
respectful [2]   31/19 36/19
respond [1]   32/6
response [3]   42/2 42/3 48/21
responsibility [5]   15/10 22/25
  26/8 41/9 52/12
responsible [1]   30/3
responsibly [1]   49/1
rest [3]   8/14 19/2 36/6
rested [1]   50/7
restituting [1]   54/2
restitution [3]   53/24 54/4 54/6
result [4]   25/2 26/8 44/5 44/13
resulted [4]   9/16 20/19 49/25
  50/9
resulting [1]   9/18
retired [1]   31/7
retirement [1]   37/15
returned [1]   41/7
review [1]   4/6
reviewed [2]   3/24 45/12
ridiculous [1]   18/15
right [18]   3/16 3/18 5/16 6/3
  6/23 7/12 9/4 10/22 17/11 30/13
  41/14 45/17 48/22 49/17 50/3
  54/15 55/16 55/18
righting [1]   38/2
rights [1]   49/8
rise [1]   40/18
risks [1]   44/4
River [1]   31/4
Road [1]   31/6
rob [3]   18/19 25/18 49/10
robbed [7]   10/14 15/24 18/4
  18/23 23/18 25/10 25/14

robberies [7]   9/14 15/15 18/1
  19/5 23/13 23/3 23/11
robbery [11]   12/6 15/7 16/1
  16/5 16/8 16/11 16/12 16/13
  16/14 18/1 52/22
robbing [2]   12/9 18/21
role [2]   32/2 32/8
Ronald [3]   10/14 18/1 18/24
Ronald Hamilton [2]   10/14 18/24
room [2]   18/24 46/21
routinely [2]   11/25 12/25
row [1]   32/2
rule [1]   23/19
rushed [1]   20/24

**S**

safe [5]   15/6 16/21 17/3 17/3
  17/5
said [16]   10/8 10/17 14/17
  20/13 21/7 22/11 25/3 27/3
  32/12 37/19 38/7 38/17 38/19
  42/14 46/16 50/17
salaries [1]   14/7
sales [2]   9/18 16/7
same [4]   8/3 34/19 36/18 40/17
sapped [1]   9/21
sat [2]   27/15 45/24
save [1]   41/11
saw [8]   10/20 16/22 18/9 19/14
  21/21 29/6 29/22 29/22
say [8]   6/14 7/15 8/5 10/21
  30/5 45/12 45/17 48/19
saying [2]   7/8 18/16
school [10]   28/18 31/9 31/11
  31/23 31/25 32/2 32/16 35/12
  40/3 42/24
schools [1]   9/22
Science [1]   30/20
seal [2]   4/12 6/17
Sealed [1]   27/24
seated [2]   3/4 3/16
second [4]   17/18 24/1 25/24
  30/24
secretaries [1]   32/19
Section [1]   11/8
security [1]   44/4
see [10]   4/18 8/12 8/16 8/18
  19/9 29/19 36/10 46/17 46/21
  54/13
seeing [1]   29/18
seen [4]   8/23 17/12 24/18 29/16
selected [1]   18/19
self [1]   41/19
self-justification [1]   41/19
sell [2]   12/21 16/6
selling [1]   12/10
senior [2]   48/10 48/11
sense [1]   17/13
sent [5]   16/19 23/8 25/16 32/4
  32/15
sentence [21]   11/10 11/15 23/12
  23/12 26/1 26/24 27/17 34/10
  37/22 37/25 44/18 44/22 45/2
  45/4 47/25 51/11 53/8 53/9
  53/15 55/8 55/18
sentenced [1]   52/6
sentences [3]   20/15 25/11 53/16
sentencing [19]   1/14 3/18 3/22
  6/15 6/21 6/25 11/19 22/11 23/8
  23/17 25/24 25/24 26/3 27/3
  27/18 45/14 48/23 50/18 54/3
sentencings [1]   23/9

separate [2]   5/13 53/13
separating [1]   44/20
September [1]   33/20
September 2016 [1]   33/20
sergeant [19]   2/8 3/11 10/9
  15/15 18/15 18/16 20/21 21/3
  22/11 22/13 22/13 23/17 24/6
  24/17 25/25 26/16 39/24 51/14
  51/19
Sergeant Allers [3]   22/11 23/17
  25/25
Sergeant Jenkins [3]   21/3 24/6
  24/17
Sergeant Jenkins' [1]   20/21
Sergeant John Sieracki [2]   2/8
  3/11
serious [4]   29/1 50/23 52/9
  53/13
seriously [1]   51/22
seriousness [3]   11/16 23/10
  52/15
serve [3]   37/22 39/12 44/17
served [1]   39/12
serves [1]   37/24
service [2]   37/9 37/10
services [1]   33/24
serving [4]   35/11 39/11 39/19
  42/21
SES [4]   14/24 18/4 20/1 21/12
SES unit [4]   14/24 18/4 20/1
  21/12
set [3]   5/10 5/17 51/20
seven [2]   7/23 31/8
severe [2]   25/19 37/18
shame [2]   38/24 40/19
share [5]   7/20 11/7 11/9 41/24
  56/2
shared [5]   13/2 16/25 38/24
  39/14 40/21
she [2]   41/21 42/6
shed [2]   12/19 12/23
shelter [1]   32/16
shift [1]   34/1
Shirley [2]   7/9 10/5
Shirley Davis [1]   7/9
short [3]   5/2 39/22 44/17
shot [1]   21/17
should [12]   5/6 11/10 13/6 22/8
  24/14 40/14 45/12 46/5 48/15
  51/17 51/20 52/3
shovel [1]   43/1
shown [1]   16/14
shows [4]   17/7 28/22 29/11
  36/21
shred [1]   44/21
siblings [1]   33/2
sic [1]   45/23
side [2]   20/8 23/4
sideline [1]   19/8
Sieracki [2]   2/8 3/11
significant [3]   42/18 52/12
  52/17
significantly [1]   26/24
similarities [2]   26/4 26/6
simple [1]   28/25
simply [5]   19/23 23/6 23/25
  24/53 53/3
sin [1]   34/12
since [7]   28/17 31/13 34/13
  37/3 39/1 47/12 51/1
sincere [1]   42/12
sinful [1]   42/7

## S

single [1]   16/12
single-largest [1]   16/12
sir [4]   30/10 34/25 48/18 55/22
sister [1]   36/3
sit [1]   10/23
sitting [1]   20/23
situations [2]   49/11 51/4
six [1]   14/21
sleep [1]   36/16
slipped [1]   19/14
Slow [1]   28/11
slowed [1]   18/8
small [1]   12/11
Smith [1]   2/5
sneak [1]   20/3
sneak-and-peeks [1]   20/3
snow [1]   43/1
snowballs [1]   19/9
so [55]   4/16 5/1 5/14 6/17 7/20
  8/5 10/12 12/18 12/18 12/19
  15/14 17/6 17/6 18/2 19/9 21/17
  21/23 22/5 22/24 23/24 24/20
  25/13 25/16 25/21 26/22 27/9
  27/10 27/16 28/5 31/13 33/15
  33/22 34/1 37/15 44/9 44/21
  45/23 46/12 46/15 46/17 46/23
  47/3 47/10 47/17 47/20 47/23
  47/25 48/3 48/7 48/12 48/12
  48/17 49/17 50/22 53/11
socials [1]   31/24
society [2]   34/5 37/22
sold [4]   12/22 16/25 19/16
  25/11
solution [1]   17/12
solve [2]   17/21 25/15
some [14]   4/14 5/17 14/7 21/25
  39/14 40/1 41/5 41/8 41/18
  41/24 43/3 44/21 52/11 52/25
someone [6]   16/15 16/23 17/20
  22/8 23/11 51/20
something [7]   14/10 18/9 24/10
  28/25 29/1 40/21 45/9
sometimes [2]   12/11 12/11
son [9]   30/19 31/8 31/10 31/12
  31/16 33/16 42/25 46/20 47/12
sons [8]   31/23 32/9 32/12 32/14
  33/1 33/10 34/9 46/18
sons' [1]   31/18
sophisticated [1]   17/8
sorrow [2]   40/18 43/9
sorrowful [1]   38/14
sorry [16]   8/20 28/11 37/4
  45/23 46/3 46/12 46/14 46/16
  46/17 46/23 47/10 48/3 48/5
  48/12 48/12 48/17
sort [1]   41/19
soul [1]   47/2
sounds [1]   18/16
spare [1]   50/10
speak [12]   7/2 7/5 7/12 9/7
  9/12 12/2 12/7 28/3 30/1 35/7
  45/19 46/4
speaker [1]   32/1
speaking [1]   35/22
special [10]   2/6 2/7 3/10 7/21
  11/8 26/7 26/7 32/5 53/22 54/7
Special Agent [2]   2/6 2/7
Special Agent Erika Jensen [1]
  3/10
Special Enforcement Section [1]

11/8
credits [5]   51/25 51/24 52/3
  54/14 54/17
speed [1]   21/1
spent [1]   7/22
split [1]   16/5
spoke [2]   9/6 10/6
spoken [1]   53/24
sports [1]   37/8
spring [1]   15/25
Square [1]   31/4
stand [3]   28/10 28/15 37/14
start [4]   3/21 3/25 6/10 7/8
started [3]   14/24 15/15 33/25
starting [1]   31/14
startling [1]   18/2
state [5]   13/10 14/5 30/14
  30/17 34/25
state courts [1]   13/10
State's [5]   10/1 24/9 50/2
statement [5]   5/10 11/21 15/14
  15/16 43/19
STATES [9]   1/1 1/3 1/18 3/7 3/9
  23/13 27/16 39/11 55/12
stay [1]   45/19
stayed [2]   32/9 36/14
stays [1]   10/24
steal [5]   19/15 19/17 25/4
  26/11 26/11
stealing [2]   50/9 52/1
stenographic [1]   56/6
step [4]   17/17 28/5 41/14 41/14
Stepp [14]   12/13 12/15 12/17
  12/20 12/22 16/6 16/19 16/22
  16/25 16/25 19/8 19/11 20/6
  26/21
Stepp's [1]   19/14
steps [1]   24/21
Stern [2]   2/9 3/12
Steven [2]   2/2 3/15
Steven Levin [2]   2/2 3/15
Stevenson [1]   16/11
Stevenson's [1]   20/4
stick [1]   15/5
still [6]   28/19 29/6 41/24
  43/11 44/21 50/12
stole [6]   9/17 11/25 12/25 13/1
  13/2 15/22 16/23 17/4
stop [6]   18/11 18/17 22/20
  45/22 47/21 47/22
stopped [3]   12/1 22/9 47/1
stopping [1]   19/23
storage [3]   19/11 19/12 19/16
story [1]   15/6
street [1]   1/24 24/15
streets [3]   12/11 12/15 26/12
strength [1]   19/15
stressful [1]   51/4
strikes [1]   50/18
strong [5]   23/8 25/16 36/5 36/9
  36/22
struck [2]   9/9 21/1
struggling [1]   9/22
students [1]   32/3
submissions [1]   14/16
submit [3]   4/12 54/1 54/2
subordinates [1]   51/21
substance [1]   55/1
substantial [1]   44/19
successfully [1]   39/19
such [2]   28/23 44/4
suffered [4]   40/9 44/9 44/13

51/5
sufficient [1]   27/17
suggest [1]   4/1
sum [1]   28/22
summer [4]   10/14 17/25 19/3
  33/11
Sunday [1]   47/12
superseding [2]   41/7 55/14
superseding indictment [2]   41/7
  55/14
supervised [4]   53/17 53/18 54/7
  55/5
supervisor [1]   51/20
supplies [1]   32/5
support [4]   35/23 45/13 51/8
  51/9
supportive [1]   42/23
sure [9]   9/7 27/23 28/4 29/6
  32/12 34/24 36/23 36/24 38/23
  46/2 51/6 51/9 54/23 55/11 56/1
Sweet [1]   38/7
swimming [1]   29/20
swollen [1]   19/14
sworn [1]   50/20
symbol [3]   43/7 43/8 43/10
system [6]   13/5 14/22 22/14
  22/21 24/16 50/19
systematic [2]   14/4 14/22
systemic [2]   23/18 26/15

## T

table [1]   3/11
take [10]   5/24 13/24 15/10
  29/21 33/16 38/8 45/21 47/2
  49/10 49/16
taken [7]   7/18 12/4 13/16 34/15
  44/15 49/8 49/23
takes [1]   45/4
taking [2]   17/22 52/24
talk [5]   6/13 13/12 26/13 49/3
  51/18
talked [2]   21/25 41/20
targeted [1]   44/12
targets [1]   13/18
tarnished [2]   37/13 46/7
task [6]   8/1 8/14 15/19 15/21
  18/7 37/7
taught [4]   30/24 36/4 37/14
  40/24
Taylor [4]   16/5 18/3 18/13
  18/20
Taylor's [1]   21/22
teacher [4]   31/3 31/16 32/19
  40/24
Teachers [1]   31/6
teaching [2]   21/12 33/13
team [1]   18/19
tears [1]   40/13
tech [1]   35/13
technology [1]   22/24
tell [4]   29/14 30/1 30/7 36/24
telling [1]   51/12
temptation [1]   25/4
ten [4]   9/14 22/6 23/11 27/11
tendencies [1]   42/7
tendon [1]   44/16
terms [3]   20/21 23/10 25/23
terrible [1]   35/17
testified [1]   16/22
testimony [5]   12/17 19/13 19/19
  19/21 51/25
than [18]   7/25 9/16 9/18 17/4

**T**

than... [14]   22/6 25/11 27/18
28/22 29/25 41/13 41/22 44/17
45/2 45/8 46/25 48/4 51/22
52/13
Thank [34]   3/6 3/14 3/23 4/3
5/15 6/23 8/6 8/7 9/1 9/2 9/3
9/5 27/20 27/21 28/1 30/9 30/10
30/10 32/13 32/13 34/20 34/21
34/21 35/3 38/3 38/4 38/4 45/10
45/11 45/14 48/18 48/22 54/24
56/3
thanking [1]   32/20
that [303]   3/20 3/22 4/14 4/16
4/19 5/3 5/5 5/6 5/14 5/19 5/20
6/5 6/5 6/7 6/8 6/14 6/16 6/20
7/4 7/12 7/15 7/16 7/19 7/22
7/23 7/24 7/25 8/2 8/12 8/14
8/16 8/17 8/17 8/18 9/6 9/9
9/10 9/11 9/18 9/20 9/25 10/9
10/9 10/10 10/18 10/25 11/1
11/3 11/5 11/6 11/8 11/9 11/10
11/15 11/20 11/22 11/25 12/10
12/10 12/13 12/18 12/19 12/22
12/23 12/23 13/1 13/5 13/8
13/18 13/18 13/22 13/24 13/24
14/2 14/4 14/6 14/10 14/14
14/15 14/15 14/17 14/22 14/23
14/25 15/7 15/9 15/11 15/13
15/17 15/22 16/1 16/5 16/12
16/13 16/14 16/14 16/14 16/15
16/22 16/24 17/3 17/6 17/7
17/10 17/14 17/14 17/17 17/20
17/21 17/22 17/24 18/2 18/3
18/6 18/9 18/12 18/12 18/19
19/2 19/3 19/13 19/16 19/17
19/22 20/8 20/9 20/12 20/13
20/17 20/19 20/22 20/25 21/2
21/5 21/6 21/6 21/10 21/11
21/14 21/15 21/16 21/17 21/18
21/21 21/23 21/23 21/24 22/5
22/10 22/16 22/19 22/22 22/23
22/25 23/1 23/2 23/14 23/16
23/18 23/22 24/2 24/3 24/8
24/10 24/12 24/13 24/18 24/20
25/1 25/5 25/8 25/14 25/16
25/17 25/17 25/21 26/1 26/2
26/3 26/8 26/9 26/16 27/6 27/9
27/14 27/14 28/22 28/22 29/15
29/15 30/2 30/3 30/5 30/7 31/2
31/17 32/3 34/6 34/14 34/17
35/12 35/17 35/22 36/13 36/20
37/1 37/2 37/4 37/5 37/13 37/15
37/19 37/21 37/24 38/2 38/22
38/24 39/10 40/10 40/11 40/14
40/17 40/18 41/4 41/12 41/18
42/8 42/13 42/14 43/7 43/8
43/10 43/13 43/21 43/23 44/2
44/8 44/11 44/21 45/4 45/13
45/18 45/21 45/22 46/1 46/5
46/13 46/14 46/16 47/1 47/14
47/25 48/15 48/19 48/19 48/24
49/5 49/9 49/17 49/17 49/19
49/20 49/21 49/21 50/3 50/4
50/4 50/8 50/9 50/10 51/9 51/9
51/9 51/10 51/12 51/13 51/13
52/3 52/7 52/14 52/21 52/23
52/24 53/2 53/3 53/4 53/8 53/11
53/19 54/10 54/13 54/15 54/25
55/1 55/8 55/10 55/18 55/20
55/22 56/1 56/1 56/2 56/5

that's [14]   4/21 8/5 8/22 11/1
13/12 16/13 29/2 25/9 35/17
25/21 47/14 49/16 49/20 50/22
thefts [1]   27/13
their [33]   4/25 13/7 13/9 13/23
13/23 13/25 14/7 15/4 15/10
17/16 17/23 18/13 18/24 19/2
21/17 22/17 23/22 23/23 31/18
31/22 31/23 32/13 32/20 32/21
33/10 33/12 33/23 40/5 43/25
44/2 45/20 50/21 52/22
them [24]   5/10 10/7 12/20 12/21
13/22 16/25 17/5 17/22 18/17
18/23 18/24 20/18 21/9 21/15
21/16 23/4 23/4 25/20 26/11
27/15 33/10 43/9 46/18 49/3
themselves [4]   13/19 17/16
17/23 21/19
then [12]   6/3 7/23 12/15 12/20
16/7 17/2 17/4 19/8 19/25 20/9
21/4 37/3
there [41]   5/10 5/19 6/8 6/12
7/1 7/3 8/14 8/23 16/21 16/22
20/13 20/14 21/18 22/13 22/18
22/18 24/2 24/13 25/18 25/22
26/4 26/15 26/22 28/2 28/24
34/5 45/16 45/19 48/19 48/25
49/7 50/4 50/22 51/2 52/15
53/14 53/17 54/14 54/15 54/17
55/15
there's [13]   20/11 22/21 22/21
23/6 24/12 40/20 49/8 49/19
50/3 50/8 51/25 52/18 55/18
therefore [1]   39/17
these [19]   4/24 5/3 14/7 19/22
22/12 22/19 23/9 25/2 35/19
35/21 36/6 36/7 36/9 36/25 39/3
42/7 49/23 52/9 53/5
they [81]   7/1 8/13 9/7 10/11
12/15 13/24 13/25 14/2 14/8
14/14 14/15 14/15 14/16 14/16
14/17 14/18 14/20 15/3 15/11
15/15 15/19 15/20 15/22 16/18
16/19 16/21 17/15 17/15 17/22
17/24 18/4 18/23 19/7 19/9
19/10 19/10 19/23 19/24 20/3
21/16 21/17 21/19 24/17 25/10
25/11 25/11 25/12 25/14 25/17
25/18 25/18 25/21 26/6 26/7
26/9 26/18 29/13 31/19 32/12
32/18 32/20 33/12 33/19 33/22
33/24 35/20 36/2 36/18 36/20
40/8 42/8 43/4 46/18 48/20
49/13 49/17 49/17 50/14 52/8
52/22 54/13
they'll [1]   25/10
they're [2]   24/15 25/10
they've [2]   5/3 49/1
thing [4]   23/1 40/20 47/24
48/24
things [21]   6/12 13/4 17/6 18/3
24/18 24/18 34/6 35/17 35/19
36/20 36/25 37/2 37/4 37/13
37/15 38/16 38/17 38/18 38/19
39/9 51/7
think [17]   5/12 17/6 17/9 17/17
22/1 29/3 29/8 29/16 34/14 42/6
49/14 51/12 51/16 51/23 52/18
52/24 55/18
third [1]   30/24
this [81]   5/2 6/14 6/20 7/4
7/15 9/13 10/1 10/21 10/23

10/23 12/1 12/9 12/17 13/11
13/13 13/17 13/18 14/10
14/10 14/11 14/12 14/12 15/17
15/18 15/19 15/20 16/13 17/9
17/10 18/4 18/9 18/13 18/15
18/15 18/16 19/5 20/1 20/10
21/10 21/15 21/21 21/24 23/7
23/8 23/15 24/9 24/25 25/13
25/24 26/3 26/14 26/25 27/19
28/21 29/14 29/16 30/7 30/8
32/20 32/22 34/12 34/18 37/20
40/4 40/21 41/11 41/20 44/13
46/2 46/22 47/4 47/10 48/23
49/14 50/11 50/14 50/23 53/2
53/10 54/2
thoroughly [1]   49/1
those [37]   4/16 4/18 10/3 10/8
11/9 11/14 11/24 12/7 12/14
12/14 12/24 13/4 15/11 16/7
20/11 20/14 21/7 21/8 24/19
26/23 27/16 39/1 39/2 39/17
39/25 40/7 40/7 41/5 41/16
42/21 43/3 43/14 48/8 49/12
50/20 53/11 54/19
though [1]   32/23
thought [2]   18/6 18/15
thousand [2]   15/24 16/4
thousands [3]   9/21 16/10 16/17
three [7]   9/15 20/7 31/7 44/15
53/18 53/19 53/20
throated [1]   42/8
through [12]   6/4 29/2 29/3
37/20 41/15 42/11 46/18 46/24
51/10 53/16 53/20 53/21
throughout [1]   45/5
throwing [1]   19/9
thrown [1]   24/11
Thursday [1]   1/9
thwart [1]   17/8
ties [1]   36/9
till [1]   14/17
time [18]   7/4 9/22 15/23 18/12
26/17 30/9 31/2 33/20 34/14
34/17 36/18 38/3 41/11 44/17
45/1 45/8 53/2 53/3
times [11]   13/2 27/11 27/12
29/5 32/23 33/7 33/15 40/21
41/19 47/21 51/2
today [12]   8/1 28/10 28/15 30/3
35/22 35/23 36/1 41/1 41/15
43/5 49/2 51/8
together [4]   8/19 28/18 33/19
36/1
told [5]   8/16 29/5 32/23 36/25
37/4
tolerated [1]   51/21
too [2]   43/8 46/25
took [7]   7/24 13/7 14/15 16/3
24/21 29/20 37/7
top [1]   27/4
total [2]   53/8 53/18
touch [1]   46/18
tough [2]   23/1 40/24
toward [2]   49/22 50/15
towards [2]   41/1 41/14
Towers [1]   16/2
Towson [1]   30/23
Towson University [1]   30/23
toys [1]   32/15
trace [4]   15/19 15/21 18/7
19/10
tragedy [5]   24/20 24/25 25/1

Case 1:17-cr-00630-CCB Document 285 Filed 07/27/18 Page 71 of 72

**T**

tragedy... [2]  29/10 51/5
tragic [1]  20/25
training [1]  39/16
transcript [1]  56/6
traumatized [1]  18/24
treatment [1]  54/8
tree [1]  32/17
trial [10]  10/16 12/5 14/12
 15/7 15/13 16/15 19/4 19/13
 21/21 52/13
tried [3]  15/4 16/19 41/5
trips [2]  31/20 33/16
true [2]  20/22 35/20
truly [5]  29/23 35/21 46/3
trust [4]  24/16 27/9 49/15
 50/15
trusting [1]  33/14
truth [1]  4/25
try [2]  16/20 42/10
trying [3]  8/19 42/11 50/13
turn [6]  6/24 11/14 11/19 17/20
 23/2 34/15
twice [1]  31/3
two [14]  7/3 9/6 9/11 10/10
 11/4 13/13 19/22 20/18 24/12
 27/14 32/2 35/8 37/1 52/8
typical [1]  35/25

**U**

U.S [2]  2/4 2/5
U.S. [3]  24/21 36/4 37/9
U.S. Attorney's [1]  24/21
U.S. Marine [2]  36/4 37/9
Umar [3]  45/23 46/2 48/14
uncertainty [1]  30/6
under [5]  4/12 6/17 22/10 22/12
 26/2
undermines [1]  23/21
understand [3]  37/21 42/7 55/22
understandable [1]  50/15
Understanding [1]  5/19
Undoubtedly [1]  24/12
unfair [1]  29/24
unfortunately [2]  35/20 37/10
uniform [2]  20/24 50/13
uniquely [1]  26/9
unit [8]  11/8 14/20 14/24 18/4
 18/13 20/1 21/12 23/2
UNITED [9]  1/1 1/3 1/18 3/7 3/9
 23/13 27/16 39/11 55/12
United States [6]  3/7 3/9 23/13
 27/16 39/11 55/12
units [7]  11/5 13/14 19/22
 22/12 22/19 25/5 25/17
University [3]  30/20 30/23
 45/24
Unlike [2]  41/8 52/11
unprompted [1]  38/24
until [4]  10/25 14/18 38/8
 46/13
unwarranted [2]  11/18 25/23
up [18]  12/20 15/19 17/23 18/19
 27/3 30/2 35/25 36/11 39/4 40/8
 40/12 40/13 42/5 45/18 46/4
 48/1 50/21 53/4
uphold [1]  49/16
upon [1]  32/18
urge [1]  28/15
us [9]  3/10 7/17 10/3 20/9 25/1
 36/4 36/6 36/10 41/23

us: [1]  36/2
**use** [from line 36/2]
use [4]  13/24 19/25 30/8 34/17
used [5]  20/3 20/6 21/11 21/16
 29/18
using [2]  12/10 17/15
usually [1]  36/9

**V**

vacate [1]  24/22
vacation [1]  33/12
value [1]  40/22
various [4]  12/3 13/4 13/15
 13/20
vehicle [3]  45/22 46/1 47/1
vehicular [1]  21/15
versus [1]  3/7
very [15]  8/15 14/14 32/11
 32/25 32/25 35/16 35/17 36/22
 37/3 38/4 45/7 48/23 50/23 51/4
 53/13
veteran [2]  22/2 22/4
vicious [1]  20/1
victimizes [1]  23/17
victims [7]  7/2 9/6 11/3 44/2
 49/7 54/2
video [6]  15/6 16/14 17/5 17/7
 17/10 17/19
violated [1]  49/9
violation [1]  27/9
violent [1]  24/14
visit [2]  44/7 47/11
visited [1]  33/5
volunteer [1]  35/10
volunteered [2]  33/6 33/24
volunteers [1]  32/4

**W**

W.B [1]  15/17
wake [1]  12/20
walks [1]  29/21
Walmart [1]  10/24
want [11]  4/22 5/1 6/12 7/15
 10/25 21/5 28/11 30/3 48/9
 54/18 55/24
wanted [1]  36/17
wants [1]  48/19
Ward [4]  16/5 18/3 18/12 18/20
Warm [1]  33/17
Warm-weather [1]  33/17
warning [1]  44/11
warrant [2]  18/18 16/19
was [126]  5/5 5/5 6/5 7/15 7/16
 7/18 7/19 7/24 8/13 8/14 8/18
 9/8 9/25 10/9 10/14 11/3 11/22
 12/9 12/14 12/18 13/17 13/23
 14/4 14/10 14/10 14/14 14/15
 15/7 15/7 15/9 15/17 15/18
 15/24 16/13 16/14 16/14 16/22
 17/6 17/10 17/13 17/14 17/14
 18/2 18/9 18/10 18/10 18/22
 19/1 19/6 19/15 19/17 20/2
 20/12 20/13 20/14 20/19 20/25
 21/7 21/15 21/18 21/22 22/2
 22/2 22/3 22/4 22/4 23/3 23/15
 23/16 25/14 25/25 26/15 26/16
 26/17 27/9 27/10 28/25 29/1
 29/2 29/5 29/10 29/12 29/14
 29/18 31/2 31/6 31/8 31/10
 31/13 32/1 32/5 32/7 32/11
 32/20 33/11 33/20 33/21 34/1
 34/15 36/4 36/14 36/24 37/4

39/14 40/6 41/7 41/21 43/6
 43/13 44/15 44/16 44/23 44/23
 44/24 44/24 44/25 44/25 44/25
 49/8 49/14 51/19 51/19 51/20
 51/22 52/5 52/6
wasn't [6]  10/19 14/2 18/20
 20/6 21/5 21/8
watches [1]  9/17
way [5]  5/2 5/9 8/13 17/12
 18/24 21/10 22/14 22/21 23/6
 23/21 24/3 24/3 25/13 32/20
 36/23 38/2 42/15 51/3 53/4
WAYNE [58]  1/5 3/8 3/16 9/14
 11/3 14/23 28/16 28/17 28/24
 29/9 29/10 29/15 29/18 29/22
 30/6 31/8 31/16 32/1 32/9 32/22
 32/25 33/4 33/15 33/18 33/22
 34/1 34/3 34/6 34/11 34/13 35/7
 35/25 36/3 36/4 36/6 36/12
 36/17 36/21 36/25 37/7 37/13
 37/21 37/24 38/11 38/15 38/20
 39/1 39/4 39/6 40/12 40/20
 40/24 41/1 41/5 42/21 43/5
 43/11 43/13
WAYNE JENKINS [23]  1/5 3/8 3/16
 9/14 11/3 14/23 28/16 31/8
 33/15 38/11 38/15 38/20 39/1
 39/4 39/6 40/12 40/20 40/24
 41/1 41/5 42/21 43/5 43/13
Wayne's [1]  30/4
ways [1]  13/5
we [56]  3/18 4/12 4/23 4/25 5/1
 5/1 5/1 6/14 7/20 7/20 7/21
 7/22 14/1 14/4 14/4 15/25 17/10
 17/14 17/18 17/25 18/9 18/9
 18/12 18/14 18/14 20/17 21/10
 21/14 22/15 23/7 23/16 24/24
 25/20 26/17 27/3 27/4 27/22
 28/11 28/17 29/20 34/5 36/9
 36/11 36/21 37/9 37/25 42/5
 42/9 42/10 48/24 48/25 49/19
 50/1 53/24 54/1 54/21 56/1
we'll [4]  5/14 6/5 8/3 54/1
we're [1]  20/8
we've [1]  37/14
weather [1]  33/17
week [4]  10/1 33/7 41/20 44/13
weekend [1]  36/10
weeks [2]  18/18 37/1
welcome [2]  37/25 37/25
well [12]  3/11 5/5 5/19 18/18
 29/4 31/6 31/24 33/21 38/1 39/2
 40/13 45/5
well-behaved [1]  33/21
welling [1]  40/8
Wendy [4]  30/11 30/18 32/24
 40/23
Wendy Kraft [3]  30/11 30/18
 40/23
went [13]  12/14 12/14 12/15
 15/13 16/18 18/19 21/8 26/16
 31/20 39/22 47/12 47/18 47/20
were [47]  4/14 12/6 12/10 13/6
 13/8 13/18 14/7 15/1 15/3 15/19
 15/20 16/24 17/12 17/15 17/15
 17/22 17/22 19/7 19/17 20/11
 20/23 21/20 23/2 23/18 24/14
 25/12 25/12 26/6 26/18 26/18
 28/17 29/19 31/19 31/23 33/8
 33/10 33/22 34/6 36/21 39/20
 39/25 40/1 48/15 49/9 49/12
 50/5 55/20

**W**

Westminster [1]  18/19
what [41]  5/5 5/7 6/11 7/15 8/5
 9/24 10/17 10/19 12/1 12/8
 14/14 14/22 15/7 15/11 17/6
 17/7 17/13 17/14 17/18 17/20
 18/2 19/6 19/7 20/17 24/5 24/6
 29/19 34/14 36/24 36/24 40/13
 40/15 45/8 46/3 46/9 46/23
 47/23 49/5 50/12 51/10 52/14
what's [2]  10/6 11/1
whatever [1]  6/24
wheeling [1]  33/17
when [50]  8/23 9/22 13/12 14/8
 14/15 14/18 15/1 15/19 15/9
 15/20 16/22 17/9 17/18 17/21
 18/9 19/9 19/14 19/22 20/2
 20/24 21/7 21/20 22/2 22/18
 22/18 23/15 24/17 24/24 24/25
 25/10 25/21 26/16 27/13 29/1
 30/1 32/9 33/10 34/1 34/10
 34/17 38/23 40/15 42/1 46/16
 46/18 46/21 48/15 49/22 52/3
 54/10
Whenever [2]  29/22 32/4
where [12]  12/5 12/14 16/2
 16/15 18/4 20/17 20/18 34/5
 35/13 36/11 51/24 53/4
whether [5]  6/16 6/22 7/1 14/13
 28/25
which [28]  9/8 9/15 11/19 11/20
 12/8 13/21 14/5 16/6 16/25
 19/16 19/24 23/1 23/24 27/8
 37/17 39/14 40/1 40/14 40/25
 44/14 50/6 50/15 51/7 51/14
 52/5 52/6 53/14 55/2
while [7]  10/17 11/6 39/21
 40/10 42/17 44/9 55/5
White [1]  31/3
White Marsh [1]  31/3
who [32]  3/16 7/1 7/2 9/12 10/5
 10/6 10/14 22/5 23/11 24/13
 24/14 24/14 28/2 29/10 30/7
 31/6 31/13 35/24 36/1 39/1 39/2
 43/5 43/6 43/6 43/24 44/6 44/10
 45/20 47/18 50/13 51/20 52/21
Who's [1]  31/6
whole [3]  10/22 10/23 46/15
wholeheartedly [1]  34/17
whom [2]  40/4 43/22
whose [2]  49/8 49/8
why [3]  24/20 25/21 49/16
widespread [1]  26/14
widowed [1]  42/23
wife [10]  10/24 29/13 29/24
 31/22 33/1 34/8 35/9 37/6 44/6
 47/12
will [38]  3/22 6/10 10/6 11/11
 11/19 19/2 23/23 25/2 25/18
 30/7 34/17 35/23 37/5 37/11
 37/19 37/25 37/25 38/1 38/23
 40/10 42/9 43/14 43/16 44/5
 44/17 44/18 44/21 45/3 51/10
 51/18 52/22 52/22 53/2 53/3
 53/4 53/18 54/1 54/4
willing [1]  43/1
willingness [1]  23/23
window [1]  19/10
winter [1]  10/16
wisdom [1]  42/14
Wise [8]  1/17 3/5 3/9 3/25 4/22

 9/4 27/21 53/25
wish [3]  1/4 5/20 47/4
 54/13
wishes [3]  38/16 38/17 38/19
wishing [1]  40/12
within [6]  18/18 33/4 53/5 55/2
 55/6 55/21
without [7]  12/20 16/18 19/24
 24/3 29/4 30/6 42/18
woman [1]  34/11
woman's [1]  45/24
women [1]  50/13
won't [5]  22/24 23/7 25/9 42/9
 46/21
wondered [1]  18/9
word [4]  11/22 24/16 38/12
 50/19
words [2]  38/8 41/24
work [6]  14/8 23/24 24/1 34/3
 36/15 54/1
worked [4]  14/17 14/18 14/21
 37/15
working [3]  14/2 14/2 34/1
world [2]  22/24 44/24
worry [1]  10/25
worse [5]  13/12 13/15 15/1 21/4
 23/15
worth [2]  12/23 16/4
would [41]  3/5 4/16 4/19 5/1
 5/1 5/1 6/11 6/25 7/2 7/6 7/17
 8/1 8/16 8/17 12/21 17/9 18/6
 18/10 21/2 23/1 23/13 28/2 29/3
 29/20 29/24 30/5 30/11 33/16
 33/18 34/1 34/2 34/3 34/3 34/22
 36/13 36/15 45/16 47/1 48/14
 54/21 55/21
wouldn't [2]  8/18 20/22
wound [1]  15/18
wrap [1]  28/20
writing [1]  34/13
written [1]  38/19
wrong [5]  34/7 34/14 34/15 48/8
 48/8
wrongs [1]  38/2
wrote [3]  10/10 20/13 42/1

**Y**

year [15]  14/8 22/2 30/19 31/3
 31/9 31/11 33/7 33/13 35/12
 35/15 44/24 46/20 47/4 53/16
 53/21
years [45]  6/9 7/23 9/12 10/10
 15/18 20/15 20/16 21/8 22/6
 26/1 27/1 27/2 27/5 27/8 27/15
 27/17 28/17 29/18 30/6 30/18
 30/25 31/7 31/8 32/2 35/8 35/9
 35/11 36/2 38/10 39/22 39/23
 43/14 43/14 44/22 44/23 45/2
 47/3 48/10 53/7 53/8 53/9 53/15
 53/19 53/19 53/20
Yes [16]  4/7 4/18 5/25 6/2 35/2
 55/23
York [1]  41/19
you [87]  3/3 3/5 3/6 3/14 3/23
 3/25 4/3 4/4 4/6 4/22 5/15 6/11
 6/23 6/25 6/25 7/6 7/7 7/12
 7/16 8/6 8/7 9/1 9/2 9/3 9/5
 10/12 10/13 10/23 10/25 17/9
 17/17 17/21 18/6 20/20 25/13
 27/13 27/20 27/21 28/1 28/10
 28/12 28/15 28/15 28/21 29/15
 29/22 29/22 30/1 30/7 30/9

 30/10 30/10 32/13 32/13 34/20
 34/23 34/23 35/3 35/22 35/23
 36/24 37/24 38/3 38/4 38/4 40/6
 45/10 45/11 45/15 45/16 45/17
 45/18 45/18 45/18 46/25 47/10
 47/10 48/3 48/3 48/18 48/22
 54/18 54/24 55/18 55/20 55/22
 56/3
you're [4]  46/2 46/24 47/9
 54/15
you've [3]  4/19 17/18 40/6
young [1]  39/10
youngest [2]  31/12 36/3
your [79]  3/6 3/15 4/3 4/5 4/7
 4/12 4/21 4/23 5/15 5/25 6/2
 7/3 7/8 7/10 8/6 8/8 9/5 9/6
 9/7 10/16 10/19 10/20 10/21
 12/4 12/25 19/3 19/13 19/19
 21/21 23/11 25/23 25/25 27/20
 27/22 28/1 28/7 28/9 29/8 30/9
 30/9 30/11 30/14 30/17 34/8
 34/22 34/25 35/4 35/6 37/24
 38/3 38/3 38/6 38/12 38/22
 38/23 39/9 39/15 40/1 40/6
 40/11 40/17 41/19 42/19 43/6
 44/5 44/23 45/10 45/14 45/23
 46/15 46/23 47/4 48/7 48/12
 48/17 54/1 54/19 54/21 55/9
Your Honor [68]  3/6 3/15 4/3
 4/7 4/12 4/21 4/23 5/15 5/25
 6/2 7/3 7/10 8/6 8/8 9/5 9/6
 9/7 10/16 10/19 10/20 10/21
 12/4 12/25 19/3 19/13 19/19
 21/21 23/11 25/23 25/25 27/20
 27/22 28/1 28/7 28/9 29/8 30/9
 30/11 34/8 34/22 35/4 35/6
 37/24 38/3 38/6 38/12 38/22
 38/23 39/9 39/15 40/1 40/6
 40/11 40/17 41/19 42/19 43/6
 44/5 44/23 45/10 46/15 47/4
 48/7 48/12 48/17 54/1 54/19
 55/9
Your Honor's [1]  54/21
youth [1]  39/2

**Z**

Zoo [1]  31/21
Zweizig [3]  1/23 56/5 56/9