UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
Plaintiff-Respondent,

FILED ENTERED
LOGGED RECEIVED

v. Case No. CCB-17-106/CCB-17-638

DEC 13 2023

WAYNE EARL JENKINS,
Defendant-Movant.

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**DEFENDANT'S MOTION OF WITHDRAWAL FOR COMPASSIONATE RELEASE UNDER § 3582**

COMES NOW, Wayne Earl Jenkins, pro se Defendant, and respectfully submits this request for the Court to withdraw his previous Motion for Compassionate Release Under § 3582 without prejudice.

The previous submitted Motion for Compassionate Release Under § 3582 was submitted in error. After proper legal advice and discovery of new information not available at the time of original submission, Jenkins moves this Court to withdraw his Motion for Compassionate Release Under § 3582 without prejudice.

Respectfully Submitted,

Date: November 28, 2023

Wayne Earl Jenkins
Pro Se

**CERTIFICATE OF SERVICE**

I, Wayne Earl Jenkins, declare under penalty of perjury and under the Federal Mailbox Rule, that I filed this motion by placing a true and correct copy into the Institutional Mail System, pre-paid USPS First Class, addressed to the Clerk of the U.S. District Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore MD.

Wayne Earl Jenkins
Reg. No. 62928-037