**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case Nos. 1:17-cr-00106-GLR** |
| | : | **1:17-cr-00638-GLR** |
| **WAYNE EARL JENKINS** | : | |

**UNITED STATES' MOTION FOR EXTENSON OF TIME TO FILE RESPONSE TO DEFENDANT'S *PRO SE* MOTIONS FOR RELIEF PURSUANT TO 18 U.S.C. § 3582 AND DISCOVERY UNDER RULE 16(a)(1)(c)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of 15 days, from December 18, 2023, to January 2, 2024, in order to respond to defendant Wayne Earl Jenkins' *pro se* motions for relief under 18 U.S.C. § 3582 in case number 17-638 (Case No. 17-638 ECF No. 40; also docketed as Case No. 17-106 ECF No. 768) and for discovery in case number 17-106 (Case No. 17-106 ECF No. 770). This is the government's first request for an extension of time.[1] In support thereof, the government respectfully submits the following.

On January 5, 2018, defendant pled guilty, in case number 17-106, to racketeering conspiracy, racketeering, and two counts of Hobbs Act robbery, and, in case number 17-638, to one count of destruction, alteration, or falsification of records in federal investigations and four counts of deprivation of rights under color of law.

On June 13, 2018, defendant was sentenced, in case number 17-106, to an aggregate term of 240 months' imprisonment to be followed by three years of post-release supervision, and, in case number 17-638, to an aggregate term of 60 months' imprisonment to be followed by three years of post-release supervision. The aggregate terms of imprisonment in the two cases were

[1] Because defendant is a *pro se* prisoner, we have not contacted him to ascertain his position on this motion.

imposed consecutively to each other, for a total aggregate term of imprisonment of 300 months (25 years).

Defendant appealed his convictions and sentence. The Fourth Circuit Court of Appeals dismissed defendant's appeals of his sentence and affirmed defendant's convictions. *United States v. Jenkins*, 745 Fed.Appx. 491 (4th Cir. 2018).

On August 11, 2020, defendant filed a *pro se* motion seeking compassionate release or a reduction in his sentence pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A)(i), in both of his cases, and requesting appointment of counsel to assist with various claims (Case No. 17-106 ECF No. 576/Case No. 17-638 ECF No. 27). The government opposed defendant's request for a sentence reduction (Case No. 17-106 ECF No. 610/Case No. 17-638 ECF No. 31). On July 6, 2021, the Court denied defendant's request for a sentence reduction (Case No. 17-106 ECF Nos. 676, 677/ Case No. 17-638 ECF Nos. 33, 34).

On December 16, 2022, defendant filed, *pro se*, the instant Motion for Relief Pursuant to 18 U.S.C. § 3582 in case number 17-638 (Case No. 17-638 ECF No. 40). In that motion, defendant argued that "extraordinary and compelling" reasons justified a reduction in his sentence. *Id.* at 1. On December 13, 2023, defendant moved to withdraw his December 16, 2022, motion (Case No. 17-638 ECF No. 43).

On January 9, 2023, defendant filed, *pro se*, the instant Motion to Obtain Discovery Under Rule 16(a)(1)(c), in which he seeks a copy of one of the documents on the docket in case 17-106, ECF No. 504 (Case No. 17-106 ECF No. 770).

The United States' responses to defendant's Motion for Relief Pursuant to 18 U.S.C. § 3582 in case number 17-638 and his Motion to Obtain Discovery Under Rule 16(a)(1)(c) are due on December 18, 2023. The United States now respectfully seeks an extension of approximately 15 days to file its responses. The United States Attorney's Office for the District of Maryland has recused itself from these cases, which necessitated the appointment of a Special Assistant United

States Attorney (SAUSA) in another district and reassignment of these motion responses to that attorney. This matter was reassigned to undersigned counsel on approximately December 4, 2023. The paperwork is currently being completed approving the appointment of the undersigned as a SAUSA in the District of Maryland and allowing the undersigned to file substantive pleadings in this Court in these matters.

A proposed order is attached.

WHEREFORE, the government respectfully requests an extension of 15 days to respond to defendant's motions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
District of Columbia

PETER S. SMITH
Chief, Special Proceedings Division
United States Attorney's Office
for the District of Columbia

__/s/ *Tracy Suhr*________
TRACY SUHR
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
Special Proceedings Division
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6898
Tracy.Suhr@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 18th day of December, 2023, I caused a copy of the foregoing motion and proposed order to be served via first class mail, postage prepaid, on:

Wayne Earl Jenkins
Fed. Reg. No. 62928-037
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

__*/s/ Tracy Suhr*________
TRACY SUHR
Special Assistant United States Attorney