_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 11 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
Respondent,
v.

Case No. 1:17-CR-00638

WAYNE EARL JENKINS, pro se
Defendant.

REPLY TO COURTS ORDER AND
REQUEST FOR CLARITY AND DOCUMENTATION

Defendant Wayne Jenkins, respectfully submits this motion before this Court pro se. This pleading shall be entitled to liberal construction by this Court, as he is not a lawyer, and not proficient with the law, See HAINES v. KERNER 404 S.Ct. 519 (1972).

DEFENDANT'S REPLY TO ORDER

Mr. Jenkins received the Court's Order signed by the Honorable Judge George Russell III, on Jan. 8, 2024, it was received by Mr. Jenkins on Jan. 17, 2024. Mr.Jenkins withdraws (for a second time) his Motion, and does not wish it to be construed as his 2255 Motion. Mr. Jenkins never intended it to be a 2255Motion.

It is unknown why his Motion was not ever withdrawn, as he had field with this Court a Motion to withdraw the Motion labeled "Compassionate Release' under 18 U.S.C. 3582 (c)(1)(A). and this should have been sufficient, however Mr.. Jenkins never heard back form the Court until now.

REQUEST FOR CLARITY AND DOCUMENTATION

Mr. Jenkins, is asking for this Court's assistance to obtain necessary Information that should have already been given to him before his plea agreement, and are a violation of the BRADY Rule. He is also inquiring as to other matters related to his prosecution and the status of his now demoted Prosecutor, as there is a change in USAO Offices and Prosecutors.

Mr. Jenkins, has newly discovered evidence and does intend to file a 2255 Habeas Corpus Motion, in the near future. Mr.Jenkins will get assistance preparing this Motion, there is missing information required to proceed, therefore he makes this inquiry into the following matters, that remain undisclosed, unanswered or unresolved, he respectfully asks this Court for help and to direct and order the Government to provide information, documentation and answers to the following:

1. Attached is a news article from the Baltimore Sun, March 28, 2023, where Leo Wise, AUSA, Baltimore USAO, has been demoted by his boss, Maryland U.S. Attorney Erek Barron. Mr. Leo Wise was in fact the lead prosecutor for Wayne Jenkins case. The article leaves much to wonder, it appears on its face to justify an inference of wrong doing, malfeasance and or suspicious circumstances. Implications could exist for Mr. Jenkins case.
2. Assistant U.S. Attorney, Leo Wise, has been the lead prosecutor and flag bearer for this case from the beginning until now. An important question that needs to be answered is why has he been replaced by an AUSA from a completely different office, Tracy Suhr, a "Special Assistant Prosecutor" from The District Of Colombia U.S. Attorney office, has appointed to take over the case. Why has Leo Wise and the Maryland U.S.Attorney Office has been disqualified from this case.
3. It is no secret to the Government that AUSA Leo Wise, has sought and received incredible media attention on this case with great fanfare, books have been published, interviews broadcast, documentaries written, all including or authored by this now demoted and disqualified AUSA.
4. Mr. Jenkins, is entitled at the very least, to an explanation and understanding as to why the Government has changed AUSA's and offices and any malfeasance that may have occurred related to his case, as there is fundamental reasons and issues that quite well may involve his prosecution and AUSA Leo Wise, going forward, and will be presented in his future 2255 proceeding. This question is presented as a question not a statement of fact.
5. Mr. Jenkins respectfully requests the Government release and forward to him all FBI 302's and or any other witness interviews that were never provided to him. He has requested them through a FOIA request and has been unsuccessful in acquiring them, which in itself is and was a major Brady violation and violation of his Constitutional Rights.
6. Mr. Jenkins asks the Court to order the Government to forward the witness statements on a computer disk and send to the Education Department at FCI Milan, PO Box 999, Milan MI. 48160, where the disk(s) will be kept and stored under lock and key by staff and can be accessed by Mr. Jenkins.

Respectfully Submitted,

[signature] Date signed 3/6/24

Wayne Earl Jenkins

CERTIFICATE OF SERVICE

I Wayne Earl Jenkins, hereby swear under oath and penalty of perjury, that I delivered this Motion to The Prison Mail Room to be mailed to my District Court, in Baltimore Maryland, On 3/6, 2024.

[signature] Reg. No. 62928 037

Wayne Earl Jenkins
Milan FCI
P.O. Box 1000
Milan, Mi. 48160