**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | |
| | * | **Crim. Case Nos.: GLR-17-0106**<br>**GLR-17-0638** |
| **WAYNE EARL JENKINS** | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

Pending before the Court is Defendant Wayne Earl Jenkin's Motion to Compel the government to provide certain discovery materials Case No. 17-638 ECF No. 53/Case No. 17-106 ECF No. 880. The motion is fully ripe for disposition. No hearing is necessary.

For reasons stated in the government's opposition the defendant has failed to show a good cause for the Court to order the government to provide the requested materials. As a result, the Defendant's motion will be DENIED.

Dated: September ~~12~~ 15, 2025

The Honorable George L. Russell, III
United States District Chief Judge