USDC- BALTIMORE
'25 NOV 13 AM11:48

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case Nos. GLR-17-0106** <br> **GLR-17-0638** |
| **WAYNE EARL JENKINS** | * | |

******

**ORDER**

Pending before the Court is Defendant Wayne Earl Jenkins' *pro se* Motion for Relief from Order Related to Discovery Materials Pursuant to Rule 60 (Case No. 17-0106 ECF No. 929/Case No. 17-0638 ECF No. 61). The motion is ripe for disposition. No hearing is necessary. For the reasons stated in the opposition (Case No. 17-0106 ECF No. 936/Case No. 17-0638 ECF No. 64), the Defendant has failed to demonstrate "good cause" under Rule 6(a) of the Rules Governing Section 2255 Proceedings. Further, the Defendant has failed to demonstrate that any of the documents he seeks would support § 2255 relief.

As a result, for these reasons including those stated in the opposition, the motion will be **DENIED**.

11/13/2025
Date

George Levi Russell, III
United States Chief District Judge