Case 1:17-cr-00638-GLR Document 65 Filed 11/07/25 Page 1 of 2

Upon consideration of the Court's previously issued order denying this motion as moot in GLR-17-0106 (ECF No. 941), this motion is also hereby **DENIED AS MOOT** in the above-captioned case this 24th day of November, 2025.

George L. Russell, III
U.S. District Chief Judge

FILED ENTERED
LODGED RECEIVED
NOV 07 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

UNITED STATES OF AMERICA,
Plaintiff,
v.
WAYNE EARL JENKINS,
Defendant.

Case Nos. 1:17-cr-00106-GLR
1:17-cr-00638-GLR

**DEFENDANT'S MOTION TO FILE REPLY**
**TO U.S.'S RESPONSE IN RULE 60(b) MATTER**

Comes now the Defendant, Wayne Jenkins, ("Jenkins"), pro se, and respectfully motions this Court to allow him to file a Reply after the U.S. files its Response, which this Court Ordered be filed, regarding a discovery matter linked to government held FBI interview records which the U.S., seemingly, will not provide to Jenkins after motions, FOIA requests and other means.

In support of this motion, Jenkins states the following:

1. On October 3, 2025, Jenkins filed a motion for Relief from Order Related to Discovery Materials Pursuant to Rule 60. (See DE 61).

2. On October 22, 2025, this Court ordered the U.S. to respond to DE 61 and to do so by November 21, 2025. (DE 63). Regardless of the date of the U.S.'s filing, Jenkins respectfully asks this Court for permission to file a brief Reply to that expected Response after he receives that Response.

3. A Reply to the U.S.'s position will allow this Court to