**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WAYNE EARL JENKINS,** | * | |
| **Petitioner,** | * | |
| **v.** | * | **Criminal Docket Nos.: GLR-17-0106** |
| | | **GLR-17-0638** |
| **UNITED STATES OF AMERICA,** | * | **(Related Civil Action Nos.: GLR-26-1751** |
| | | **GLR-26-1752)** |
| **Respondent.** | * | |

***

**AMENDED ORDER**

A Motion to Vacate, Set Aside, or Correct Sentence was received by the Clerk of Court for filing on May 1, 2026. (ECF No. 953 in GLR-17-0106; ECF No. 70 in GLR-17-0638). The Government shall file a response to the Motion to Vacate. Accordingly, it is this 5th day of May 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Government **SHALL RESPOND** to the Motion to Vacate on or before Wednesday, June 3, 2026; and,
2. Petitioner **MAY FILE ANY REPLY** to the Government's response on or before Monday, July 6, 2026; and,
3. The Government's response and any Petitioner reply **SHALL BE DOCKETED** electronically in the criminal cases noted above and, unless otherwise directed, nothing further should be filed in the civil cases except the dispositions; and,
4. Petitioner **SHALL NOTIFY** the Court and the Government of any change of address; and,
5. The Clerk **SHALL PROVIDE** a copy of this Order to Petitioner and **SHALL PROVIDE** both a copy of this Amended Order and a copy of Petitioner's Motion to Vacate with all attachments to the United States Attorney's Office.

George L. Russell, III
United States District Chief Judge