IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Case No. GLR-17-638 |
| WAYNE JENKINS | * | |

* * * * * * * * * *

UNOPPOSED MOTION TO ACCESS SEALED MATERIALS

Counsel for Wayne Jenkins, C. Justin Brown, hereby moves this Court to issue an Order granting him access to sealed case materials. In support of this Motion, counsel states the following:

1. Counsel was appointed, pursuant to the Criminal Justice Act, to represent Jenkins in relation to his Motion to Vacate pursuant to 28 U.S.C. § 2255.

2. In order to represent Jenkins, counsel must have access to all of the case filings, including materials that were filed under seal.

3. The Government, through AUSA Tracy Suhr, does not object to this request.

WHEREFORE, counsel for Wayne Jenkins requests that this Court GRANT this Motion and give counsel access to all sealed materials that have been filed with the Court that are docketed under this case number.

Respectfully submitted,

______/s/________
C. Justin Brown
233 E. Redwood St., Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was served, on May 28, 2026, to all parties of record through CM/ECF.

______/s/_________
C. Justin Brown