IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Case No. GLR-17-638 |
| WAYNE JENKINS | * | |

* * * * * * * * * *

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Counsel for Wayne Jenkins, C. Justin Brown, hereby moves this Court to grant a 60-day extension of time to file a Reply in relation to Jenkins' Motion pursuant to 28 U.S.C. § 2255. In support of this Motion, counsel states the following:

1. Counsel was appointed, on or about May 27, 2026, pursuant to the Criminal Justice Act, to represent Jenkins in relation to his Motion to Vacate pursuant to 28 U.S.C. § 2255.

2. Counsel is currently familiarizing himself with the case, which has a voluminous record, as well as Jenkins' § 2255 issues, which were raised *pro se*. This process is taking longer than initially expected, particularly considering counsel's busy summer schedule.

3. The Court previously set a briefing schedule for the § 2255 motion, with a Reply brief due July 6, 2026. Doc. 76.

4. Counsel respectfully requests an additional 60 days to file a Reply brief, meaning the brief would be due on September 4, 2026.

5. Counsel asks that, if the Court grant this motion, the Court's Order also apply to the companion case GLR-17-106. (The same § 2255 Motion is pending in both cases, with the same briefing schedule).

6. The Government, through AUSA Tracy Suhr, does not object to this request.

WHEREFORE, counsel for Wayne Jenkins requests that this Court GRANT this Motion and give counsel an additional 60 days to file a Reply to the Government's Opposition to Jenkins' § 2255 Motion.

Respectfully submitted,

______/s/_______

C. Justin Brown
233 E. Redwood St., Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was served, on July 1, 2026, to all parties of record through CM/ECF.

______/s/________
C. Justin Brown